IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Samiha Ayyash, Feras Hindi, Tala Josephano<br>Plaintiff/Petitioner | Cause No.: 24-cv-03434<br>Hearing Date: |
| vs. | |
| Gulf Air B.S.C, American Airlines INC<br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF<br>SUMMONS; COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **22nd day of January, 2025** at **2:50 PM** at the address of **1090 Vermont Ave NW, Washington, DC 20005**; this affiant served the above described documents upon **American Airlines INC** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Alex Hannigan, I delivered the documents to Alex Hannigan who identified themselves as the litigation management representative with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

_____ 01-22-25
Emily Sommer

Residing or doing business at: 800 4th Street SW #N603, Washington, DC 20024

Subscribed and sworn to before me this 22 day of January, 20 25.

_____
Notary Public / Deputy Clerk

10/14/2025
My commission expires

LEMANUEL L. STEVENS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2025



**RECEIVED**
JAN 23 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

REF: REF-18715619

PAGE 1 OF 1
ORIGINAL AFFIDAVIT OF SERVICE



Tracking #: 0156026283