**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SAMIHA AYYASH, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:24-cv-3434-ACR** |
| | ) | |
| **GULF AIR B.S.C. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of IslerDare, P.C., who is a member in good standing of the District of Columbia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant American Airlines Inc.

Dated: February 12, 2025                    Respectfully submitted,

     /s/ Micah E. Ticatch
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for American Airlines Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February 2025 I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the

foregoing via electronic mail upon the following:

> Tala Josephano
> 615 Catalina Ave, #233
> Redondo Beach, CA 90277
> joesphanotala@gmail.com
>
>
> Samiha Ayyash
> Feras Hindi
> 7823 New London Dr,
> Springfield, Fairfax
> VA 22153
> 703-980-6955
> ayyashsamiha@gmail.com
>
> *Pro Se Plaintiffs*


> ____/s/ Micah E. Ticatch_____
> Micah E. Ticatch, DC Bar No. 1005398
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> mticatch@islerdare.com
>
> *Counsel for American Airlines Inc.*