# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAMIHA AYYASH, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.  1:24-cv-3434-ACR |
| ) | |
| **GULF AIR B.S.C. et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

UPON consideration of Defendant American Airlines, Inc.'s Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED; and the case is hereby DISMISSED WITH PREJUDICE for lack of personal jurisdiction and for failure to state a claim.

Dated: _____, 2025

_____
Hon. Ana C. Reyes
United States District Judge