# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIHA AYYASH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-3434-ACR |
| ) | |
| GULF AIR B.S.C. et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT AMERICAN AIRLINES INC.'S
## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 26.1, I, the undersigned, counsel of record for Defendant American Airlines Inc., certify that Defendant is owned by a publicly traded company American Airlines Group, Inc. (Nasdaq: AAL) which has outstanding securities in the hands of the public. This representation is made in order that judges of this Court may determine the need for recusal.

Dated: February 12, 2025

Respectfully submitted,

　　　/s/ Micah E. Ticatch
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for American Airlines Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will also serve a copy of the foregoing via electronic mail upon the following:

>Tala Josephano
>615 Catalina Ave, #233
>Redondo Beach, CA 90277
>joesphanotala@gmail.com
>
>Samiha Ayyash
>Feras Hindi
>7823 New London Dr,
>Springfield, Fairfax
>VA 22153
>703-980-6955
>ayyashsamiha@gmail.com
>
>*Pro Se Plaintiffs*

>         /s/ Micah E. Ticatch
>Micah E. Ticatch, DC Bar No. 1005398
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for American Airlines Inc.*