# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIHA AYYASH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:24-cv-03434-ACR |
| v. | ) |
| | ) |
| GULF AIR B.S.C. (C), *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT GULF AIR B.S.C. (C)'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL CIVIL RULE 26.1

Pursuant to LCvR 26.1 of the Local Rules of the United Staes District Court for the District of Columbia, I, the undersigned counsel of record for Defendant Gulf Air B.S.C. (C), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: February 20, 2025

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Darcy C. Osta*
Darcy C. Osta, Esq.
D.C. Bar No. 1686937
Mark A. Johnston, Esq.
D.C. Bar No. 455764
1717 Pennsylvania Ave., N.W.,
Suite 1200
Washington, D.C. 20006
(202) 659-6600
dosta@eckertseamans.com
mjohnston@eckertseamans.com

*Attorneys for Defendant Gulf Air B.S.C. (c)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will serve an electronic copy on all counsel of record, and I will also serve a copy of the foregoing via USPS first class mail and electronic mail upon the following:

Tala Josephano
615 Catalina Avenue, #233
Redondo Beach, CA 90277
josephanotala@gmail.com
Pro Se Plaintiff

Samiha Ayyash
Feras Hindi
7823 New London Drive
Springfield, VA 22153
ayyashsamiha@gmail.com
fhindi@friendshiplogistics.com
Pro Se Plaintiffs

*/s/ Darcy C. Osta*
Darcy C. Osta