IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIHA AYYASH, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> GULF AIR B.S.C., *et al.*, <br><br> Defendants. | Case No. 1:24-cv-3434-ACR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark A. Johnston of the law firm Eckert Seamans Cherin & Mellot, LLC, who is a member in good standing of the District of Columbia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant Gulf Air B.S.C. (c).

Dated: February 20, 2025

**ECKERT SEAMANS CHERIN
 & MELLOTT, LLC**

*/s/ Mark A. Johnston*
Mark A. Johnston, Esq.
D.C. Bar No. 455764
1717 Pennsylvania Ave., N.W.,
Suite 1200
Washington, D.C. 20006
Phone: (202) 659-6600
Fax: (202) 659-6699
mjohnston@eckertseamans.com

*Counsel for Gulf Air B.S.C. (C)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will serve an electronic copy on all counsel of record, and I will also serve a copy of the foregoing via USPS first class mail and electronic mail upon the following:

Tala Josephano
615 Catalina Avenue, #233
Redondo Beach, CA 90277
josephanotala@gmail.com
*Pro Se Plaintiff*

Samiha Ayyash
Feras Hindi
7823 New London Drive
Springfield, VA 22153
ayyashsamiha@gmail.com
fhindi@friendshiplogistics.com
*Pro Se Plaintiffs*

                                                              */s/ Mark A. Johnston*
                                                              Mark A. Johnston