# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

## Civil Division

**Feras Hindi,**                )           Case No.:  1:24-cv-03434-ACR

                                )

Plaintiff**,**                   )

**American Airlines Group, Inc.,**     )

Defendant                       )

_____)

## APPLICATION FOR ENTRY OF DEFAULT

February 23 2025

**Feras Hindi**

7823 New London Dr

Springfield VA 22153

(703)980-6955

Fhindi@friendshiplogistics.com



**RECEIVED**

FEB 23 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**TO THE CLERK OF THE COURT**

To the Clerk of the United States District Court for the District of Columbia, As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff requests that the Clerk enter the default of Defendant American Airlines Inc for failure to plead or otherwise defend against this action in a timely manner as :

1. **Defendant's Failure to Respond Timely**

Defendant was properly served on January 30, 2025, as evidenced by the proof of service filed with this Court as **(Exhibit 1: Proof of Service)**. Under FRCP 12(a)(1)(A)(i), Defendant's response was due by February 12, 2025. To date, Defendant has not filed any responsive pleading or motion, nor has Defendant sought an extension of time within which to respond

3.**Defendant's Failure to Serve Documents** within 21 days.

Plaintiff has not been served with the following documents from the Defendant, nor any other documents

    A. Notice of Appearance

    B. Company Disclosure

    C. Motion to Dismiss and its attachments

## 4. Legal Basis for Default Entry

Under FRCP 55(a), a default should be entered when a party fails to plead or otherwise defend. Defendant's failure to serve Plaintiff in 21 days with an answer, along with the submission of a **FALSE** Certificate of Service under 11(b) invalidates filings including Notice Of Appearance and renders the notice and any motions filed with the False Certificate of Service invalid under 11(a) and 11(b).

Defendant's failure to respond within the required 21 days ( Plaintiff was not served), combined with the submission of a false Certificate of Service, which invalidates all filings submitted, and warrant the entry of default

## 5. Request for Hearing

In the event this application is denied, Plaintiff respectfully requests that a hearing be scheduled before the Court.

## 6. Reservation of Rights

Plaintiff respectfully requests that the Court permit an amendment to this application and not deny it based on pleading format or minor errors. Plaintiff further requests that the Court allow the amendment to be filed.

 Plaintiff, Feras, does not acknowledge the Notice of Appearance or any filings submitted by the Defendant under Rule 11(b): The Certificate of Service is false and defective, which invalidates all subsequent filings, including those involving the attorney's presence Additionally Plaintiff was not served with the Notice of Appearance.

Plaintiff Feras, in respect to the Court and to avoid technicalities, will send a copy to the Defendant's registered agent and will also send a copy to the law office that filed the false certificate. Plaintiff reserves the right to pursue any legal avenues regarding the false certificate and requests that the Clerk report it to the Judge.

## 7. Conclusion

Plaintiff respectfully requests that the Clerk of the Court enter default against Defendant, American Airlines Group, Inc., for failure to timely respond as required .

**DATED:** February 23 2025

**Respectfully submitted,**

*F.H*

**Feras Hindi**

**Pro Se**

                    **Feras Hindi**

                    7823 New London Dr

                    Springfield VA 22153

                    (703)980-6955

                    Fhindi@friendshiplogistics.com

## DECLARATION OF NON-SERVICE

I, Feras Hindi, declare as follows:

1. I am the Plaintiff in this matter.

2. I am an individual with claims against Defendant American Airlines.

3. My email address is **Fhindi@friendshiplogistics.com**.

4. To date, I have not been served with the following documents Notice of Appearance, Motion to Dismiss and its attachments, Corporate Disclosure by Defendant American Airlines or lawyers, by any requested methods, or by any approved court method, including (mail or personal service).

5. I was not served by American Airlines or any attorney via electronic mail (email) on February 12, 2025, or after.

6. I am not registered for electronic service and have never consented to electronic service or notification in this case.

7. I did not file Pro Se Electronic Notifications.

8. I first became aware of the filings on February 18, 2025, from Co-Plaintiff Tala, not from Defendant.

9. I had personal engagement from February 12, 2025, to February 18, 2025.

10. I have not been served as of today, February 23, 2025.

11. I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge and belief.

**Executed on:** February 23 2025

                                                  **Feras Hindi**

                                                  *F.H*

                                                **Signature**

                                          Feras Hindi
                                         7823 New London Dr
                                         Springfield VA 22153
                                         (703)980-6955
                                         Fhindi@friendshiplogisitcs.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2025, Plaintiff Feras Hindi will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Application for Entry of Judgment and Exhibit (Proof of Service to American Airlines)

**Defendant American Airlines, Inc.**
Registered Agent Address: CORPORATION SERVICE COMPANY, 1090 Vermont Ave. NW, Washington, DC 20005.
A copy will be sent to **Micah E. Ticatch**, 1945 Old Gallows Road, Suite 650, Vienna, Virginia 22182.
Method of Service: Via ABC Legal Services (Process Server).

**Defendant Gulf Air B.S.C., Inc.**
Counsel: **Darcy C. Osta, Esq.** D.C. Bar No. 1686937, **Mark A. Johnston, Esq.** D.C. Bar No. 455764
AT Eckert Seamans Cherin & Mellott, LLC, 1717 Pennsylvania Ave., N.W., 12th Floor, Washington, D.C. 20006.
Method of Service: Via ABC Legal Services (Process Server).

**Plaintiff Tala Josephano & Plaintiff Samiha Ayyash**: Accepted Service via Email

A request for process service is being submitted, and service is expected to be completed by the processor. A formal Proof of Service request and Service (Affidavit of Service) will be filed with the Court upon receipt of confirmation from ABC Legal Services.

Respectfully submitted,

February 23 2025

**Pro Se Plaintiff**

*F.H*

**Feras Hindi**

7823 New London Dr

Springfield VA 22153
(703)980-6955
Fhindi@friendshiplogistics.com