# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

### Civil Division

| | | |
|---|---|---|
| **Feras Hindi** | ) | Case No.: 1:24-cv-03434-ACR |
| Plaintiff, | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendant | ) | |
| _____ | ) | |

## MOTION FOR ENTRY OF DEFAULT

February 24 2025

**Feras Hindi**

7823 New London Dr

Springfield VA 22153

(703)980-6955

Fhindi@friendshiplogistics.com

**To the Clerk of the United States District Court for the District of Columbia**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Feras Hindi moves for a clerk's entry of default against Defendant Gulf Air B.S.C.

## I. BACKGROUND

Plaintiff Feras Hindi, along with other Plaintiffs, filed an amended complaint seeking relief in the United States District Court for the District of Columbia on December 31, 2024. On January 30, 2025, Defendant was served with the amended complaint, summons, and civil cover sheet in this matter. Defendant's deadline to file responsive pleadings was February 20, 2025, per Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendant has not filed responsive pleadings or otherwise appeared in this matter.

## ARGUMENT

Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk should enter default against Defendant Gulf Air B.S.C. The requirements for entry of default are met:

1. Plaintiff seeks relief in the complaint
2. Defendant was properly served on January 30, 2025
3. Defendant has failed to plead or otherwise defend by the February 20, 2025 deadline

Rule 55(a) mandates that "the clerk must enter the party's default" when these conditions are met

## II. CONCLUSION

Plaintiff respectfully requests a clerk's entry of default against Defendant Gulf Air B.S.C. pursuant to Federal Rule of Civil Procedure 55(a). Following the Clerk's entry of default, Plaintiff will seek an entry of default judgment under Federal Rule of Civil Procedure 55(b). In the event this application is denied, Plaintiff respectfully requests that a hearing be scheduled before the Court with Judge Ana C. Reyes. Plaintiff respectfully requests that, if the Court finds any deficiencies in this application, permit Plaintiff to amend the application rather than denying it based on pleading format or minor errors. Plaintiff further requests that the Court allow any such amendment to be filed.

This request is based on the attached Declaration of Plaintiff.


Respectfully submitted,
February 24, 2025
Pro Se Plaintiff

*F. H*

Feras Hindi
7823 New London Dr
Springfield VA 22153
(703)980-6955
Fhindi@friendshiplogistics.com

## DECLARATION OF NON SERVICE

I, Feras Hindi , declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. I am an individual with my own Claims and personal injury damages against (Gulf Air B.S.C)

3. Defendant (Gulf Air B.S.C) was served on January 30 202 , as evidenced by the proof of service on file with this Court.

4. I have not agreed to any extension or served with one.

5. I have not consented to any Electronic Serving or notifications or emails. I have not filed a Pro Se Electronic Serving Form

6. I have not been served by (Gulf Air B.S.C)

**Executed on:** February 24 2025

Pro Se Plaintiff

*F.H*

Feras Hindi
7823 New London Dr
Springfield VA 22153
(703)980-6955
Fhindi@friendshiplogistics.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, Plaintiff Feras Hindi will submit Motion for the Clerk of Federal Court of DC VIA the Intake email " dcd_intake@dcd.uscourts.gov" and send a true and correct copy of the following document to be served upon the parties listed below:

**MOTION FOR CLERK'S ENTRY OF DEFAULT DEFENDANT GULF AIR**

1. Defendant American Airlines, Inc.
   Registered Agent Address: CORPORATION SERVICE COMPANY
   1090 Vermont Ave. NW, Washington, DC 20005
2. A copy will be sent to:
   Micah E. Ticatch
   1945 Old Gallows Road, Suite 650
   Vienna, Virginia 22182

   Method of Service: Via ABC Legal Services (Process Server)

3. Defendant Gulf Air B.S.C., Inc.
   Counsel: Darcy C. Osta, Esq. D.C. Bar No. 1686937
   Mark A. Johnston, Esq. D.C. Bar No. 455764
   AT Eckert Seamans Cherin & Mellott, LLC
   1717 Pennsylvania Ave., N.W., 12th Floor
   Washington, D.C. 20006

   Method of Service: Via ABC Legal Services (Process Server)

4. Plaintiff Tala Josephano & Plaintiff Samiha Ayyash: Accepted Service via Email

A request for process service will be submitted, and service is expected to be completed by the processor. A Proof of Service request (Affidavit of Service) will be filed with the Court upon receipt of confirmation from ABC Legal Services.

Respectfully submitted,
February 24, 2025
Pro Se Plaintiff

*F.H*

Feras Hindi
7823 New London Dr
Springfield VA 22153
(703)980-6955
Fhindi@friendshiplogistics.com