## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

### Civil Division

| | | |
|---|---|---|
| **Feras Hindi,** | ) | Case No.: 1:24-cv-03434-ACR |
| | ) | |
| Plaintiff | ) | |
| **Gulf Air** | ) | |
| Defendant | ) | |
| _____ | ) | |

# EXHIBITS

February 24 2025

Feras Hindi
7823 New London Dr
Springfield VA 22153
(703)980-6955
Fhindi@friendshiplogistics.com

**EXHIBITS**

# EXHIBITS

1. **Exhibit 1** Proof of Service

IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| Samiha Ayyash, Feras Hindi, Tala Josephano | Cause No.: 1:24-cv-03434 |
|---|---|
| Plaintiff/Petitioner | Hearing Date: |
| vs. | |
| Gulf Air B.S.C, American Airlines INC | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | SUMMONS; COMPLAINT; ATTACHMENTS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **30th day of January, 2025** at **3:21 PM** at the address of **1717 Pennsylvania Ave NW 12th floor, Washington, DC 20006**; this affiant served the above described documents upon **Gulf Air BSC** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Gene Gray, I delivered the documents to Gene Gray who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 45-55 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

_____
**Ibeneme Onyenso**

Residing or doing business at:   4622 Snowflower Boulevard, Oxon Hill, MD 20745

Subscribed and sworn to before me this ___30___ day of ___JAN___, 20_25_.

_____
Notary Public / Deputy Clerk



WILLIAM L. CARROLL
Notary Public - State of Maryland
Charles County
My Commission Expires May 16, 2026

My commission expires

REF: **REF-18715644**

PAGE 1 OF 1
ORIGINAL AFFIDAVIT OF SERVICE



Tracking #: **0156976645**