UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

**Samiha Ayysah, Feras Hindi,**

**Tala Josephano**                              )            Case No.:  1:24-cv-03434-ACR

                                                           )
Plaintiff                                                  )

**American Airlines Inc. ,**                   )

**Gulf Air B.S.C**                                 )
Defendant                                            )

_____)

# EXHIBITS

February 27 2025

                                                    **Samiha Ayyash**
                                                    7823 New London Dr
                                                    Springfield VA 22153
                                                    (703)980-6955

**EXHIBITS**

# EXHIBITS

1. **Exhibit 1** Proof of Service American Airlines
2. **Exhibit** 2 Sample Bounced email and timed it bounced once sent
3. Exhibit 3 Envelope From Lawyer

IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Samiha Ayyash, Feras Hindi, Tala Josephano<br>Plaintiff/Petitioner<br>vs.<br>Gulf Air B.S.C, American Airlines INC<br>Defendant/Respondent | Cause No.: **24-cv-03434**<br>Hearing Date:<br><br>AFFIDAVIT OF SERVICE OF<br>**SUMMONS; COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **22nd day of January, 2025** at **2:50 PM** at the address of **1090 Vermont Ave NW, Washington, DC 20005**; this affiant served the above described documents upon **American Airlines INC** by then and there personally delivering **1 true and correct copy(ies)** thereof, by then presenting to and leaving the same with **Alex Hannigan, I delivered the documents to Alex Hannigan who identified themselves as the litigation management representative with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

_____   01-22-25
Emily Sommer
Residing or doing business at: 800 4th Street SW #N603, Washington, DC 20024


Subscribed and sworn to before me this __22__ day of __January__, 20_25_.

_____
Notary Public / Deputy Clerk

10/14/2029
My commission expires

LEMANUEL L. STEVENS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2029

REF: **REF-18715619**      PAGE 1 OF 1
ORIGINAL AFFIDAVIT OF SERVICE




Tracking #: **0156026283**





IslerDare PC
1945 Old Gallows Road
Suite 650
Tysons Corner
Vienna, Virginia 22182

Samiha Ayyash
Feras Hindi
7823 New London Dr.
Springfield, VA 22153