IN IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIHA AYYASH, et al.      ) | |
| ) | |
| Plaintiffs,      ) | |
| ) | |
| v.      ) | Case No. 1:24-cv-3434-ACR |
| ) | |
| GULF AIR B.S.C. et al.,     ) | |
| ) | |
| Defendants.      ) | |
| ) | |

**DEFENDANT AMERICAN AIRLINES, INC.'S
OPPOSITION TO PLAINTIFFS' MOTIONS FOR DEFAULT**

Defendant American Airlines, Inc. hereby responds to Plaintiff Hindi's Application for Entry of Default (Dkt. 16), Plaintiff Hindi's Motion for Clerk's Entry of Default (Dkt. 17), and Plaintiff Ayyash's Motion for Clerk's Entry of Default (Dkt. 19). For the following reasons each of those motions should be denied:

1. Plaintiffs filed their joint Complaint on December 10, 2024 (Dkt. 1), which they amended on December 31, 2024. (Dkt. 2.)

2. On January 8, 2025, Plaintiff Tala Josephano filed a Pro Se Consent to Receive Notices of Electronic Filing. (Dkt. 3.)

3. American Airlines was served with the Amended Complaint on January 22, 2025, with a response due on February 12, 2025. (Dkt. 4.)

4. On February 12, 2025, undersigned counsel filed a Notice of Appearance, Corporate Disclosure and Motion to Dismiss. (Dkts. 6 - 8.)

5. In light of the Pro Se Consent to Receive Notices of Electronic Filing, undersigned counsel believed the filing would provide notice of those filings to Plaintiffs. Undersigned also provided courtesy copies of the filings to the email address listed in the Amended Complaint. (*See*

1

Exhibit A.) The Amended Complaint appears to identify a shared email address (AyyashSamiha@gmail.com) and a shared postal address for Plaintiff Ayyash and Plaintiff Hindi ("Moving Plaintiffs"). (*See* Dkt. 2, p. 6 of 123.)

6. On February 13, 2025, undersigned's office sent additional copies of each of the filings to all three plaintiffs by first class mail to the addresses listed in the Amended Complaint. On the same day, undersigned had an extensive call with Plaintiff Josephano regarding the case, who indicated she was contacting counsel after learning of counsel's representation of American Airlines in this matter from PACER. During the call, it was confirmed that Plaintiff Josephano was aware of the filings made on February 12, 2025.

7. On February 20, 2025, American Airlines filed a request for a motion conference, which was served on each of the Plaintiffs by first class mail. (Dkt. 14.)

8. Plaintiff Josephano has communicated repeatedly with undersigned counsel regarding service of the initial Motion to Dismiss. In addition to explaining that service under the rules does not require a tracking number or formal personal service, undersigned counsel has also repeatedly communicated that he will consent to reasonable extensions of time any of the Plaintiffs need in order to respond to American Airlines' filings. Plaintiff Josephano apparently communicated that message to Moving Plaintiffs. (*See* Dkt. 19, ¶ 6.)

9. Plaintiff Hindi filed his motions asking for entry of default on February 23 and 24, 2025. (Dkts. 16, 17.) Plaintiff Ayyash filed her motion on February 27, 2025. (Dkt. 19.)

10. Both Moving Plaintiffs acknowledge that American Airlines timely filed its Motion to Dismiss on February 12, 2025. (*See* Dkt. 17 at 2 ("On February 12, 2025, after 5:19 PM Eastern Time, Defendant's counsel filed five documents via the CM/ECF system"); Dkt. 19, ¶ 2

("Defendant American Airlines' counsel filed five documents via CM/ECF after 5:00 PM (Eastern Time).").)

11. Despite this acknowledgement, Moving Plaintiffs both suggest that an entry of default under Rule 55(a) is somehow appropriate. This is not correct. By its terms, Rule 55(a) only applies when a defendant "fails to plead or otherwise defend." Because American Airlines timely responded to the Amended Complaint, there is no basis for an entry of default. *See, e.g., Younger v. D.C. Pub. Sch.*, 2014 WL 12959305, at *1 (D.D.C. 2014) (holding "Rule 55(a) does not apply here…[because] Defendants have filed motions to dismiss the Amended Complaint."); *Marin v. Bank of Am. N.T. & S.A.*, 194 F.3d 174 (D.C. Cir. 1999); *Peavey v. Holder*, 2010 WL 3155823, at *1 (D.C. Cir. 2010); *Jean-Baptiste v. U.S. Dep't of Just.*, 2024 WL 1253858, at *7 (D.D.C. 2024).

12. Both Plaintiffs also allege that service of the Motion to Dismiss was somehow not proper. However, as Plaintiff Ayyash's own exhibits demonstrate, undersigned's office did in fact serve both Moving Plaintiffs by first class mail as permitted by Rule 5(b)(2)(C). (*See* Dkt. 19-1, p. 5 of 5.) Counsel also served both Moving Plaintiffs at the email address listed for them in the Amended Complaint. (Exhibit A.) In addition, Counsel has agreed to consent to any reasonable extension requested by Plaintiffs, which would negate any prejudice Plaintiff could have possibly experienced from slow delivery of American Airlines' pleadings.

13. Given that American Airlines timely filed and served its Motion to Dismiss, the Plaintiffs' motions are without merit and should be denied.

Dated: March 4, 2025                                          Respectfully submitted,

                                                                 /s/ Micah E. Ticatch          
                                                              Micah E. Ticatch, DC Bar No. 1005398

>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all counsel of record. I will also serve a copy of the foregoing via first class and electronic mail upon the following:

>Tala Josephano
>615 Catalina Ave, #233
>Redondo Beach, CA 90277
>joesephanotala@gmail.com
>
>Samiha Ayyash
>7823 New London Dr,
>Springfield, VA 22153
>703-980-6955
>ayyashsamiha@gmail.com
>
>Feras Hindi
>7823 New London Dr,
>Springfield, VA 22153
>703-980-6955
>Fhindi@friendshiplogistics.com
>
>*Pro Se Plaintiffs*

>    /s/ Micah E. Ticatch
>Micah E. Ticatch, DC Bar No. 1005398
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for American Airlines, Inc.*