# EXHIBIT A

| | |
|---|---|
| **From:** | Micah E. Ticatch |
| **To:** | joesphanotala@gmail.com; ayyashsamiha@gmail.com |
| **Subject:** | AYYASH, et al v. GULF AIR, BSC, et al. |
| **Date:** | Wednesday, February 12, 2025 5:31:00 PM |
| **Attachments:** | [DN 6] 2025.02.12 NOA MET.pdf |
| | image001.png |
| | image002.png |
| | [DN 7] 2025.02.12 MTD and Memo.pdf |
| | [DN 7-1] 2025.02.12 Proposed Order.pdf |
| | [DN 8] 2025.02.12 Corp Disclosure.pdf |

Please the attached, which were filed this evening.

Thanks,

**Micah E. Ticatch**
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Direct: 703-663-1308
Fax: 703-748-2695

