UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

**Samiha Ayyash, Feras Hindi**

| | | |
|---|---|---|
| **Tala Josephano** ) | Case No.: 1:24-cv-03434-ACR |
| Plaintiff**,** ) | |
| **American Airlines INC,** ) | |
| **, Gulf Air B.S.C** ) | |
| Defendant ) | |
| ) | |

MOTION  FOR ENTRY OF DEFAULT

March 2nd 2025                                                     **Samiha Ayyash**

7823 New London Dr

Springfield VA 22153

(703)980-6955



RECEIVED

MAR 3 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

MOTION  FOR ENTRY OF DEFAULT

**To the Clerk of the United States District Court for the District of Columbia**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Samiha Ayyash moves for a clerk's entry of default against Defendant Gulf Air B.S.C.

## BACKGROUND

Plaintiff Samiha Ayyash, along with others, filed a complaint in the United States District Court for the District of Columbia on December 31, 2024. Defendant Gulf Air B.S.C. was served on January 30, 2025, with a deadline to respond by February 20, 2025, under Fed. R. Civ. P. 12(a)(1)(A)(i). FCRP 12(a) Time to Serve a Responsive Pleading (1) *In General.* Unless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows: (A) A defendant must serve an answer: (i) within 21 days after being served with the summons and complaint; or .

## ARGUMENT

The Clerk should enter default as Defendant has been properly served, yet failed to plead or defend as required by Federal Rules.

*"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."*

Defendant Gulf Air has a documented history of evading courts, obstructing justice, preventing witnesses and disobeying court orders without respect to others grief or the judicial system.

## MOTION FOR ENTRY OF DEFAULT

Defendant Gulf Air has repeatedly failed to comply with more than five court orders in the Death of Captain Mohannad and Regulations Violations ( See Exhibit 1 Death Certificate) and has disregarded multiple requests from law enforcement investigators in Bangladesh. Plaintiffs seek corrective measures and relief. Defendant's continued delays and obstruction have caused ongoing hardship to Plaintiff Samiha Ayyash and rising the Public as no corrective measure has been applied or announced. ( See Exhibit 2 Court Order to investigate Gulf Air ) .

## CONCLUSION

Plaintiff requests a clerk's entry of default against Defendant Gulf Air B.S.C. under Fed. R. Civ. P. 55(a). If denied, Plaintiff requests a hearing before Judge Ana C. Reyes, with Co-Plaintiffs present. Due to financial hardship, Plaintiff cannot retain an attorney and requests court-appointed counsel or permission for Co-Plaintiffs to assist. Plaintiff requests the Court permit amendments to this motion if necessary and allow submission of evidence and live testimony in support of this request. As advised, Plaintiff Will send a copy to Defendant counsel.

March 2nd 2025

Pro Se

*S.A*

Samiha Ayyash

7823 New London Dr
Springfield VA 22153
(703)980-6955

**MOTION  FOR ENTRY OF DEFAULT**

## Declaration of Samiha Ayyash

Case : 1:24-CV-03434ACR

I, **Samiha Ayyash**, declare as follows:

1. I am a Plaintiff in this matter and have claims against Defendant Gulf Air B.S.C. I am available to testify if called by the court
2. I have not been served by Defendant Gulf Air B.S.C.
3. I don't have a phone or computer or laptop
4. I have not filed or consented to Pro Se electronic service notifications and have not agreed to receive electronic mail regarding this case.
5. I didn't agree to any extension.
6. I am not registered for electronic service and have never consented to receiving electronic service in this case or emails
7. I have standing this case and I am a legal heir of Captain Mohannad and beneficiary
8. I have never consented to engage or meet with any attorneys in this matter.

**MOTION  FOR ENTRY OF DEFAULT**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and beliefs.

March 2nd 2025

Pro Se

*S.A*

Samiha Ayyash

7823 New London Dr

Springfield VA 22153

(703)980-6955

**MOTION  FOR ENTRY OF DEFAULT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 2nd, 2025, Plaintiff Samiha Ayyash will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Application for Entry of Judgment Against Defendant Gulf Air B.S.C

**Defendant Gulf Air B.S.C., Inc.**
Eckert Seamans Cherin & Mellott, LLC, 1717 Pennsylvania Ave., N.W., 12th Floor, Washington, D.C. 20006.

Method of Service: Via ABC Legal Services (Process Server).

**Defendant American Airlines, Inc.**
Registered Agent Address: CORPORATION SERVICE COMPANY, 1090 Vermont Ave. NW, Washington, DC 20005.
A copy will be sent to **Micah E. Ticatch**, 1945 Old Gallows Road, Suite 650, Vienna, Virginia 22182.
Method of Service: Via ABC Legal Services (Process Server).

**Plaintiff Tala Josephano & Plaintiff Feras Hindi**: Accept message service.

A request for process service is being submitted, and service is expected to be completed by the processor. A formal Proof of Service request and Service (Affidavit of Service) will be filed with the Court upon request

Respectfully submitted,

March 2nd 2025

**Pro Se Plaintiff**

*S.A*

**Samiha Ayyash**

7823 New London Dr

Springfield VA 22153
(703)980-6955

**MOTION FOR ENTRY OF DEFAULT**