## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

### Civil Division

| | | |
|---|---|---|
| **Samiha Ayyash, Feras Hindi** | ) | Case No.:  1:24-cv-03434-ACR |
| **Tala Josephano** | ) | |
| Plaintiff**,** | ) | |
| **American Airlines, INC. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendant | ) | |
| _____ | ) | |

**Notice Of Error in Filing Motion Entry to Default by Plaintiff Feras Against Defendants**

March 3rd 2025

**Feras Hindi**

7823 New London Dr

Springfield VA 22153

(703)980-6955

Fhindi@friendshiplogistics.com

**RECEIVED**
MAR 4 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**Notice Of Error in Filing Motion Entry to Default by Plaintiff Feras  Against Defendants**

Plaintiff Feras, proceeding pro se, has made every effort to comply with the court rules and has worked diligently to ensure that his motions for Entry of Default are properly prepared and accurate.

After contacting the Clerk, Plaintiff was informed that, since attorneys have made an appearance in the case, the Clerk is unable to enter Default against the Defendants. This is despite the fact that Plaintiff Feras has not been served with a Notice of Appearance or answers to his claims within the required 21-day period. Feras disagrees with the Clerk.

The Court's rules stipulate that a pro se litigant must be served and be served with papers, and Plaintiff Feras has not been served by either Defendant, Gulf Air B.S.C. or American Airlines Inc., within the 21-day period or at any time thereafter.

In accordance with the Pro Se Handbook and online guidance, Plaintiff Feras submitted his motion for Entry of Default against both Defendants on February 24, 2025.

Plaintiff Feras acknowledges an error when he filed,  in the caption of the case. He mistakenly believed that only his name and the name of the Defendant against whom he was filing for default needed to be listed.

Plaintiff Feras apologizes for this unintentional error and is unsure whether he should resubmit the motion, fearing that doing so might unnecessarily complicate the docket with additional errors.

The Clerk has not informed Plaintiff Feras of any incorrect filings. However, the Clerk mentioned that an affidavit of non-service needs to be filed. Plaintiff Feras located the required affidavit but notes that it appears to be intended for use by attorneys, as it requires a Bar ID number, which he does not possess.

**Notice Of Error in Filing Motion Entry to Default by Plaintiff Feras  Against Defendants**

Plaintiff Feras respectfully submits that he has made every effort to follow the rules and correct any mistakes, and he humbly asks for the court's acknowledgement, understanding and order/ guidance on how to proceed without causing further confusion.

Respectfully submitted,
March 4rd 2025
Pro Se Plaintiff

*F.H*

Feras Hindi
7823 New London Dr
Springfield VA 22153
(703)980-6955
Fhindi@friendshiplogistics.com

**Notice Of Error in Filing Motion Entry to Default by Plaintiff Feras  Against Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, Plaintiff Feras Hindi will submit Notice for the Clerk of Federal Court of DC VIA the Intake email " dcd_intake@dcd.uscourts.gov" and send a true and correct copy of the following document to be served upon the parties listed below:

**Notice of Error on MOTION FOR CLERK'S ENTRY OF DEFAULT**

1. Defendant American Airlines, Inc.
   Registered Agent Address: CORPORATION SERVICE COMPANY
   1090 Vermont Ave. NW, Washington, DC 20005
2. A copy will be sent to:
   Micah E. Ticatch
   1945 Old Gallows Road, Suite 650
   Vienna, Virginia 22182

   Method of Service: Via USPS First Class Mail

3. Defendant Gulf Air B.S.C., Inc.
   AT Eckert Seamans Cherin & Mellott, LLC
   1717 Pennsylvania Ave., N.W., 12th Floor
   Washington, D.C. 20006

   Method of Service: Via USPS First Class Mail

4. Plaintiff Tala Josephano & Plaintiff Samiha waived service & accepted sub service via File Messages.

Respectfully submitted,
March 3rd 2025
Pro Se Plaintiff

*F.H*

Feras Hindi
7823 New London Dr
Springfield VA 22153
(703)980-6955
Fhindi@friendshiplogistics.com

**Notice Of Error in Filing Motion Entry to Default by Plaintiff Feras  Against Defendants**