

Eckert Seamans Cherin & Mellott, LLC  
1717 Pennsylvania Avenue, N.W.  
12th Floor  
Washington, D.C. 20006

TEL: 202 659 6600  
FAX: 202 659 6699

Darcy C. Osta  
dosta@eckertseamans.com  
202-659-6611

February 20, 2025

**VIA FIRST CLASS MAIL & EMAIL**

Samiha Ayyash  
Feras Hindi  
7823 New London Drive  
Springfield, VA 22153  
ayyashsamiha@gmail.com  
fhindi@friendshiplogistics.com

Tala Josephano  
615 Catalina Avenue, #233  
Redondo Beach, CA 90277  
josephanotala@gmail.com

   *Re:*  *Samiha Ayyash, et al. v. Gulf Air B.S.C. (c), et al.*  
      <u>Case No: 1:24-cv-3434-ACR</u>

Dear Ms. Ayyash, Mr. Hindi & Ms. Josephano:

Enclosed please find a copy of the following documents that were filed today in the above-referenced matter:

- Notices of Appearance filed by Darcy Osta and Mark Johnston on behalf of Defendant Gulf Air B.S.C. (c) ("Gulf Air");

- Gulf Air's Corporate Disclosure Statement Pursuant to Local Civil Rule 26.1; and

- Notice of Gulf Air's Request to Schedule Pre-Motion Conference.

 *Please note that Gulf Air's request for a pre-motion conference appears on the docket twice. *See* Docket Nos. 11 and 13. The substance of both documents is identical, only the format is different.

Please do not hesitate to contact the undersigned with any questions.

              Sincerely,

              Darcy C. Osta

Enclosures

c.c.   Mark A. Johnston (via e-mail)