| | |
|---|---|
| **From:** | Darcy C. Osta |
| **To:** | Samiha Ayyash; fhindi@friendshiplogistics.com; T Josephano |
| **Cc:** | Mark A. Johnston |
| **Subject:** | Ayyash et al. v. Gulf Air B.S.C. (c), et al. |
| **Date:** | Thursday, February 20, 2025 4:33:00 PM |
| **Attachments:** | Ayyash et al v. Gulf Air et al - Letter to Plaintiffs - 2.20.25(120124943).pdf |
| | Gulf Air Filings - 2.20.25(120124983).pdf |

Dear Ms. Ayyash, Mr. Hindi and Ms. Josephano,

Attached please find a cover letter and copies of the documents that Gulf Air filed today in the above-referenced matter.  Courtesy hard copies are also being sent via USPS first class mail.

Best,
Darcy