UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

**Samiha Ayyash, Feras Hindi**

| | | |
|---|---|---|
| **Tala Josephano** | ) | Case No.: 1:24-cv-03434-ACR |
| Plaintiff**,** | ) | |
| **American Airlines INC,** | ) | |
| **, Gulf Air B.S.C** | ) | |
| Defendant | ) | |
| | ) | |

**PLAINTIFF TALA MOTION FOR ENTRY OF DEFAULT**

**AGAINST DEFENDANT GULF AIR B.S.C**

March 7 2025                                                                Tala Josephano

615 S Catalina Ave #233

Redondo Beach, CA 90277

347-749-4980



**RECEIVED**

MAR 7 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**MOTION  FOR ENTRY OF DEFAULT**

**To the Clerk of the United States District Court for the District of Columbia**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Tala Josephano moves for a clerk's entry of default against Defendant Gulf Air B.S.C.

## BACKGROUND

Plaintiff Tala , along with others, filed a complaint in the United States District Court for the District of Columbia on December 31, 2024. Defendant Gulf Air B.S.C. was served on January 30, 2025 Court has the Proof of Service, with a deadline to respond by February 20, 2025, under Fed. R. Civ. P. 12(a)(1)(A)(i). FCRP 12(a) Time to Serve a Responsive Pleading (1) *In General.* Unless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows: (A) A defendant must serve an answer: (i) within 21 days after being served with the summons and complaint; or .

On their 21 days deadline. February 20 2025 Gulf air submitted a Meet and Confer request to the court on the last day. A high rated lawyer like Defendant Gulf Air lawyers whose experienced litigators in federal court, can't say they didn't know the judge has rules or they can't play that they didn't know about Meet and Confer. Plaintiff Tala is ready to prove how the Defendant used this Bad faith meet request on the last day of 21 deadlines and failed to serve an answer on any of the Plaintiffs . The way she presented it was that it was ordered by the Judge against the Plaintiff in this case.

Defendant failed to serve Co Plaintiffs as well who have entered Default. Defendant knew they entered default and still tried to improperly add invalid emails to the Court to request Meeting for their motion 16 days after the Deadline.

## MOTION  FOR ENTRY OF DEFAULT

## ARGUMENT

The Clerk should enter default as Defendant has been properly served, yet failed to plead or defend as required by Federal Rules.

*"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."*

**Per Judge Rules** : Pre-Motion Conference. If a party wishes to file a dispositive motion, it must request that the Court schedule a pre-motion conference. To so request, the moving party shall submit a short notice via ECF, not to exceed four double-spaced pages in length, setting forth the basis for the anticipated motion, including the legal standards and the claims at issue. Other parties shall respond by filing, within one week, a document of similar length setting forth their anticipated responses to the proposed motion. The Court will review and discuss with counsel the anticipated motion at the pre-motion conference, which will take place in-person unless the Court grants permission to hold the conference by video. The parties should contact Judge Reyes' Courtroom Deputy to schedule the conference for a date 1-2 weeks after the response is filed. This requirement shall not apply to incarcerated pro se litigants or immigration mandamus cases. Page 5 of 11 For motions to dismiss under Federal Rule of Civil Procedure 12(b), the filing date of the letter will serve as the operative date for determining compliance with Rule 12's timing requirement.

Defendant submitted  Meet and confer on the last day of the 21 days  and was opposed by Plaintiff Tala. Plaintiff Tala advised Gulf Air to submit an answer, yet they have used the court to manipulate a hearing for an invalid motion that was submitted in bad Faith.

## MOTION  FOR ENTRY OF DEFAULT

If Defendant defends that these claims have no merit or Plaintiff has no standing or the court is not the right venue they could have submitted their Defense before the deadlines. A billion Dollar Airlines can't find a lawyer that is available. This is all a tactic to delay anything formal against Gulf air until DOT permits are issued.

## CONCLUSION

Plaintiff requests a clerk's entry of default against Defendant Gulf Air B.S.C. under Fed. R. Civ. P. 55(a). If denied, Plaintiff requests a hearing before Judge Ana C. Reyes, Plaintiff requests the Court permit amendments to this motion if necessary and allow submission of evidence and live testimony in support of this request.

Plaintiff will not attend any hearing for the Meet conference that wasn't submitted according to the rules, and obtained by manipulation additionally obtained after the last day of the deadline. 16 days later. Defendants knew about this case since before it was filed as they have done their best to conceal it and conceal the Captain's death and Flight attendant death that happened during their DOT audit and stop this case. Plaintiff Tala is being prejudiced and damaged by Gulf Air actions and undermining her claims.

Pro Se

Tala Josephano

615 S Catalina Ave #233

Redondo Beach CA 90277

347-749-4980

**MOTION FOR ENTRY OF DEFAULT**

## Declaration of Tala

**Case** : 1:24-CV-03434ACR

I, **Tala Josephano**, declare as follows:

1. I am a Plaintiff in this matter and have claims against Defendant Gulf Air B.S.C. I am available to testify if called by the court

2. I have not been served by Defendant Gulf Air B.S.C a reply to my claims

3. Gulf Air has not submitted reply to the claim

4. Gulf Air knows about this case since it was filed.

5. I didn't agree to any extension.

6. I was only presented by meet and Confer the last day in bad faith way

7. Defendant lawyer Darcy acted in bad faith with me

8. Defendant submitted Meet and Confer to the court in Bad Faith

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and beliefs.

March 7 2025

Pro Se

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

**MOTION  FOR ENTRY OF DEFAULT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, Plaintiff Tala Josephano will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Application for Entry of Judgment Against Defendant Gulf Air B.S.C

**Defendant Gulf Air B.S.C., Inc.**
**Darcy & Mike** Eckert Seamans Cherin & Mellott, LLC, 1717 Pennsylvania Ave., N.W., 12th Floor, Washington, D.C. 20006.

Method of Service: Via ABC Legal Services (Process Server).

**Defendant American Airlines, Inc.**
**Micah E. Ticatch**, 1945 Old Gallows Road, Suite 650, Vienna, Virginia 22182.
Method of Service: Via ABC Legal Services (Process Server).

**Plaintiff Samiha & Plaintiff Feras Hindi**: Waived Service.

A request for process service is being submitted, and service is expected to be completed by the processor. A formal Proof of Service request and Service (Affidavit of Service) will be filed with the Court upon request

March 7 2025

**Pro Se Plaintiff**

*[signature]*

**Tala Josephano**
**615 S Catalina Ave #233**
**Redondo Beach CA 90277**
**347-749-4980**