UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| **Samiha Ayyash, Feras Hindi** | ) | Case No.:  1:24-cv-03434-ACR |
| **Tala Josephano** | ) | |
| Plaintiff**,** | ) | |
| **American Airlines, INC. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendant | ) | |
| _____ | ) | |

**PLAINTIFF TALA JOSEPHANO'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN AIRLINES**

March 7 2025

> Tala Josephano
> Plaintiff, Pro Se
> 615 S Catalina Ave #233
> Redondo Beach CA 90277
> 347-749-4980



**RECEIVED**
MAR 8 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**PLAINTIFF TALA JOSEPHANO'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN AIRLINES.**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Tala Josephano moves the Clerk for entry of default against Defendant American Airlines Inc.

## BACKGROUND

Plaintiff Tala , along with others, filed a complaint in the United States District Court for the District of Columbia on December 31, 2024. Defendant American Airlines Inc. was served on January 22, 2025 Court has the Proof of Service, with a deadline to respond by February 12, 2025, under Fed. R. Civ. P. 12(a)(1)(A)(i).  FCRP 12(a) Time to Serve a Responsive Pleading (1) *In General.* Unless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows: (A) A defendant must serve an answer: (i) within 21 days after being served with the summons and complaint; or .

## ARGUMENT

 The Defendant, American Airlines Inc, falsely certified service on February 12, 2025, incorrectly claiming that all parties were served via electronic mail. Defendant was immediately notified of this error yet refused to correct it, even after Plaintiff Tala Josephano contacted Defendant's counsel , On February 18, 2025, (*see Exhibit 1: Email from Defendant's Counsel*). Defendant's counsel disregarded Plaintiff Tala Josephano's multiple attempts to resolve this issue amicably, explicitly instructing Plaintiff to "get a lawyer" and stating that "no one cares." This dismissive response placed an undue burden upon Plaintiff, forcing her to expend substantial time, effort, and resources to correct Defendant's procedural errors and misrepresentations.

**PLAINTIFF TALA JOSEPHANO'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN AIRLINES.**

Defendant's repeated refusal to correct the false certificate, despite immediate awareness of the incorrect service and notification error, constitutes deliberate noncompliance with Federal Rules of Civil Procedure 11(a) and 11(b). Moreover, Defendant's procedural violations have become a pattern, using false certificates and untimely filings strategically as a means to delay these proceedings. Defendant waited until the last moment to file deficient pleadings and now seeks amendments, leveraging its false certification as a pretext to avoid accountability. Defendant's conduct demonstrates intentional disregard for procedural rules and the orders of this Court.

Defendant's counsel's claim that one pro se filing by Plaintiff Josephano applied to all Plaintiffs is neither credible nor consistent with the standards expected from a reputable law firm. Treating multiple Plaintiffs as one entity for service purposes is inappropriate, indicates procedural bad faith, and has prejudiced Plaintiff Josephano's rights.

Accordingly, Defendant's deliberate procedural misconduct and refusal to correct its false certification of service justify entry of default against Defendant American Airlines. Plaintiff Tala has tried last attempt and warned him that he has caused damages and all he needs to do is change the certificate or let the court know on Tala's correct day of serving ( which is after the deadline February 12 2025) . He refused.

 Plaintiff Tala Josephano is currently preparing an additional claim against Defendant American Airlines and their counsel for misrepresentation, due to substantial prejudice, unfair treatment, and significant emotional distress resulting from Defendant's actions. Defendant's procedural misconduct has not only created additional legal burdens but also triggered and exacerbated past trauma arising from unfair judicial treatment Plaintiff experienced abroad.

**PLAINTIFF TALA JOSEPHANO'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN AIRLINES.**

Defendant American Airlines continues to falsely assert compliance, despite their clear knowledge of the Court's explicit orders and rules, as evidenced by their subsequent filing of an additional motion requesting a Meet and Confer without prior discussion or compliance. Defendant failed to follow mandatory procedural steps, did not attempt any contact or provide certificates of compliance, and still has not served or communicated with any Co-Plaintiffs to date. Plaintiff Tala Josephano requests that the Court recognize Defendant's intentional procedural violations and deliberate misrepresentations as sufficient grounds for entry of default. *( See Exhibit 2 Email From Lawyer 4 days after submission )*

Defendant American Airlines' counsel refused to correct the errors related to service, knowingly submitted a Motion to Dismiss supported by a false certificate of service, and explicitly instructed Plaintiff Tala, not to respond to their motion.

Plaintiff Tala is entitled to an entry of default because Defendant failed to timely file and didn't serve an answer to her claims on deadline and subsequently refused to correct this failure despite repeated notifications and requests. He filed the last day of the 21 days. Anything now will not extend that time. Defendant American Airlines, despite admitting in their opposition filing that Plaintiffs were not served on February 12, 2025, has made no genuine attempt to correct the false certificate or seek permission from the Court to amend it not even in his reply.

