UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

**Samiha Ayysah, Feras Hindi,**

| | | |
|---|---|---|
| **Tala Josephano** | ) | Case No.:  1:24-cv-03434-ACR |
| | ) | |
| Plaintiff | ) | |
| **American Airlines Inc. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendant | ) | |
| _____) | | |

# EXHIBITS

March 7 2025

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

**EXHIBITS**

# EXHIBITS

1. **Exhibit 1** Email From American Airlines Counsel Dated February 12 2025

2. **Exhibit** 2 Email From Lawyer to Tala February 24 2025 ( 4 days after he submitted to the court )

**EXHIBITS**

    Taloooshty <talacali4@gmail.com>

## FW: AYYASH, et al v. GULF AIR, BSC, et al.

**Micah E. Ticatch** <mticatch@islerdare.com>    Tue, Feb 18, 2025 at 3:46 PM
To: Taloooshty <talacali4@gmail.com>
Cc: Shivani Sharma <ssharma@islerdare.com>

I understand you are pro se and the court process is not necessarily easy to understand.  We filed and served you by email and first class mail along with the rest of the plaintiffs on February 12.  I believe you and I spoke on that same day and we discussed the filing that day.  You have let me know that you have access to Pacer, so even if you somehow did not receive the email or mailed copies, you could have simply downloaded it from Pacer.  We are not required to serve with a tracking number, and we did not do so.

If you have not done so already, I would suggest you sign up for electronic noticing, so that you do not have this problem each and every time we file something.  https://www.dcd.uscourts.gov/pro-se-help/electronic-noticing

I remain somewhat confused why it is we are having so much back and forth on this issue.  Are you asking for additional time to respond?  If so, I am happy to agree to an extension.  Let me know how much extra time you need.

[Quoted text hidden]

 Gmail

**Taloooshty <talacali4@gmail.com>**

## FW: AYYASH, et al v. GULF AIR, BSC, et al.

**Micah E. Ticatch** <mticatch@islerdare.com>                                     Mon, Feb 24, 2025 at 8:59 AM
To: Taloooshty <talacali4@gmail.com>

I was unaware of the judge's requirement to have a motion conference before filing the motion to dismiss.  If you have not received it yet, we filed the attached on Thursday evening.  I do not think you need to respond to the MTD at this time, until we get further permission from the court to proceed.  If you have not seen it the judge's standing order is located here: https://www.dcd.uscourts.gov/sites/dcd/files/2024.04.30%20FINAL%20CIVIL%20STANDING%20ORDER%20%28ACR%29.pdf

If you still require an extension, I am happy to agree to give you as much additional time as you need.  You will, however, need to file a motion with the court (*see* Standing Order 9(a))-- but you can represent in any motion you file that I consent to the additional days.

[Quoted text hidden]

📄 **[DN 14] 2025.02.20  AA Motion for Conference.pdf**
143K