UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **Samiha Ayyash, Feras Hindi**   ) | Case No.:  1:24-cv-03434-ACR |
| **Tala Josephano**   ) | |
| Plaintiffs**,**   ) | |
| **American Airlines, INC. ,**   ) | |
| **Gulf Air B.S.C**   )<br>Defendants   ) | |
| _____   ) | |

**PLAINTIFF'S SEVEN-DAY NOTICE OF INTENT TO FILE ENTRY OF DEFAULT JUDGMENT & NOTICE TO THE COURT REGARDING CLERK'S FACILITATION OF PREJUDICIAL ACTIONS AGAINST PLAINTIFF FERAS HINDI**

Plaintiff Feras Hindi respectfully submits this notice to the Court to address significant procedural irregularities and prejudicial actions that have disadvantaged Plaintiff in this matter. These issues include invalid or improper filings by Defendant Gulf Air B.S.C., delays and selective docketing by the Clerk's Office, and violations of procedural fairness that warrant immediate judicial scrutiny.

**I. IMPROPER FILING BY DEFENDANT GULF AIR B.S.C. ON FEBRUARY 20, 2025**

   1. **Defendant's Filing Was Procedurally Invalid Due to Counsel's Ineligibility**

      A.  The Court explicitly notified Gulf Air's counsel on February 21, 2025, that their membership with the U.S. District & Bankruptcy Courts for the District of



RECEIVED
MAR 15 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Columbia was not in good standing and that they were "not permitted to file" at the time of submission. " *Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/27/2025. (zhcn) Modified on 2/21/2025 (zhcn)."* As provided by Plaintiff Tala.

B. Despite this, Gulf Air's filings are recorded as submitted on February 20, 2025, while their renewal approval status remains unclear.

2. **Request for Verification of Counsel's Eligibility**

   A. Plaintiff requests that Gulf Air's counsel provide proof of valid membership and final court approval prior to February 20, 2025.

   B. According to the renewal rules, it takes five business days to process attorney certification renewals. A mere receipt of a $25 fee payment or submission confirmation does not constitute renewal.

   C. If Gulf Air's attorneys had instant approval, Plaintiff demands clarification on whether they received special treatment outside the standard renewal timeframe.

   D. If Approved by the judge, did the judge have the full details of their submissions? Has the Judge been reading Plaintiff motions? It is unclear what Gulf Air and the court staff are really doing.

3. **Discrepancy in Docketing of Clerk's Notice**

   A. The Clerk's Notice was officially filed on February 20, 2025, yet it was entered into the docket as February 21, 2025, creating an inconsistency in the record.

    B. Given that electronic filing systems provide immediate timestamps, the one-day delay raises serious concerns about the accuracy, transparency, and potential manipulation of court docketing procedures.

    C. Plaintiff requests an explanation from the Clerk's Office regarding this discrepancy and how it was permitted to occur.

4. **Misinformation Regarding Default Rules**

    A. The Clerk's assertion that Plaintiff is not entitled to entry of default because Defendant "appeared" is incorrect. Under Rule 55, default is a two-step process:

        i. **Rule 55(a):** Entry of default when a party fails to plead or otherwise defend.

        ii. **Rule 55(b):** Default judgment, which may be entered by the Court.

    B. A mere appearance ( Even if served, which wasn't)  does not eliminate a party's obligation to properly respond within the 21-day deadline. The Clerk's refusal to enter default improperly shields Gulf Air from procedural consequences.

    C. A Meet and Request on the last day and with False pretence of including all parties requires judicial interventions

## II. FAILURE TO SERVE PLAINTIFF FERAS HINDI

    A. Defendants Failed to Serve Plaintiff Feras Hindi on the 21 days deadline and after.

    B. Defendants Gulf Air and American Airlines failed to serve Plaintiff Feras Hindi individually within the required 21-day deadline.

    C. American Airlines has already admitted that Plaintiff Feras Hindi was not served on February 12, 2025, confirming that service was incomplete and invalid.

        i. **Defendants' Certificate of Service Is Unverified and Invalid**

    A. Defendants' self-serving Certificate of Service lacks independent verification and does not constitute proof under the Federal Rules of Civil Procedure.

    B. Service via an unauthorized email address that Plaintiff never consented to for legal correspondence is invalid and does not meet federal service requirements.

    C. Plaintiff is under no legal obligation to open, read, or accept an unsolicited email from Defendants.

ii. **Deficient and Improper Physical Mailing**

    A. Plaintiff Feras Hindi will not be held liable for documents addressed to co-plaintiff Samiha Ayyash, who has separate legal claims and damages.

    B. In a desperate attempt of serving Defendants attempt to serve Feras with Certified mail while he's at the court yesterday. The mailman served his minor daughter yesterday again with an envelope that has multiple names on it. Unless it's a new claim Gulf Air is filing against me they are NOT Allowed to mail me or email me or contact me anymore.

    C. Unless Defendants have new claims against Plaintiff Feras, which they will still need to serve Him individually as for this case they failed to serve the notice of Appearance therefore Plaintiff Feras will no longer accept any mail 20 days after the deadline.

    D. Case numbers are entered wrong ONLY in the Clerk and Defendants filing which they refused to fix, the number they are using doesn't indicate the same case online.

    E. Cases are randomly assigned to Magistrate Judges pursuant to the court's Assignment Plan. A Notice of Assignment must be issued when a case is assigned

to a Magistrate Judge. This notice must include a form for parties to either consent to or decline the Magistrate Judge's jurisdiction. Plaintiff Didn't receive that.

