

Eckert Seamans Cherin & Mellott, LLC  TEL: 202 659 6600
1717 Pennsylvania Avenue, N.W.        FAX: 202 659 6699
12th Floor
Washington, D.C. 20006

Darcy C. Osta
dosta@eckertseamans.com
202-659-6611

February 20, 2025

**VIA FIRST CLASS MAIL & EMAIL**

| | |
|---|---|
| Samiha Ayyash | Tala Josephano |
| Feras Hindi | 615 Catalina Avenue, #233 |
| 7823 New London Drive | Redondo Beach, CA 90277 |
| Springfield, VA 22153 | josephanotala@gmail.com |
| ayyashsamiha@gmail.com | |
| fhindi@friendshiplogistics.com | |

   Re: ***Samiha Ayyash, et al. v. Gulf Air B.S.C. (c), et al.***
      **Case No: 1:24-cv-3434-ACR**

Dear Ms. Ayyash, Mr. Hindi & Ms. Josephano:

Enclosed please find a copy of the following documents that were filed today in the above-referenced matter:

- Notices of Appearance filed by Darcy Osta and Mark Johnston on behalf of Defendant Gulf Air B.S.C. (c) ("Gulf Air");

- Gulf Air's Corporate Disclosure Statement Pursuant to Local Civil Rule 26.1; and

- Notice of Gulf Air's Request to Schedule Pre-Motion Conference.

 *Please note that Gulf Air's request for a pre-motion conference appears on the docket twice. *See* Docket Nos. 11 and 13. The substance of both documents is identical, only the format is different.

Please do not hesitate to contact the undersigned with any questions.

               Sincerely,

               Darcy C. Osta

Enclosures

c.c. Mark A. Johnston (via e-mail)