| | |
|---|---|
| **From:** | T Josephano |
| **To:** | Darcy C. Osta |
| **Cc:** | Samiha Ayyash; fhindi@friendshiplogistics.com; Mark A. Johnston |
| **Subject:** | [EXTERNAL] Re: Ayyash et al. v. Gulf Air B.S.C. (c), et al. |
| **Date:** | Thursday, February 20, 2025 5:10:54 PM |
| **Attachments:** | image629075.png |
| | image722656.png |
| | image284012.png |
| | image662124.png |
| | image243445.png |
| | image627953.png |
| | image659989.png |
| | image320951.png |
| | image882302.png |
| | image964521.png |

We acknowledge receipt of your request for a pre-motion conference. However, given your client's **history of delay tactics**, we **do not consent** to this request. Our position is based on firsthand experience with their consistent efforts to stall proceedings.

We have **serious and ongoing evidence of damages** due to your client's actions, and any further delay is unacceptable. You have already sought an extension, which we did not welcome, and this request appears to be another attempt to postpone your response obligations.

Accordingly, we **do not approve** of the pre-motion conference and expect you to proceed with filing your Motion to Dismiss **on time** as indicated. If you move forward with the request despite our objection, we will formally oppose it before the court. Please note that this will **not** change your response deadline.

Furthermore, should this issue escalate, we are prepared to present **evidence of your client's misconduct**, including direct acts of intimidation, harassment, surveillance, and obstruction. This evidence will not reflect well on your client at this stage as we are still chasing Good faith in respect to our brother and we want a fair trial. We have been honest and complaint and I hope your client can do the same

We hope to move forward productively, but we will take all necessary steps to prevent further delay.

Also if you don't mind explaining why do you have the case number on the letter without a zero ? This is a different case no ?


Sincerely,

Tala


On Thu, Feb 20, 2025 at 1:33 PM Darcy C. Osta <dosta@eckertseamans.com> wrote:

> Dear Ms. Ayyash, Mr. Hindi and Ms. Josephano,
>
> Attached please find a cover letter and copies of the documents that Gulf Air filed today in the above-referenced matter. Courtesy hard copies are also being sent via USPS first class mail.
>
> Best,
>
> Darcy



**Darcy C. Osta** (she/her/hers)
Member
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor | Washington, D.C. 20006
📞 202-659-6611  |  📠 202-659-6699  |  📱 202-669-8645
✉ dosta@eckertseamans.com

BIO: 👤  VCARD: 📇  |  🌐 🔗 🐦

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.