IN IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIHA AYYASH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.  1:24-cv-3434-ACR |
| ) | |
| GULF AIR B.S.C. et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT AMERICAN AIRLINES, INC.'S
OPPOSITION TO PLAINTIFF JOSESPHANO MOTION FOR DEFAULT**

Defendant American Airlines, Inc. hereby responds to Plaintiff Tala Josephano's Motion for Entry of Default Against Defendant American Airlines (Dkt. 27).  That motion should be denied.

1. Plaintiffs filed their joint Complaint on December 10, 2024 (Dkt. 1), which they amended on December 31, 2024. (Dkt. 2.)

2. On January 8, 2025, Plaintiff Tala Josephano filed a Pro Se Consent to Receive Notices of Electronic Filing.  (Dkt. 3.)

3. American Airlines was served with the Amended Complaint on January 22, 2025, with a response due on February 12, 2025.  (Dkt. 4.)

4. On February 12, 2025, undersigned counsel filed a Notice of Appearance, Corporate Disclosure and Motion to Dismiss.  (Dkts. 6 - 8.)

5. In light of the Pro Se Consent to Receive Notices of Electronic Filing, service would appear to be complete upon Ms. Josephano upon electronic filing.  Undersigned also attempted to provide a courtesy copy of the filing by email to Ms. Josephano.

1

6.   The following day, on February 13, 2025, undersigned's office sent an additional copy of each of the filings to Ms. Josephano by first class mail to the addresses listed in the Amended Complaint. On the same day, undersigned had an extensive call with Plaintiff Josephano regarding the case, who indicated she was contacting counsel after learning of counsel's representation of American Airlines in this matter from PACER. During the call, it was confirmed that Plaintiff Josephano was aware of the filings made on February 12, 2025.

7.   On February 20, 2025, American Airlines filed a request for a motion conference, which was served on each of the Plaintiffs by first class mail. (Dkt. 14.)

8.   Plaintiff Josephano has communicated repeatedly with undersigned counsel regarding service of the initial Motion to Dismiss. As demonstrated by Plaintiff's exhibits, in addition to explaining that service under the rules does not require a tracking number or formal personal service, undersigned counsel has also repeatedly communicated that he will consent to reasonable extensions of time any of the Plaintiffs need in order to respond to American Airlines' filings. (*See* Dkt. 27-1.)

9.   Despite being aware that American Airlines timely responded to the Complaint, Plaintiff suggests that an entry of default under Rule 55(a) is somehow appropriate. This is not correct. By its terms, Rule 55(a) only applies when a defendant "fails to plead or otherwise defend." Because American Airlines timely responded to the Amended Complaint, there is no basis for an entry of default. *See, e.g., Younger v. D.C. Pub. Sch.*, 2014 WL 12959305, at *1 (D.D.C. 2014) (holding "Rule 55(a) does not apply here…[because] Defendants have filed motions to dismiss the Amended Complaint."); *Marin v. Bank of Am. N.T. & S.A.*, 194 F.3d 174 (D.C. Cir. 1999); *Peavey v. Holder*, 2010 WL 3155823, at *1 (D.C. Cir. 2010); *Jean-Baptiste v. U.S. Dep't of Just.*, 2024 WL 1253858, at *7 (D.D.C. 2024).

10. The Plaintiff's motion is without merit and should be denied.

Dated: March 20, 2025

Respectfully submitted,

    /s/ Micah E. Ticatch
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all counsel of record. I will also serve a copy of the foregoing via first class mail upon the following:

>Tala Josephano
>615 Catalina Ave, #233
>Redondo Beach, CA 90277
>joesephanotala@gmail.com
>
>Samiha Ayyash
>7823 New London Dr,
>Springfield, VA 22153
>703-980-6955
>ayyashsamiha@gmail.com
>
>Feras Hindi
>7823 New London Dr,
>Springfield, VA 22153
>703-980-6955
>Fhindi@friendshiplogistics.com
>
>*Pro Se Plaintiffs*

>         /s/ Micah E. Ticatch
>Micah E. Ticatch, DC Bar No. 1005398
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for American Airlines, Inc.*