# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

### Civil Division

| | | |
|---|---|---|
| **Samiha Ayyash, Feras Hindi** | ) | Case No.: 1:24-cv-03434-ACR |
| **Tala Josephano** | ) | |
| Plaintiff**,** | ) | |
| **American Airlines, INC. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendant | ) | |
| | ) | |

### CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7(m), Plaintiff Samiha Ayyash states that she has made multiple attempts over the past two years to contact Gulf Air regarding serious matters but has never received a response. In this litigation, Defendant has not made a single attempt to reach out to Plaintiff directly, nor has it served her properly with a valid Notice of Appearance.

Due to significant procedural defects and Gulf Air's repeated bad-faith litigation tactics, Plaintiff—a senior woman with limited English proficiency—has been advised not to engage with Defendant without legal representation. Plaintiff has already requested court-appointed counsel but remains unrepresented at this time.

Gulf Air's attorneys have engaged in a pattern of procedural misconduct, misrepresented facts to the Court, and unfairly obtained procedural advantages. These actions have prejudiced Plaintiff Samiha Ayyash and demonstrate that Defendant has no intention of acting in good faith to resolve procedural disputes.

Further, Defendant's failure to properly serve Plaintiff with its first invalid Notice of Appearance has obstructed direct communication.

For these reasons, Plaintiff requests that the Court waive the meet-and-confer requirement under Local Civil Rule 7(m) and proceed with ruling on the Motion to Strike. Additionally, Plaintiff requests that any scheduled meet-and-confer be converted into a Motion for Entry of Default against Defendant Gulf Air rather than an opportunity for Defendant to cure its procedural violations.

March 24 2025

Samiha Ayyash
7823 New London Dr
Springfield VA 22153
(703)623-3767

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, Plaintiff Samiha Ayyash will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Certificate of Conference for Motion to Strike

1-Defendant American Airlines, Inc. Registered Agent  Registered Office Address :CORPORATION SERVICE COMPANY 1090 VERMONT AVE. NW Washington DC 20005. Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc  AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Feras Hindi : Wives service with courtesy notice


Respectfully submitted,

March 24 2025

Pro Se Plaintiff

*S.A*

Samiha Ayyash

7823 New London Dr

Springfield VA 22153
(703-623-3767