UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| Samiha Ayyash, Feras Hindi    ) | | Case No.:  1:24-cv-03434-ACR |
| Tala Josephano                           ) | | |
| Plaintiffs,                                      ) | | |
| American Airlines, INC. ,              ) | | |
| Gulf Air B.S.C                              ) | | |
| Defendants                                  ) | | |
| _____       ) | | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

Upon consideration of Plaintiff Samiha Ayyash 's Motion to Strike Defendant Gulf Air's Improper Filings, and for good cause shown, it is hereby:

1. ORDERED that Plaintiff's Motion to Strike DOCKET          is GRANTED; and it is further

2. ORDERED that the entire Notice of Appearance filed by attorneys Darcy C. Osta and Mark A. Johnston on behalf of Defendant Gulf Air B.S.C. on February 20, 2025, is hereby STRICKEN; and it is further

3. ORDERED that all entire filings submitted by Defendant Gulf Air B.S.C. on February 20, 2025, including but not limited to the Notice of Appearance, LCvR 1 Corporate

   Disclosure Statement, Pre-Motion Request for a Meet-and-Confer, and Motion for Telephone Conference, are hereby STRICKEN; and it is further

4. ORDERED that entirely all filings submitted by Defendant Gulf Air B.S.C. on or after March 4, 2025, are hereby STRICKEN; and it is further

IT IS SO ORDERED.

Dated:

Judge Ana Reyes

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, Plaintiff Samiha Ayyash will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Proposed Order for Motion to Strike

1-Defendant American Airlines, Inc. Registered Agent  Registered Office Address :CORPORATION SERVICE COMPANY 1090 VERMONT AVE. NW Washington DC 20005.

**A Copy will be sent to Micah E. Ticatch** 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Personal delivery via ABC Legal Services (Process Server) Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc  AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Samiha Ayyash : Waived Service , courtesy notice.


Respectfully submitted,

March 24 2025

Pro Se Plaintiff

Samiha Ayyash

7823 New London Dr

Springfield VA 22153
(703)623-3767