UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| Samiha Ayyash, Feras Hindi | ) | Case No.:  1:24-cv-03434-ACR |
| Tala Josephano | ) | |
| Plaintiffs, | ) | |
| American Airlines, INC. , | ) | |
| Gulf Air B.S.C<br>Defendants | )<br>) | |
| _____ | ) | |

[PROPOSED]  ORDER DIRECTING CLERK TO ENTER DEFAULT FOR PLAINTIFF

FERAS HINDI AGAINST DEFENDANT AMERICAN AIRLINES

Upon consideration of Plaintiff Feras Hindi's Motion for Clerk's Entry of Default, [ECF No. 17],

the attached exhibits, and the record herein, the Court finds the following:

1. Defendant American Airlines, Inc. was properly served with the Amended Complaint on

   January 22, 2025, as evidenced by the Proof of Service entered on January 23, 2025.

2. Defendant American Airlines, Inc.'s deadline to file a responsive pleading or otherwise

   appear in this matter was February 12, 2025.

3. Defendant American Airlines, Inc. failed to serve Plaintiff on 21 days required.

4. Defendant Admitted to not Serving Plaintiff on February 12 2025



RECEIVED

MAR 25 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

5. Defendant failed to serve after being notified

6. Plaintiff Feras Hindi asserts that the Defendant's filings contained a false certificate of service.

7. Defendant American Airlines, Inc. has failed to timely plead or otherwise defend, and has not sought leave of Court to file a late answer.

8. The Plaintiff has submitted a declaration attesting to these facts, which the Court finds credible.

Therefore, it is hereby

ORDERED that the Clerk of the Court is DIRECTED to enter default against Defendant American Airlines, Inc., pursuant to Federal Rule of Civil Procedure 55(a). The Clerk shall note the date of entry on the docket.

IT IS SO ORDERED.

Hon. Ana Reyes

United States District Judge


Date:

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, Plaintiff Feras Hindi will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Proposed Order for Motion to Entry to Default

1-Defendant American Airlines, Inc. Registered Agent  Registered Office Address :CORPORATION SERVICE COMPANY 1090 VERMONT AVE. NW Washington DC 20005. Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc  AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Samiha Ayyash : Waived Service , courtesy notice.

Respectfully submitted,

March 24 2025

Pro Se Plaintiff

*F.H*

Feras Hindi

7823 New London Dr

Springfield VA 22153
(703)980-6955