UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| Samiha Ayyash, Feras Hindi | ) | Case No.: 1:24-cv-03434-ACR |
| Tala Josephano | ) | |
| Plaintiffs, | ) | |
| American Airlines, INC. , | ) | |
| Gulf Air B.S.C | ) | |
| Defendants | ) | |
| _____ | ) | |

[PROPOSED]  ORDER DIRECTING CLERK TO ENTER DEFAULT FOR PLAINTIFF FERAS HINDI AGAINST DEFENDANT GULF AIR

Upon consideration of Plaintiff Feras Hindi's Motion for Clerk's Entry of Default, [DT No. 18], the attached exhibits, and the record herein, the Court finds the following:

1. Defendant Gulf Air B.S.C. was properly served with the amended complaint, summons, and civil cover sheet on January 30, 2025.

2. Defendant Gulf Air B.S.C.'s deadline to file a responsive pleading or defendant in this matter was February 20, 2025, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. Defendant Gulf Air B.S.C. has failed to file a responsive pleading or otherwise defend in this matter as of the date of this Order.
4. The Plaintiff has submitted a declaration attesting to these facts, which the Court finds credible.
5. The court acknowledges the prior filings of the defending part that the plaintiff has filled for to strike for they lack of attorney standing and representation,

Therefore, it is hereby

ORDERED that the Clerk of the Court is DIRECTED to enter default against Defendant Gulf Air B.S.C., pursuant to Federal Rule of Civil Procedure 55(a). The Clerk shall note the date of entry on the docket.

IT IS SO ORDERED.

Hon.Ana Reyes

United States District Judge

Date:

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, Plaintiff Feras Hindi will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Proposed Order for Motion to Entry to Default

1-Defendant American Airlines, Inc. Registered Agent Registered Office Address :CORPORATION SERVICE COMPANY 1090 VERMONT AVE. NW Washington DC 20005. Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Samiha Ayyash : Waived Service , courtesy notice.

Respectfully submitted,

March 24 2025

Pro Se Plaintiff

*F. H*

Feras Hindi

7823 New London Dr

Springfield VA 22153
(703)980-6955