UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| Samiha Ayyash, Feras Hindi | ) | Case No.: 1:24-cv-03434-ACR |
| Tala Josephano | ) | |
| Plaintiffs, | ) | |
| American Airlines, INC. , | ) | |
| Gulf Air B.S.C | ) | |
| Defendants | ) | |
| _____ | ) | |

[PROPOSED} ORDER DIRECTING CLERK TO ENTER DEFAULT

Upon consideration of Plaintiff Samiha Ayyash's Motion for Clerk's Entry of Default [ECF No. 19], the attached exhibits, and the record herein, the Court finds the following:

1. Defendant American Airlines, Inc. was properly served, however, the counsel filed five documents on the last day of the 21-day deadline February 12, 2025, after 5:00 PM (Eastern Time).

2. Defendant did not serve the motion to dismiss or the Notice of Appearance by the deadline.

3. Defendant admitted to not serving Plaintiff on February 12 2025 until after Plaintiff Filed motion requesting Clerk to Enter Default

**RECEIVED**
MAR 25 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

4. Defendant Didn't request leave to amend or correct the court records.

5. The Plaintiff has submitted a declaration attesting to these facts

Therefore, it is hereby

ORDERED that the Clerk of the Court is DIRECTED to enter default against Defendant American Airlines, Inc., pursuant to Federal Rule 55(a)

Hon. Judge Ana Reyes

United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, Plaintiff Samiha Ayyash will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Proposed Order for Motion to Entry Default

1-Defendant American Airlines, Inc. Registered Agent  Registered Office Address :CORPORATION SERVICE COMPANY 1090 VERMONT AVE. NW Washington DC 20005.

**A Copy will be sent to Micah E. Ticatch** 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Personal delivery via ABC Legal Services (Process Server) Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc  AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Feras Hindi: Waived Service , courtesy notice.

Respectfully submitted,

March 24 2025

Pro Se Plaintiff

Samiha Ayyash

7823 New London Dr

Springfield VA 22153
(703)623-3767