UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| Samiha Ayyash, Feras Hindi | ) | Case No.: 1:24-cv-03434-ACR |
| Tala Josephano | ) | |
| Plaintiffs, | ) | |
| American Airlines, INC. , | ) | |
| Gulf Air B.S.C | ) | |
| Defendants | ) | |
| _____ | ) | |

[PROPOSED} ORDER DIRECTING CLERK TO ENTER DEFAULT

Upon consideration of Plaintiff Samiha Ayyash's Motion for Clerk's Entry of Default [ECF No. 22], the attached exhibits, and the record herein, the Court finds the following:

1. Defendant Gulf Air B.S.C. was properly served with the amended complaint on January 30, 2025.

2. Defendant Gulf Air B.S.C.'s deadline to file a responsive pleading or otherwise defend was February 20, 2025, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. Defendant Gulf Air B.S.C. has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

4. The Plaintiff has submitted a declaration attesting to these facts, which the Court finds credible.

5. The Court acknowledges the history of this case, including Plaintiff's allegations regarding Defendant Gulf Air B.S.C.'s prior failures to comply with court orders in other matters, as detailed in Exhibit 3 to Plaintiff's motion.

6. The Court Acknowledges the filing on February 20 2025 to be invalid due to expired Certificate of Attorneys by Gulf Air Attorneys.

Therefore, it is hereby

ORDERED that the Clerk of the Court is DIRECTED to enter default against Defendant Gulf Air B.S.C., pursuant to Federal Rule of Civil Procedure 55(a). The Clerk shall note the date of entry on the docket.

IT IS SO ORDERED.


Hon. Judge Ana Reyes

United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, Plaintiff Samiha Ayyash will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Proposed Order for Motion to Strike

1-Defendant American Airlines, Inc. Registered Agent  Registered Office Address :CORPORATION SERVICE COMPANY 1090 VERMONT AVE. NW Washington DC 20005.

A Copy will be sent to **Micah E. Ticatch** 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Personal delivery via ABC Legal Services (Process Server) Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc  AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Feras Hindi: Waived Service , courtesy notice.


Respectfully submitted,

March 24 2025

Pro Se Plaintiff

*[signature]*

Samiha Ayyash

7823 New London Dr

Springfield VA 22153
(703)623-3767