# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

## Civil Division

| | | |
|---|---|---|
| **Samiha Ayyash, Feras Hindi** | **)** | **Case No.:  1:24-cv-03434-ACR** |
| **Tala Josephano** | ) | |
| Plaintiff**,** | ) | |
| **American Airlines, INC. ,** | ) | |
| **Gulf Air B.S.C**<br>Defendant | **)**<br>**)** | |
| _____ | **)** | |

## CERTIFICATE OF CONFERENCE

Despite Plaintiff Tala's attempts at civil communication and attempts to discuss potential motions and extension as evidenced., Defendant Gulf Air B.S.C. engaged in bad faith tactics that have prejudiced Plaintiff and delayed resolution of this matter. These tactics include a procedurally flawed request for meet-and-confer, a late attempt at service, and failure to respect Plaintiff's warnings against group emailing.

 March 24 2025

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
(347)749-4980

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, Plaintiff Tala Josephano  will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Notice To Support Entry of Default and attachments and exhibits

1-Defendant American Airlines, Inc. Micah E. Ticatch Isler Dare, P.C. 1945 Old Gallows Rd, Suite 650 Vienna, VA 22182

2-Defendant Gulf Air B.S.C., Inc  AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Feras Hindi : waives service with courtesy notice

Respectfully submitted,

March 24 2025

Pro Se Plaintiff

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277