1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| Samiha Ayyash, Feras Hindi | ) | Case No.: 1:24-cv-03434-ACR |
| Tala Josephano | ) | |
| Plaintiffs, | ) | |
| American Airlines, INC. , | ) | |
| Gulf Air B.S.C | ) | |
| Defendants | ) | |
| _____ | ) | |

[PROPOSED} ORDER DIRECTING CLERK TO ENTER DEFAULT

Upon consideration of Plaintiff Tala Josephano's Motion for Clerk's Entry of Default [ECF No. 20] and Notice Supporting that Motion, the attached exhibits, and the entire record herein, the Court finds the following:

1. Defendant Gulf Air B.S.C. was properly served with the amended complaint, summons, and civil cover sheet January 30 2025

2. Defendant Gulf Air B.S.C.'s deadline to file a responsive pleading or otherwise defend was February 20, 2025, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. Defendant Gulf Air B.S.C. failed to file a timely Answer or Rule 12 motion within 21 days of service. The submission of a pre-motion conference request does not satisfy this requirement.

4. Gulf Air's initial filing on February 20, 2025, was submitted by attorneys whose D.C. Bar certifications were expired at the time of filing.

5. The defect in Gulf Air's initial filing has not been cured, and the 21-day deadline has passed without an extension. The Court therefore finds the initial filing void *ab initio* and legally ineffective.

6. The Court acknowledges Plaintiff's argument that the Defendant violated standing order 7H and Local Civil Rule 7M.

7. The Court Acknowledges the Pre Motion and Meet & Confer scheduled are invalid

8. The Plaintiff has submitted a declaration attesting to these facts, which the Court finds credible.

Therefore, it is hereby

ORDERED that the Clerk of the Court is DIRECTED to enter default against Defendant Gulf Air B.S.C., pursuant to Federal Rule of Civil Procedure 55(a). The Clerk shall note the date of entry on the docket.

Hon. Judge Ana Reyes

United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, Plaintiff Tala Josephano will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Proposed Order for Motion to Entry Default

1-Defendant American Airlines, Inc. **Micah E. Ticatch** 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Personal delivery via ABC Legal Services (Process Server) Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc  AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Samiha Ayyash & Plaintiff Feras Hindi: Waived Service , courtesy notice.


Respectfully submitted,

March 24 2025

Pro Se Plaintiff

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
(347)749-4980