UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| Samiha Ayyash, Feras Hindi | ) | Case No.:  1:24-cv-03434-ACR |
| Tala Josephano | ) | |
| Plaintiffs, | ) | |
| American Airlines, INC. , | ) | |
| Gulf Air B.S.C | ) | |
| Defendants | ) | |
| _____ | ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF SAMIHA AYYASH'S MOTION TO STRIKE & DIRECTING CLERK TO ENTER DEFAULT

Upon review of Plaintiff Samiha Ayyash's Motion to Strike, the Court finds that Defendant American Airlines, Inc. has failed to comply with the Federal Rules of Civil Procedure by submitting a false and misleading Certificate of Service on February 12, 2025. Accordingly, under Federal Rule of Civil Procedure 12(f)(1), the Court finds that the defective Certificate of Service, along with all filings dependent on it, must be stricken to uphold procedural integrity and prevent prejudice to Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's Motion to Strike is GRANTED in its entirety.

2.  The Certificate of Service submitted by Defendant on February 12, 2025, is STRICKEN
    from all filings submitted on that date, including the Notice of Appearance, Motion to
    Dismiss, and Corporate Disclosure Statement.

3.  All filings submitted by Defendant on February 12, 2025, are STRICKEN in their
    entirety as defective, due to the false and improper Certificate of Service, which fails to
    meet the requirements of the Court and the Federal Rules of Civil Procedure, and
    misrepresents service on Plaintiff.

4.  All filings submitted by Defendant on February 20, 2025, are STRICKEN in their
    entirety, as they were based on an invalid and improper Notice of Appearance and
    Corporate Disclosure Statement, and fail to meet the applicable requirements under the
    Court and Federal Rules.

5.  Plaintiff is granted leave to amend any aspect of her pleadings or legal phrasing,
    recognizing that Plaintiff is a pro se litigant who is making every reasonable effort to
    comply with the legal, court, and procedural requirements, but may require minor
    corrections to properly reflect the legal basis of her claims.

6.  Defendant is DENIED leave to file any further motions or pleadings based on the expired
    deadline for responses under Rule 12(a)(1)(A)(i), which was February 12, 2025.

7. Plaintiff's Previous submitted Motion for Entry of Default  DT 19 is GRANTED. Defendant failed to serve Plaintiff within the required timeframe, and as such, Plaintiff is entitled to a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure.

The Court finds that granting this motion will uphold the integrity of the legal process, prevent Defendant from benefiting from its procedural misconduct, and protect Plaintiff's rights to a fair and timely litigation process. Further, this ruling will ensure compliance with the Federal Rules of Civil Procedure and deter future violations by parties who fail to comply with procedural requirements.

**SO ORDERED.**

Dated this ____ day of _____, 2025.

**Honorable Judge Ana C. Reyes**

 United States District Judge for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, Plaintiff Samiha Ayyash will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Motion To Strike and its Attachments

1-Defendant American Airlines, Inc. Registered Agent  Registered Office Address :CORPORATION SERVICE COMPANY 1090 VERMONT AVE. NW Washington DC 20005.

A Copy will be sent to **Micah E. Ticatch** 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc  AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Feras Hindi: Waived Service, Courtesy given.

Respectfully submitted,

March 25 2025

**Pro Se Plaintiff**

**Samiha Ayyash**

7823 New London Dr

Springfield VA 22153
(703)623-3767