# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

## Civil Division

| | | |
|---|---|---|
| **Samiha Ayyash, Feras Hindi** | ) | Case No.: 1:24-cv-03434-ACR |
| **Tala Josephano** | ) | |
| Plaintiff**,** | ) | |
| **American Airlines, INC. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendant | ) | |
| _____ | ) | |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7(m), Plaintiff Feras Hindi certifies that he has not conferred with Defendant American Airlines or its counsel regarding the Motion to Strike. Plaintiff was never served with Defendant's Notice of Appearance for the March 4, 2025 or by the February 12 2025 deadline required by 12(a)(1)(A)(i) filing, and as a result, he is unable to confer with Defendant's counsel regarding this motion.

 Given that Plaintiff was not properly served with the Notice of Appearance, any attempt to confer would be inappropriate and futile. Therefore, Plaintiff will not be contacting Defendant's counsel, as he has not been served of their involvement in the case.

Dated: March 25, 2025

Pro Se Plaintiff

*F. H*

**Feras Hindi**

7823 New London Dr

Springfield VA 22153

(703)623-3767

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, Plaintiff Feras Hindi will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Motion To Strike and its Attachments

1-Defendant American Airlines, Inc. Registered Agent Registered Office Address :CORPORATION SERVICE COMPANY 1090 VERMONT AVE. NW Washington DC 20005.

**A Copy will be sent to Micah E. Ticatch** 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Personal delivery via ABC Legal Services (Process Server)

2-Defendant Gulf Air B.S.C., Inc  AT Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Personal delivery via ABC Legal Services (Process Server)

3- Plaintiff Tala Josephano & Plaintiff Samiha Ayyash : Waived Service, Courtesy given.

Respectfully submitted,

Dated: March 25, 2025

Pro Se Plaintiff

**Feras Hindi**

7823 New London Dr

Springfield VA 22153

(703)623-3767