## IN IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIHA AYYASH, et al. | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )    **Case No.  1:24-cv-3434-ACR** |
| | ) |
| GULF AIR B.S.C. et al., | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(2), Defendant American Airlines Inc., by counsel, hereby moves to dismiss the Amended Complaint because this Court lacks personal jurisdiction over American Airlines.  The grounds for this motion are set forth in the accompanying Memorandum of Support.  Pursuant to Local Rule 7(f), Defendant requests an oral hearing for this motion.

Dated: April 17, 2025

                                               Respectfully submitted,

                                                 /s/ Micah E. Ticatch
                                        Micah E. Ticatch, DC Bar No. 1005398
                                        Isler Dare, P.C.
                                        1945 Old Gallows Road, Suite 650
                                        Vienna, Virginia 22182
                                        (703) 748-2690
                                        (703) 748-2695 (fax)
                                        mticatch@islerdare.com

                                        *Counsel for American Airlines Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April 2025 I will serve a copy of the foregoing via first class mail upon the following:

Tala Josephano
615 Catalina Ave, #233
Redondo Beach, CA 90277
*Pro Se Plaintiff*

Samiha Ayyash
7823 New London Dr,
Springfield, Fairfax
VA 22153
703-980-6955
*Pro Se Plaintiff*

Feras Hindi
7823 New London Dr,
Springfield, Fairfax
VA 22153
703-980-6955
*Pro Se Plaintiff*

    /s/ Micah E. Ticatch
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for American Airlines Inc.*