# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIHA AYYASH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-3434-ACR |
| ) | |
| GULF AIR B.S.C. et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON consideration of Defendant American Airlines, Inc.'s Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED; and the claims against American Airlines are hereby DISMISSED for lack of personal jurisdiction.

Dated: _____, 2025

_____
Hon. Ana C. Reyes
United States District Judge