**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAMIHA AYYASH, *et al.*

Plaintiffs,

v.

GULF AIR B.S.C., *et al*.,

Defendants.

Case No. 1:24-cv-3434-ACR

**DEFENDANT GULF AIR B.S.C. (C)'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT UNDER RULES 12(b)(2), 12(b)(1) AND 12(b)(5)**

COMES NOW, Defendant, Gulf Air B.S.C. (c) ("Gulf Air"), by undersigned counsel, and moves this Court for an Order dismissing Plaintiffs' Amended Complaint ("Complaint"), with prejudice. As set forth in the accompanying Memorandum of Law, dismissal is warranted under Federal Rules of Civil Procedure 12(b)(2), 12(b)(1) and 12(b)(5). This Court cannot exercise either general or specific personal jurisdiction over Gulf Air, and, therefore, dismissal is warranted under Rule 12(b)(2). In addition, the Court lacks subject matter jurisdiction over the claims asserted in the Complaint because Plaintiffs lack standing to assert such claims and adding the party with standing would defeat diversity jurisdiction. Thus, dismissal is appropriate pursuant to Rule 12(b)(1). Lastly, Plaintiffs failed to effect service of process on Gulf Air in accordance with the applicable rules, thus, this Court does not have jurisdiction over Gulf Air and the Complaint should be dismissed under Rule 12(b)(5). None of the jurisdictional deficiencies with the Complaint can be cured by amendment.

Therefore, the Court should dismiss the Complaint in its entirety, with prejudice.

Dated: April 18, 2025

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Darcy C. Osta*
Darcy C. Osta, Esq.
D.C. Bar No. 1686937
Mark A. Johnston, Esq.
D.C. Bar No. 455764
1717 Pennsylvania Ave., N.W.,
Suite 1200
Washington, D.C. 20006
(202) 659-6600
dosta@eckertseamans.com
mjohnston@eckertseamans.com

*Counsel for Defendant Gulf Air B.S.C. (c)*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will serve an electronic copy on all counsel of record, and I will also serve a copy of the foregoing via USPS first class mail upon the following:

Tala Josephano
615 Catalina Avenue, #233
Redondo Beach, CA 90277
*Pro Se Plaintiff*

Samiha Ayyash
Feras Hindi
7823 New London Drive, #233
Springfield, VA 22153
*Pro Se Plaintiffs*

*/s/ Darcy C. Osta*
Darcy C. Osta