IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIHA AYYASH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:24-cv-03434-ACR |
| v. ) | |
| ) | |
| GULF AIR B.S.C. (C), *et al.*, ) | |
| ) | |
| Defendants. ) | |

# DECLARATION OF EVELYN D. SAHR, ESQ.

I, Evelyn D. Sahr, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the District of Columbia and an active member of the D.C. Bar.

2. I am Member of the law firm of Eckert Seamans Cherin & Mellott, LLC ("Eckert Seamans").

3. I make this Declaration based upon my personal knowledge and belief, and if called to testify as to any of the matters set forth herein, I could and would competently testify thereto.

4. Plaintiffs attempted to serve process on Defendant Gulf Air B.S.C. (c) ("Gulf Air") in the action styled *Samiha Ayyash, et al. v. Gulf Air B.S.C. (C), et al.*, Case No. 1:24-cv-03434-ACR, by delivering a copy of the Summons and Complaint to Eckert Seaman's Washington, D.C. office on January 30, 2025.

5. I am not an officer, managing agent, or general agent of Gulf Air and Gulf Air has not authorized me to accept or receive service of process of legal actions initiated in state or

federal courts within the United States, including any legal action filed in any state or federal court located in the District of Columbia.

6.  As required by 49 U.S.C. § 46103, Gulf Air designated me as its agent upon whom service of all notices and process, and all orders, decisions, and requirements of the Department of Transportation may be made for and on behalf of Gulf Air. Pursuant to the explicit terms of the designation and the corresponding statute, the scope of my authority thereunder is limited only to accepting service of documents related to proceedings before, and actions of, the Secretary of Transportation. *See* Designation of Agent for Service of Notice, Process, Orders Decisions and Requirements dated November 30, 2022, attached hereto as Exhibit A.

7.  Gulf Air has neither explicitly nor implicitly authorized me to accept or receive service of process for any other legal action, including the instant lawsuit.

8.  I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 17th day of April, 2025

_____
Evelyn D. Sahr, Esq.

# EXHIBIT A



**U.S. Department of Transportation**
Office of the Secretary of Transportation

DESIGNATION OF AGENT FOR
SERVICE OF NOTICE, PROCESS, ORDERS
DECISIONS AND REQUIREMENTS

Chief, Documentary Services Div.
Department of Transportation
Washington, D.C. 20590

ATTENTION: DOCKET SECTION, C-55

Gulf Air B.S.C. (C)
_____, having its principal
(Name of Company, please print)

office at   Building 122, Road 2403, Block 224, Muharraq, Kingdom of Bahrain
(Address)

hereby designates, pursuant to section 46103 of Title 49 of the U.S. Code (formerly section 1005(b) of the Federal Aviation Act of 1958, as amended) the person named below as its Agent upon whom service of all notices and process, and all orders, decisions, and requirements of the Department of Transportation may be made for and on behalf of said carrier, hereby canceling all previous designations of agents made by it to the DOT.

Name of Agent   Evelyn Sahr
(Please Print)

Address   Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue NW, 12th Floor
Washington, DC 20006

The Agent so designated has written his name and also his initials in the following space:

Name   Evelyn Sahr                    (Initials)   EPS

IN WITNESS WHEREOF,   Gulf Air B.S.C. (C)                    has caused these
(Name of Company)

presents to be signed in its name by   Captain Waleed A. Hameed AlAlawi   , President
(Please Print)

of said company, and to be attested under its corporate seal by

Sara Mohamed A. Hasan                         Board Secretary
                                              (Secretary, or other Title)

on this   30TH   day of   NOVEMBER   , 19 2022

ATTEST: [Gulf Air seal — Secretary to the board of directors]

                                              Gulf Air B.S.C. (C)
                                              (Name of Company)

                                              By: _____
                                                   (President)

(Secretary, or other officer)

OST F 1010.5 (1-95)