IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIHA AYYASH, *et al.*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GULF AIR B.S.C., *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-3434-ACR |

**[PROPOSED] ORDER**

THIS MATTER comes before this Court on the Motion to Dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(1) and 12(b)(5) filed by Defendant Gulf Air B.S.C. (c). Upon consideration of the parties' motions, any opposition thereto, the arguments presented to the Court at hearing, and for good cause shown, it is accordingly;

ORDERED that Defendant Gulf Air B.S.C. (c)'s Motion to Dismiss is GRANTED; and it is further

ORDERED that the Amended Complaint is dismissed, with prejudice, as against Defendant Gulf Air B.S.C. (c).

The Court directs the Clerk to send a copy of this Order to all parties and counsel of record.

Entered: _____, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JUDGE ANA C. REYES