UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| **Samiha Ayysah, Feras Hindi,** | | |
| **Tala Josephano** | ) | Case No.: 1:24-cv-03434-ACR |
| | ) | |
| Plaintiffs | ) | |
| **American Airlines Inc. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendants | ) | |
| _____ | ) | |

**PLAINTIFF TALA JOSEPHANO'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND REQUEST FOR IN CAMERA HEARING DUE TO HARASSMENT AND SAFETY THREATS BY DEFENDANT GULF AIR, THE JORDANIAN GOVERNMENT ON BEHALF OF KING ABDULLAH, PRINCE SULEIMAN THE REAL OWNER OF GULF AIR B.S.C, AND INDIVIDUALS ASSISTING THEM WITHIN THE U.S. GOVERNMENT**

Plaintiff Tala Josephano respectfully submits this emergency motion seeking immediate protective relief from the Court in response to escalating threats, intimidation, and harassment directed at her by Defendant Gulf Air B.S.C. (c), the Jordanian government and individuals ( foreign & domestic) believed to be acting in concert with them within the United States government. These actions are not speculative; Plaintiff has been subjected to a sustained pattern of coercion and interference specifically intended to deter, silence, and obstruct her lawful pursuit of claims before this Court. This has now exceeded Civil and Human rights violations and they have taken it an extra step.

RECEIVED

MAY 27 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

When Defendant Gulf Air submitted the declaration purportedly from Captain Qasim, there were immediate concerns regarding its authenticity, as the signature on the declaration appears in two different ink colors, raising questions as to whether Captain Qasim even personally executed the document. Gulf Air B.S.C possibly doesn't know that Plaintiff Tala knows Captain Qasim as he was her brother's friend and superior. Plaintiffs will details the perjury committed in their motion to STRIKE his declaration and Exhibits under the court inherent authority for violating court orders and Federal Rules

Gulf Air became aware that Plaintiff Tala Josephano possesses evidence including evidence directly contradicting the declaration and demonstrating that Gulf Air intentionally submitted an outdated employment contract for Captain Mohannad Alhindi. Since that time, Plaintiff Tala has been diligently preparing a motion to strike the declaration. However, she has been subjected to ongoing harassment and intimidation by Gulf Air, which appears calculated to distract and deter her from timely submitting this critical motion to the Court. This harassment is approved by somebody in the American Government

Plaintiff Tala now faces credible and serious safety concerns, as well as persistent pressure designed to compel them to withdraw their filings, refrain from seeking judicial remedies, and abandon their case entirely. Such conduct constitutes an abuse of power that exceeds the permissible bounds of adversarial civil litigation and rises to the level of unlawful intimidation and extrajudicial retaliation.

It is not uncommon for foreign governments, such as those of Bahrain and Jordan, to exert significant influence in order to control the narrative and limit public scrutiny of their corrupted actions. Plaintiffs are concerned that these governments are attempting to leverage their resources and connections to impede the fair administration of justice in the United States. Such

conduct, if proven, undermines the integrity of the U.S. legal system—a system built on principles of transparency, accountability, and the rule of law, which stands in contrast to less transparent or accountable practices elsewhere. Plaintiffs respectfully urge the Court to remain vigilant against any attempts to improperly influence these proceedings or to import corrupt practices into the American judicial process.

Plaintiff Tala has previously asked this Court for help regarding the harassment and threats she continues to face. Her requests have not been addressed, and the silence is deeply concerning. It is especially difficult to reconcile this with the background of the presiding Judge, who is known to have come to the United States in pursuit of a safer, more just and better life—just as Plaintiff Tala has. That a woman in Plaintiff's position, facing real danger, has been left without protection by a Court led by someone who shares that immigrant experience and helps women is not only surprising, but deeply disappointing.  Plaintiff Tala has filed multiple complaints, but the orders to ignore are coming from high above power to portray Plaintiff Tala as the threat not the other way around.

The Court should not dismiss these concerns as mere exaggeration. Plaintiff Tala Josephano comes from an intelligence background and is acutely aware that the tactics being employed—while they may seem implausible or far-fetched to those unfamiliar with such environments—are, in fact, consistent with the methods used by authoritarian governments. For individuals outside the intelligence sector, these actions may resemble scenarios from fiction; however, for those who have lived under and interacted with such regimes, these threats and tactics are all too real. Plaintiff respectfully urges the Court to consider her experience and expertise in evaluating the seriousness and credibility of these allegations.

