UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

**Samiha Ayysah, Feras Hindi,**

**Tala Josephano**                                     )         Case No.: 1:24-cv-03434-ACR

                                                                  )
Plaintiffs                                                     )

**American Airlines Inc. ,**                         )

**Gulf Air B.S.C**                                       )
Defendants                                                 )

_____      )

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT GULF AIR'S EXHIBIT A**

Pursuant to the Court's Inherent Authority and Standing Order Plaintiffs respectfully move this Court to strike Exhibit A (the purported employment contract submitted by Defendant Gulf Air B.S.C. at ECF No. 43-2) on the following grounds:

1. **Violation of the Court's Standing Order:**

Section 5(b) of the Court's April 2024 Standing Order requires exhibits to "exclude irrelevant material" and highlight only "pertinent portions." Exhibit A, an expired employment contract dated between 1999–2004, directly violates this order. It contains outdated and immaterial terms, omits nearly two decades of relevant employment history, and misleads the Court as to the scope of the Decedent's employment and domicile

RECEIVED
May 29 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2. **Irrelevance, Misleading and Misrepresentation:**

Federal Rule of Evidence requires that evidence have probative value. Exhibit A fails this test. It omits key facts such as the Decedent's 2008 promotion to Captain, his 2019 transfer to the Boeing fleet, and his assignment to DOT-governed codeshare operations, all of which are directly relevant to the jurisdictional questions before the Court. Instead, Defendant misuses an obsolete contract from a predecessor entity (Gulf Air Company G.S.C.) to falsely imply continuity and domicile in Jordan, which is unsupported and misleading.

3. **Lack of Evidentiary Weight and Procedural Prejudice:**

The declaration accompanying Exhibit A selectively omits facts personally known to the declarant—facts he acknowledged in an internal memorial email in 2022. The failure to include post-2004 contracts or employment amendments suggests deliberate concealment. Admission of such misleading evidence prejudices the Plaintiffs and imposes an undue burden on pro se litigants.

4. **Court's Inherent Authority to Strike:**

Courts have broad discretion to strike filings that mislead or violate procedural rules. Defendant's selective submission, omitting known and material evidence constitutes a violation of its duty of candor and justifies exclusion.

**RELIEF REQUESTED**

Plaintiffs respectfully request that the Court:

1. STRIKE Exhibit A in its entirety from ECF No. 43-2;

2. STRIKE or EXCLUDE all references to Exhibit A in Defendant's Motion to Dismiss including any reference in the Declaration;

3. Allow Plaintiffs to amend in order to Grant

4. Bar Defendant from submitting any further exhibits regarding this matter or declarations from Bahrain that is unverified by the lawyer

5. Grant such other relief as the Court deems appropriate to preserve the integrity of the record.

Plaintiffs are prepared to submit affidavits and witnesses attesting to the Decedent's U.S. domicile and employment terms if the Court requires further support.

Dated: May 29, 2025

Respectfully submitted,

**Pro Se Plaintiffs**

*Tala Josephano*

615 S Catalina Ave #233

Redondo Beach, CA 90277

*Feras Hindi*

7823 New London Dr.

Springfield, VA 22153

*Samiha Ayyash*

7823 New London Dr.

Springfield, VA 22153

## CERTIFICATE OF SERVICE

I hereby certify that on May 29 2025, Plaintiff Feras Hindi, Plaintiff Tala & Plaintiff Samiha will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Motion to Strike Exhibits

1-Defendant American Airlines, Inc. Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email

2-Defendant Gulf Air B.S.C., Inc Darcy & Mark  **AT** Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Service Processor ABC Legal service

Submitted,

May 29 2025

**Pro Se Plaintiffs**

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

Feras Hindi
7823 New London Dr.
Springfield VA 22153
703-980-6955

Samiha Ayyash
7823 New London Dr.
Springfield VA 22153
703-623-3767