UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| **Samiha Ayysah, Feras Hindi,** | | |
| **Tala Josephano** | ) | Case No.: 1:24-cv-03434-ACR |
| | ) | |
| Plaintiffs | ) | |
| **American Airlines Inc. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendants | ) | |
| | ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER

Upon consideration of Plaintiff Tala Josephano's Emergency Motion for Protective Order and Request for In Camera Hearing, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's motion is GRANTED.

It is further **ORDERED** that:

1. A protective order is hereby ENTERED prohibiting any party to this litigation, their counsel, agents, affiliates, or any associated third parties from engaging in, authorizing, or facilitating any further harassment, surveillance, intimidation, or interference with Plaintiff Tala Josephano or her immediate family.



**RECEIVED**
JUN 4 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2. The Court shall schedule an **in camera** or public evidentiary hearing to allow Plaintiff to present evidence regarding the alleged threats, intimidation, and surveillance as outlined in the motion.

3. The Clerk is directed to provide a copy of the motion and this Order to the Office of the United States Attorney for the District of Columbia, the Federal Bureau of Investigation (FBI), and, as appropriate, the Department of Justice's National Security Division, for review and potential investigation.

4. A neutral Special Master or Independent Monitor shall be appointed to oversee compliance with this Order and report on any further incidents of interference, intimidation, or retaliation during the pendency of this litigation.

5. The Court retains jurisdiction to issue any additional protective or remedial relief deemed necessary to safeguard the Plaintiffs and the integrity of these proceedings.

SO ORDERED.

Dated: _____

 Washington, D.C.

**Hon. Ana C. Reyes**

United States District Judge