UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| **Samiha Ayysah, Feras Hindi,** | | |
| **Tala Josephano** | ) | Case No.: 1:24-cv-03434-ACR |
| | ) | |
| Plaintiffs | ) | |
| **American Airlines Inc. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendants | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO STAY PROCEEDINGS**

Upon consideration of *Plaintiffs' Emergency Motion to Stay Proceedings Pending Federal Investigation, Congressional Review, and Judicial Determination Regarding Foreign Interference,* and for good cause shown, it is hereby:

ORDERED that all proceedings in this matter are STAYED until further order of the Court;

ORDERED that Plaintiffs may submit a list of federal, congressional, and judicial concerns to support the stay period;

ORDERED that Defendant Gulf Air B.S.C l shall refrain from any direct or indirect contact, intimidation, or interference with Plaintiffs, including through agents or affiliates;

**RECEIVED**

JUN 9 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

ORDERED that Plaintiffs' request for referral to relevant federal and congressional oversight bodies is GRANTED

ORDERED that the Court will address Plaintiffs' pending requests for protective measures and investigative relief GRANTED

SO ORDERED.

Dated: _____, 2025

_____

Hon. Ana C. Reyes

United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 9 2025, Plaintiff Feras Hindi, Plaintiff Tala & Plaintiff Samiha will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Proposed Order Motion To STAY DKT 49

1-Defendant American Airlines, Inc. Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email

2-2-Defendant Gulf Air B.S.C., Inc Darcy & Mark  **AT** Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Email

Submitted,

June 9 2025

**Pro Se Plaintiffs**

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

Feras Hindi
7823 New London Dr.
Springfield VA 22153
703-980-6955

Samiha Ayyash
7823 New London Dr.
Springfield VA 22153
703-623-3767