## CONCLUSION

 Plaintiff respectfully requests that the Clerk enter a default against Defendant American Airlines Inc. pursuant to **Fed. R. Civ. P. 55(a)**. In the event the Clerk denies this request, Plaintiff requests a hearing before the Honorable Judge Ana C. Reyes. Plaintiff further requests

**PLAINTIFF TALA JOSEPHANO'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN AIRLINES.**

permission from the Court to amend this motion if necessary and to submit additional evidence or live testimony in support of this request.

Additionally, due to Plaintiff's diligent but unsuccessful efforts to resolve these procedural issues informally with Defendant, I tried , Plaintiff requests that the Court waive any deadlines or time limits that may have been missed or delayed as a result of those attempts.

 March 7 2025

Tala Josephano
Plaintiff, Pro Se
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

**PLAINTIFF TALA JOSEPHANO'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN AIRLINES.**

**DECLARATION OF PLAINTIFF TALA JOSEPHANO**

I, **Tala Josephano**, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a Plaintiff in this case and available to testify.
2. I was not served or notified by Defendant American Airlines, their counsel, or the Court on February 12, 2025.
3. I did not speak to Defendant's counsel or Co-Plaintiffs on February 12, 2025.
4. On February 18, 2025, Defendant's counsel falsely claimed via email that all Plaintiffs had been served on February 12, 2025.
5. Defendant's counsel repeatedly refused my requests to correct the false certificate of service, forcing me to file additional motions, incur costs, and experience delays.
6. Defendant falsely stated in their opposition that I had discussed their Motion to Dismiss; I have never discussed the Motion to Dismiss with Defendant or Co-Plaintiffs.
7. Defendant's counsel ignored my repeated verbal and written statements clarifying that I represent only myself, and that he must communicate directly with each Plaintiff.
8. Defendant's counsel dismissed my requests to correct the certificate, and advised me dismissively to "get a lawyer."
9. Defendant's counsel improperly offered me extensions without required court authorization, while still refusing to correct the false certificate or set the record straight.
10. Defendant's intentional procedural misconduct has significantly increased my stress, especially since I have multiple active legal claims beyond this case.

**PLAINTIFF TALA JOSEPHANO'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN AIRLINES.**

11. Defendant never contacted me regarding procedural filings or motions before filing them with the Court. Defendant emailed me their Meet and Confer on February 24, 2025, four days after submission, causing additional stress and disruption.

12. Defendant improperly and unfairly placed the burden on me, a pro se litigant, to formally request extensions that they knew they could not legally offer without court authorization.

13. Defendant inappropriately attempted to force me into a delayed Meet and Confer process, disregarding procedural rules and other Plaintiffs.

14. Defendant confirmed his confidence to me that the Judge will not care for the false certificate or the non service or improper service. He was so confident of the Judge Ruling and that Meet & Confer will happen regardless.

15. I have experienced significant emotional distress and reactivation of past trauma resulting from Defendant American Airlines ongoing procedural misconduct, false representations jeopardizing my ability to effectively pursue justice in this case,.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on March 7th 2025**
Plaintiff, Pro Se

Tala Josephano

615 S Catalina Ave #233

Redondo Beach CA 90277

347-749-4980

**PLAINTIFF TALA JOSEPHANO'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN AIRLINES.**

# CERTIFICATE OF SERVICE

I hereby certify that on March 7th, 2025, Plaintiff Tala Josephano will submit Motion for the Clerk of Federal Court of DC VIA the Intake email " dcd_intake@dcd.uscourts.gov " and send a true and correct copy of the following document to be served upon the parties listed below:

**Entry To Default against American Airlines**

1. Defendant American Airlines
   Micah E. Ticatch
   1945 Old Gallows Road, Suite 650
   Vienna, Virginia 22182

   Method of Service: Via ABC Legal Services (Process Server)

2. Defendant Gulf Air B.S.C., Inc. Darcy Osta & other
    AT Eckert Seamans Cherin & Mellott, LLC
   1717 Pennsylvania Ave., N.W., 12th Floor
   Washington, D.C. 20006

   Method of Service: Via ABC Legal Services (Process Server)

3. Plaintiff Ayyash & Plaintiff Feras waived service

A request for process service will be submitted, and service is expected to be completed by the processor. A Proof of Service request (Affidavit of Service) will be available to the Court upon receipt of confirmation from ABC Legal Services.

March 7th, 2025
Pro Se Plaintiff

*[signature]*

Tala Josephano

615 S Catalina Ave #233

Redondo Beach CA 90277

347-749-4980

**PLAINTIFF TALA JOSEPHANO'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN AIRLINES.**