## III. NOTICE OF FILING ENTRY OF DEFAULT JUDGMENT IN SEVEN (7) DAYS

Plaintiff gives a notice that he will file a Motion for Entry of Default Judgment within seven (7) days based on the following:

A. Gulf Air failed to file a valid response within the required timeframe due to their attorney's ineligibility at the time of filing.

B. Defendants failed to serve Plaintiff individually as required under Rule 12(a)(1)(A) for Notice of Appearance or VALID response to his claims or anything in that fact

C. The Clerk failed to comply with Rule 55(a) by refusing to enter default against Defendants despite their failure to properly plead or defend.

D. The Clerk's delays and irregular handling of filings have clearly favored Defendants and obstructed Plaintiff's procedural rights.

E. Plaintiff will no longer be serving the counsels until his motions are heard as he has not been served Notice of Appearance therefore they are not acknowledged by Plaintiff anymore. In addition to their constant unethical behaviors with Plaintiffs.

F. Plaintiff Feras Hindi maintains that he is entitled to the entry of default and subsequent default judgment due to Defendants' procedural failures. The Court should not disregard established rules of civil procedure to accommodate Defendants' untimely responses. Such special treatment would prejudice Plaintiff and undermine the integrity of the judicial process.

**PLAINTIFF'S SEVEN-DAY NOTICE OF INTENT TO FILE ENTRY OF DEFAULT JUDGMENT & NOTICE TO THE COURT REGARDING CLERK'S FACILITATION OF PREJUDICIAL ACTIONS AGAINST PLAINTIFF FERAS HINDI**

G. If the Court nonetheless wishes to hear arguments on the merits, Plaintiff suggests that co-Plaintiff Tala may be amenable to such proceedings. However, Plaintiff Feras Hindi stands firm on his right to pursue default judgment, as provided by law, and declines to engage in further delay tactics or procedural maneuvering by Defendants

H. Plaintiff Feras Hindi respectfully reminds the Court that he has already endured prolonged legal proceedings in Bangladesh and Bahrain. He seeks the prompt and just resolution of this matter in accordance with U.S. law and procedure, without undue delay or prejudice

I. Plaintiff has all the Clerk Errors Recorded, and cumulatively they appear to fulfill the threshold to a Fraud Claim. Plaintiff Feras truly believes the Judge is not receiving the correct information or filings on times or reports from " Case Manager".

## IV. NOTICE OF INTENT TO FILE FRAUD UPON THE COURT

Plaintiff intends to file a claim alleging Fraud Upon the Court based on the following:

1. Improper Acceptance of Defendants' Filings
2. Potential Procedural Misconduct by the Clerk's Office
3. Repeated Clerk Errors Favoring Defendants
4. Failure to Provide Case Management Documents
5. Delaying Plaintiffs filing to match with others interests
6. Other recoded " errors" that passed coincidence stage

**Plaintiff respectfully requests that the Court:**

1. Compel Proof of Service Via Affidavit to Feras initially on February 12 2025 and February 2025 or any day after.
2. Order Explanation for Docketing Discrepancies and investigation into the "errors"
3. Verify Counsel Eligibility
4. Compel Gulf Air lawyer's to submit proof of RENEWED certificate license before the 20th or on the 20 of February
5. Acknowledge Procedural Privileges Given to Defendants
6. Order investigation on the issue with the Clerk.
7. Immediate Entry of Default Judgment
8. Consider this notice my 7 Days notice to Entry of Default Judgment against both Defendants starting from this day March 15 2025

Plaintiff reserves all rights to seek additional relief or judicial review should these issues remain unresolved or further irregularities arise.

**March 15 2025**

                                                           **Feras Hindi**

                                                           *F. H*
                                                       7823 New London Dr
                                                       Springfield VA 22153
                                                       (703)980-6955

**PLAINTIFF'S SEVEN-DAY NOTICE OF INTENT TO FILE ENTRY OF DEFAULT JUDGMENT & NOTICE TO THE COURT REGARDING CLERK'S FACILITATION OF PREJUDICIAL ACTIONS AGAINST PLAINTIFF FERAS HINDI**

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2025, Plaintiff Feras Hindi will be sending a true and correct copy of the following documents to be served upon the parties listed below:

**PLAINTIFF'S SEVEN-DAY NOTICE OF INTENT TO FILE ENTRY OF DEFAULT JUDGMENT & NOTICE TO THE COURT REGARDING CLERK'S FACILITATION OF PREJUDICIAL ACTIONS AGAINST PLAINTIFF FERAS HINDI**

1-Defendant American Airlines, Inc. Registered Agent  Registered Office Address :CORPORATION SERVICE COMPANY 1090 VERMONT AVE. NW Washington DC 20005. Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc. AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Samiha Ayyash : Waived Service

Respectfully submitted,

March 15 2025

**Pro Se Plaintiff**

*F. H*

**Feras Hindi**

7823 New London Dr

Springfield VA 22153
(703)980-6955

**PLAINTIFF'S SEVEN-DAY NOTICE OF INTENT TO FILE ENTRY OF DEFAULT JUDGMENT & NOTICE TO THE COURT REGARDING CLERK'S FACILITATION OF PREJUDICIAL ACTIONS AGAINST PLAINTIFF FERAS HINDI**