The tragic fate of whistleblowers such as John Barnett—who faced relentless pressure and ultimately died or professionally " slowly" killed while seeking accountability from Boeing and the murder of Jamal Khashoggi, who was targeted for exposing government misconduct, serve as stark reminders of the risks faced by individuals who pursue justice or defend the rights of others. Plaintiff Tala Josephano asserts that Jordan and Gulf Air's ongoing campaign of intimidation and harassment seeks to silence her in a similar manner. However, any attempt to make Plaintiff Tala "a second John Barnett" will not succeed; efforts to destabilize her, including alleged interference with her food and medication, will not deter her pursuit of the truth.

Plaintiff Tala has repeatedly criticized the governments of Jordan and Bahrain on social media—calling out, among other things, the Jordanian King's alleged theft of U.S. aid and exposing corruption within both regimes and the Bahrain Government for falsifying compliance on DOT applications. She further notes the close relationship between Bahrain and Jordan, including the employment of Jordanian personnel in Bahrain's intelligence and police services and their recruitment of Jordanian pilots and executives for Gulf Air. Plaintiff Tala urges the Court to recognize the seriousness of these threats and to ensure that her efforts to seek justice are not undermined by the same tactics that have silenced others.

The court should have considered previous submission by Plaintiff Tala. Plaintiff Tala stands ready to present tangible evidence of the ongoing harassment, including the identities of individuals involved in what has been described as a coordinated surveillance effort targeting Plaintiff Tala. This operation was allegedly initiated by the Jordanian government through British intermediaries and carried out with the assistance or acquiescence of individuals within the United States government influenced by those foreign interests.

Plaintiffs are in the process of preparing and submitting several critical motions that Defendant Gulf Air B.S.C. has sought to obstruct, including: a Motion to Amend the Complaint; a Motion to Strike the Declaration and Employment Contract submitted in support of Defendant's Motion to Dismiss; a Motion to Strike portions of the Motion to Dismiss and a detailed Opposition establishing jurisdiction under Rule 4(k), the D.C. Long-Arm Statute, and Due Process; a Motion for Sanctions; a Motion for Jurisdictional Discovery as to both Defendant American Airlines and Gulf Air B.S.C.; a Motion for Sanctions against Gulf Air B.S.C. 's counsel for submitting unverified and misrepresented exhibits;  and the main one  Motion for Referral to the United States Attorney for Criminal Investigation of Perjury. Defendant Gulf Air B.S.C is aware of these filings being prepared and they are doing their best to stop them.

Plaintiff Tala Josephano has not yet filed any claims for personal emotional damages arising from the continuous and intentional harm inflicted by Gulf Air, nor for abuse of process or civil conspiracy involving American Airlines Inc. and the FAA. The FAA has been formally notified of Plaintiffs' intent to pursue legal action, as its conduct has resulted in substantial and ongoing injury to Plaintiff after all failure attempts for an administrative solution. The FAA acted as Gulf Air B.S.C and American Airlines Inc. Defender in order to cover up for their oversight. Plaintiffs with court orders from Bangladesh to the FAA and multiple complaints formal and informal, the only way to get the FAA to reply to safety threats was by contacting their lawyer on Linkedin and threatening with Public exposure.

Plaintiff Tala has endured persistent harassment and bullying, and she is determined to hold all responsible parties accountable through the appropriate legal channels and public exposure in order to protect herself and her family. This now has gone too far. Plaintiff Tala's internet got cut off five times trying to type this motion.

In light of these extraordinary circumstances, Plaintiffs respectfully request that the Court:

1. Set a prompt public or in camera evidentiary hearing on this emergency motion to ensure transparency, allow for the presentation of evidence, and permit direct questioning of relevant witnesses regarding the alleged threats, intimidation, and surveillance.

2. Enter a comprehensive protective order prohibiting any party, their agents, or any affiliated third parties from engaging in further harassment, intimidation, and surveillance

3. Refer the allegations of threats, intimidation, and unlawful surveillance to the United States Attorney for the District of Columbia, the Federal Bureau of Investigation (FBI), and, if appropriate, the Department of Justice's National Security Division for immediate investigation.

4. Appoint a neutral Special Master or Independent Monitor to oversee compliance with the Court's orders and to report on any further incidents of interference, intimidation, or retaliation during the pendency of this litigation.

5. Grant Any Further Relief Deemed Just and Proper Award any additional protective or remedial relief the Court deems necessary to safeguard the parties and preserve the integrity of these proceedings

May 27 2025

Pro Se
Plaintiff Tala Josephano

615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

## CERTIFICATE OF SERVICE

I hereby certify that on May 27 2025, Plaintiff Tala will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Motion for Protection

1-Defendant American Airlines, Inc. Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email

2-Defendant Gulf Air B.S.C., Inc Darcy & Mark  **AT** Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Email

Submitted,

May  27 2025

**Pro Se Plaintiffs**

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980