UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

**Samiha Ayyash, Feras Hindi**

**Tala Josephano**                              **)**                    **Case No.:  1:24-cv-03434**

                                                        **)**
Plaintiff                                               **)**

**American Airlines, INC. ,**                    **)**

**Gulf Air B.S.C**                               **)**
Defendant                                          **)**

_____**)**

# EXHIBITS

June 12 2025

**Exhibit 1:**

Airlines for America & AMR ( American Airlines Previously ) Lobbying for Codeshare and

FAA exemptions 1999-2000

**EXHIBITS**

**Exhibit 2:**

Airlines for America & AMR ( American Airlines Previously ) Detail Lobbying for Codeshare

and FAA exemptions 1999-2000

**Exhibit 3**  Codeshare FAA Lobbying Authorization

**Exhibit 4** Codeshare Bill

**Exhibit 5** PAC Contribution

**Exhibit 6** American Airlines Promoting DCA as DC listing the Address of the Airport DC

Ronald Reagan Washington National Airport **Washington, D.C. 20001**

**Exhibit 7** AA Employment Ads

**Exhibit 8** Codeshare Guideline

**Exhibit 9** FAA AFS Service

**Exhibit 10** 2008 Gulf Air American Airlines Codeshare

**EXHIBITS**

# EXHIBIT 1





Air Transport Association



RECEIVED.
SECRETARY OF THE SENATE

**00 AUG 11 PM 3. 35**

James L. Casey
Vice President & Deputy General Counsel

August 11, 2000

Secretary of the Senate
Office of Public Records
Room 232
Hart Senate Office Building
Washington, D.C. 20510

Dear Sir or Madam:

Enclosed is the midyear 2000 lobbying report of the Air Transport Association of America, Inc. Please call me if you have any questions about it.

Sincerely,

James L. Casey

James L. Casey

Air Transport Association of America
1301 Pennsylvania Ave., NW — Suite 1100   Washington, DC 20004-1707
(202) 626-4211    FAX (202) 626-4139
jcasey@air-transport.org  ❖  ARINC/SITA: WASJCXD

Clerk of the House of Representatives    Secretary of the Senate
Legislative Resource Center    Office of Public Records
B-106 Cannon Building    232 Hart Building
Washington, DC 20515    Washington, DC 20510



RECEIVED
SECRETARY OF THE SENATE
00 AUG 11 PM 3: 35

# LOBBYING REPORT

Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required To Complete This Page

1. Registrant Name

Air Transport Association of America, Inc.

2. Address ☐ Check if different than previously reported

1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004-1707

3. Principal Place of Business (if different from line 2)

City:                         State/Zip (or Country)

| 4. Contact Name | Telephone | E-mail (optional) | 5. Senate ID # |
|---|---|---|---|
| James L. Casey | (202) 626-4211 | jcasey@air-transport.org | 614 |

| 7. Client Name ☐ Self | | 6. House ID # |
|---|---|---|

**TYPE OF REPORT** 8. Year 2000 ___ Midyear (January 1-June 30) ☒ OR Year End (July 1-December 31) ☐

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐ Termination Date _____    11. No Lobbying Activity ☐

---

## INCOME OR EXPENSES - Complete Either Line 12 OR Line 13

| 12. Lobbying Firms | 13. Organizations |
|---|---|
| INCOME relating to lobbying activities for this reporting period was: | EXPENSES relating to lobbying activities for this reporting period were: |
| Less than $10,000 ☐ | Less than $10,000 ☐ |
| $10,000 or more ☐ "0 $ _____ Income (nearest $20,000) | $10,000 or more ☒ ∞) $ 940,000 Expenses (nearest $20,000) |
| Provide a good faith estimate, rounded to the nearest $20,000, of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | 14. REPORTING METHOD. Check box to indicate expense accounting method. See instructions for description of options. |
| | ☒ Method A. Reporting amounts using LDA definitions only |
| | ☐ Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code |
| | ☐ Method C. Reporting amounts under section 162(e) of the Internal Revenue Code |

Signature _James L. Casey_    Date _August 11, 2000_

Printed Name and Title _James L. Casey, Vice President and Deputy General Counsel_

LD-2 (REV. 6/98)    PAGE 1 of __4__

Registrant Name Air Transport Association of America _____    Client Name _____

## Information Update Page – Complete ONLY where registration information has changed.

20. Client new address

...................................................................................................................................................

21. Client new principal place of business (if different from line 20)

City                                                    State/Zip (or Country)
...................................................................................................................................................

22. New general description of client's business or activities


**LOBBYIST UPDATE**
23. Name of each previously reported individual who is **no longer** expected to act as a lobbyist for the client


**ISSUE UPDATE**
24. General lobbying issues previously reported that **no longer** pertain


**AFFILIATED ORGANIZATIONS**
25. Add the following affiliated organization(s)

| Name | Address | Principal Place of Business (city and state or country) |
|------|---------|---------------------------------------------------------|
|      |         |                                                         |
|      |         |                                                         |

26. Name of each previously reported organization that is **no longer affiliated** with the registrant or client


**FOREIGN ENTITIES**
27. Add the following foreign entities

| Name | Address | Principal place of business (city and state or country) | Amount of contribution for lobbying activities | Ownership percentage in client |
|------|---------|---------------------------------------------------------|-------------------------------------------------|--------------------------------|
|      |         |                                                         |                                                 |                                |
|      |         |                                                         |                                                 |                                |

28. Name of each previously reported foreign entity that **no longer owns**, controls, or is affiliated with the registrant, client or affiliated organization


Signature _James L. Casey_                    Date _August 11, 2000_

Printed Name and Title James L. Casey, Vice President and Deputy General Counsel

Form LD-2 (Rev. 6/98)                                        Page _3_ of _4_

Registrant Name Air Transport Association of America    Client Name _____

LOBBYING ACTIVITY. Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. **Using a separate page for each code**, provide information as requested. Attach additional page(s) as needed.

15. General issue area code ___AVI___    (one per page)

16. Specific lobbying issues

    See Attachment A

17. House(s) of Congress and Federal agencies contacted    ☐ Check if None

U.S. Senate
U.S. House of Representatives                    Federal Aviation Administration
Department of Agriculture                        National Transportation Safety Board
Department of Commerce                           Immigration and Naturalization Service
Department of Justice                            U.S. Customs Service
Department of State                              Environmental Protection Agency
Department of Transportation                     Internal Revenue Service
Department of Treasury                           U.S. Postal Service

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | New |
|------|-------------------------------------------|-----|
| Carol B. Hallett | | ☐ |
| Edward A. Merlis | | ☐ |
| Barbara M. Kostuk | | ☐ |
| Michael D. Wascom | | ☐ |
| James W. Coon | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above    ☒ Check if None

Signature _James L. Casey_    Date August 11, 2000

Printed Name and Title    James L. Casey, Vice President and Deputy General Counsel

Form LD-2 (Rev.6/98)                                    Page __4__ of __4__

# 106TH CONGRESS
## ATA BILL LIST

## HOUSE LEGISLATION

| | |
|---|---|
| H.R. 22 | The Postal Modernization Act |
| H.R. 97 | To extend the Aviation War Risk Insurance Program |
| H.R. 98 | To Extend Federal Aviation Administration program Through September 30, 1999 |
| H.R. 99 | Interim Federal Aviation Administration Authorization Act |
| H.R. 111 | to provide off-budget treatment for the Airport and Airway Trust fund, the Inland Waterways Trust Fund, and the Harbor Maintenance Trust Fund. |
| H.R. 129 | To amend title 49, United States Code, to exempt noise and access restrictions on aircraft operations to and from metropolitan airports from certain Federal review and approval requirements, and for other purposes. To amend title 49, United States Code, to exempt noise and access restrictions on aircraft operations to and from metropolitan airports from certain Federal review and approval requirements, and for other purposes. |
| H.R. 272 | Airline Competition and Lower Fares Act |
| H.R. 435 | To make miscellaneous and technical changes to various trade laws, and for other purposes. |
| H.R. 482 | To provide for the regulation of the airspace over National Park System lands in the State of Hawaii by the Federal Aviation Administration and the National Park Service, and for other. |
| H.R. 661 | To prohibit the operation of certain supersonic transport aircraft |
| H.R. 700 | Airline Passenger Bill of Rights Act of 1999 |
| H.R. 717 | National Parks Air Tour Management Act of 1999 |
| H.R. 752 | Airline Passenger Fairness Act |
| H.R. 780 | Passenger Entitlement and Competition Enhancement Act of 1999 |
| H.R. 897 | Consumer Access to Travel Information Act of 1999 |
| H.R. 907 | Air Service Restoration Act |
| H.R. 908 | Aviation Consumer Right To Know Act of 1999 |
| H.R. 951 | Airline Service Improvement Act of 1999 |
| H.R. 953 | Aviation Safety Protection Act |
| H.R. 1000 | Aviation Investment and Reform Act for the 21st Century |
| H.R. 1030 | Improved Consumer Access to Travel Information Act |
| H.R. 1035 | Airport Air Quality Improvement Act |
| H.R. 1052 | To amend title 49, United States code, relating to civil penalties for unruly passengers of air carriers. |
| H.R. 1141 | Emergency Supplemental appropriations |
| H.R. 1463 | Right to Know About Airport Pollution Act of 1999 |
| H.R. 1507 | To require the Secretary of Transportation to grant exemptions under section 41714 of title 49, United States Code, to allow 30 additional slot exemptions at Ronald Reagan Washington National Airport for air carriers to provide daily air service between Ronald Reagan Washington National Airport and other airports that are more than 1,250 statute miles from Ronald Reagan Washington National Airport, and for other purposes. |
| H.R. 1551 | Civil Aviation Research and Development Authorization Act of 1999 |
| H.R. 1553 | National Weather service and Related Agencies authorization Act |
| H.R. 1678 | Airline Competition and Fairness Act of 1999 |
| H.R. 1679 | Airfare Relief Act of 1999 |
| H.R. 1738 | To amend title 49, United States Code, to provide slot exemptions for nonstop Regional jet service, and for other purposes. |
| H.R. 1833 | Customs Service Authorization Bill, FY 2000 |
| H.R. 2024 | Aviation Code-Share Safety Act of 1999 |

| H.R. 2051 | To amend title 49, United States Code, to require the Secretary of Transportation to investigate and hold public hearings in response to petitions claiming unreasonably high airfares or inadequate air carrier competition at airports. |
| H.R. 2084 | Department of Transportation and Related Agencies Appropriations Act, 2000 |
| H.R. 2200 | Omnibus Airline Passenger Fair Treatment Act of 1999 |
| H.R. 2490 | Treasury/Postal Service Appropriations Act, 2000 |
| H.R. 2495 | To direct the FAA administrator to issue regulations to limit the number of pieces of carry-on baggage that a passenger may bring on an airplane |
| H.R. 2499 | To amend title 49, U.S. Code to prohibit the operation of certain aircraft not complying with Stage 4 noise levels. |
| H.R. 2528 | A bill to establish the Bureau of Immigration Services and the Bureau of Immigration Enforcement within the Department of Justice. |
| H.R. 3072 | To provide for increased access to airports in the United Kingdom by U.S. air carriers, and for other purposes. |
| H.R. 3166 | To establish a commission to study the impact of deregulation of the airline industry on small town America. |
| H.R. 3194 | Consolidated Appropriations Act, FY 2000 |
| H.R. 3767 | To amend the Immigration and Nationality Act to Make Improvements to, and Permanently Authorize, the Visa Waiver Pilot Program Under Section 217 of such Act |
| H.R. 3849 | To amend the Internal Revenue Code of 1986 to repeal the 4.3 cents-per-gallon increases in motor fuel taxes enacted in 1993. |
| H.R. 3917 | To amend the Internal Revenue Code of 1986 to provide that the penalty on the reimportation of tobacco products exported from the United States shall not apply in certain cases |
| H.R. 4006 | To amend the Internal Revenue Code of 1986 to reduce motor fuel excise tax rates |
| H.R. 4470 | To amend the Internal Revenue Code of 1986 to provide that the excise tax on air transportation shall not apply to amounts paid for mileage credits for individuals residing outside the United States |
| H.R. 4475 | Department of Transportation and Related Agencies Appropriations Act, 2001 |
| H.R. 4480 | The Immigration and Naturalization Service Data Management Improvement Act of 2000 |
| H.R. 4690 | Departments of Commerce, Justice, State & the Judiciary Appropriations for FY2001 |
| H.R. 4871 | Treasury/Postal Service Appropriations for FY2001 |

## SENATE LEGISLATION

| | |
|---|---|
| S. 81 | National Parks Overflights Act |
| S. 82 | Transportation Improvement Act |
| S. 262 | Miscellaneous Trade and Technical Corrections Act of 1999 |
| S. 304 | Small Communities Air Service Act of 1999 |
| S. 379 | Air Service Restoration Act |
| S. 383 | Airline Passenger Fairness Act |
| S. 477 | Airline Competition Act of 1999 |
| S. 536 | Wendell H. Ford National Air Transportation System Improvement Act of 1999 |
| S. 545 | Federal Aviation Administration Authorization Act of 1999 |
| S. 603 | To promote competition and greater efficiency of airlines to ensure the rights of airline passengers, to provide for full disclosure to those passengers, and for other purposes. |
| S. 643 | Interim Federal Aviation Administration Authorization Act |
| S. 648 | Aviation Safety Protection Act |
| S. 775 | Right To Know About Airport Pollution Act of 1999 |
| S. 1058 | To provide for the collection of fees for certain customs services, to authorize the continuation of certain preclearance services, and for other purposes. |
| S. 1139 | To amend title 49, United States Code, relating to civil penalties for unruly passengers of air carriers and to provide for the protection of employees providing air safety information. |
| S. 1143 | Department of Transportation and Related Agencies Appropriations Act, 2000. |
| S. 1174 | Aviation Investment and Reform Act for the 21st Century |
| S. 1193 | Safe Air Travel for Animals Act |
| S. 1217 | Commerce, Justice, State 7 the Judiciary Appropriations Act, 2000 |
| S. 1282 | Treasury/Postal Service Appropriations Act, 2000 |
| S. 1294 | To direct the Administrator of the Federal Aviation Administration to issue regulations to limit the number of pieces of carry-on baggage that a passenger may bring on an airplane. |
| S. 1362 | To establish a commission to study the airline industry and to recommend policies to ensure consumer information and choice. |
| S. 1467 | To extend the funding levels for aviation programs for 60 days. |
| S. 1563 | A bill to establish the Bureau of Immigration Services and the Bureau of Immigration Enforcement within the Department of Justice. |
| S. 1576 | To establish a commission to study the impact of deregulation of the airline industry on small town America |
| S. 1637 | To extend through the end of the current fiscal year certain expiring Federal Aviation Administration authorizations. |
| S. 1682 | Air Traffic Management Improvement Act of 1999. |
| S. 1807 | To provide for increased access to airports in the United Kingdom by U.S. air carriers, and for other purposes. |
| S. 1916 | FAA Authorization Extension Act. |
| S. 2262 | To amend the Internal Revenue Code of 1986 to institute a Federal Fuels Tax Holiday. |
| S. 2263 | To amend the Internal Revenue Code of 1986 to institute a Federal Fuels Tax Holiday. |
| S. 2285 | A bill instituting a Federal Fuels Tax Holiday |
| S. 2599 | The Immigration and Naturalization Service Data Management Improvement Act of 2000 |
| S. 2720 | Department of Transportation and Related Agencies Appropriations Act, 2001 |
| S. 2790 | A bill instituting a Federal fuels tax holiday |
| S. 2791 | A bill instituting a Federal fuels tax suspension |
| S. 2808 | To amend the Internal Revenue Code of 1986 to Temporarily Suspend the Federal Fuels Tax |
| S. 2891 | Air Travelers Fair Treatment Act of 2000 |

S. 2900        Treasury/Postal Service Appropriations for FY2001

## OTHER MATTERS

Air traffic control issues (Federal Aviation Administration and Department of Transportation)

Aviation regulatory and compliance issues ( principally Federal Aviation Administration and Department of Transportation, and other departments and agencies listed on page 4 of report)

Domestic and international aviation environmental issues (Environmental Protection Agency, Federal Aviation Administration, and Department of State)

Air Transport Association of America, Inc.
-Mid-Year 2000 Report

# EXHIBIT 2

| Clerk of the House of Representatives<br>Legislative Resource Center<br>135 Cannon Building<br>Washington, DC 20515<br>http://lobbyingdisclosure.house.gov | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510<br>http://www.senate.gov/lobby |
|---|---|

# LOBBYING REPORT

## Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required to Complete This Page

**1. Registrant Name** ☑ Organization/Lobbying Firm ☐ Self Employed Individual
Air Line Pilots Association

**2. Address**
Address1  7950 Jones Branch Drive        Address2   Suite 400S
City   McLean          State  VA    Zip Code   22102        Country   USA

**3. Principal place of business (if different than line 2)**
City            State      Zip Code          Country

| 4a. Contact Name  Mr. | b. Telephone Number | c. E-mail | 5. Senate ID# |
|---|---|---|---|
| Government Affairs Department | 2027974033 | governmentaffairs@alpa.org | 580-12 |

| 7. Client Name    ☑ Self        ☐ Check if client is a state or local government or instrumentality | 6. House ID# |
|---|---|
| Air Line Pilots Association | 300140000 |

## TYPE OF REPORT
8. Year 2025    Q1 (1/1 - 3/31) ☑   Q2 (4/1 - 6/30) ☐   Q3 (7/1 - 9/30) ☐   Q4 (10/1 - 12/31) ☐

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐    Termination Date _____    11. No Lobbying Issue Activity ☐

### INCOME OR EXPENSES - YOU MUST complete either Line 12 or Line 13

| 12. Lobbying | 13. Organizations |
|---|---|
| **INCOME** relating to lobbying activities for this reporting period was: | **EXPENSE** relating to lobbying activities for this reporting period were: |
| Less than $5,000 ☐ | Less than $5,000 ☐ |
| $5,000 or more ☐  $ _____ | $5,000 or more ☑  $ 230,000.00 |
| Provide a good faith estimate, rounded to the nearest $10,000, of all lobbying related income for the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | **14. REPORTING** Check box to indicate expense accounting method. See instructions for description of options. |

| | |
|---|---|
| | ☑ **Method A.** Reporting amounts using LDA definitions only |
| | ☐ **Method B.** Reporting amounts under section 6033(b)(8) of the Internal Revenue Code |
| | ☐ **Method C.** Reporting amounts under section 162(e) of the Internal Revenue Code |

| Signature | Digitally Signed By: Government Affairs Department | Date | 4/23/2025 6:52:07 AM |
|---|---|---|---|

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code AVI

16. Specific lobbying issues

Aviation Safety; International Aviation and Competitiveness Issues (Flags of Convenience, Labor Protections, Joint Venture Agreement); Pilot Training and Certifications; Unmanned Aircraft Systems/Drones; NextGen and Air Traffic Management; Pilot Supply; Essential Air Service; Air Service to Rural Communities; FAA Reauthorization Act of 2018 (PL 115-254) Oversight and Implementation; Single Pilot Operations; Flight Deck Recording; Cargo Flight Deck Barriers, Cargo Flight Deck Door Act ; The Fair and Open Skies Act, radio altimeter interference issues, , Aircraft certification, Aviation Workforce Development Grants, FAA Administrator nomination, ; Let Experienced Pilots Fly Act; ; S. 896 Stopping Harmful Incidents to Enforce Lawful Drone Use Act; Cabin Air Safety Act; S. 368 Aviation WORKS Act; Biojet Fuel Research Act; NOTAM Improvement Act; S. 307, Increasing Competitiveness for American Drones Act, HR 3935 Securing Growth and Robust Leadership in American Aviation Act, Pre-Pilot Pathway Act, FAA Severe Turbulence Research and Development Act of 2023; Mental Health in Aviation Act H.R. 2353 Safer Skies Act

17. House(s) of Congress and Federal agencies ☐ Check if None

U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES, Transportation - Dept of (DOT), Federal Aviation Administration (FAA)

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| David | Martin | | | ☐ |
| Jordan | Austin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |
| Elizabeth | Baker | | | ☐ |
| Jeffery | Pavlak | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code HOM

16. Specific lobbying issues

Federal Flight Deck Officer (FFDO) Programs; Unmanned Aircraft Systems (UAS)/Drones; (Security Fees and Taxes); Airport and Aviation Security; Cargo Security

17. House(s) of Congress and Federal agencies ☐ Check if None

U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES, Homeland Security - Dept of (DHS), Transportation Security Administration (TSA)

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| David | Martin | | | ☐ |
| Jordan | Austin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |
| Elizabeth | Baker | | | ☐ |
| Jeffrey | Baker | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code BUD

16. Specific lobbying issues

Transportation Appropriations (Human Intervention Motivation Study, Essential Air Service Programs, Alternative Essential Air Service, NexGen and FAA, health mandates, flags of convenience); Defense Appropriations (Unmanned Aircraft Systems,); Homeland Security Appropriations (FFDO, Aviation Security); Financial Services and General Government Appropriations; National Mediation Board; Crew Complement; pilot mental health

17. House(s) of Congress and Federal agencies ☐ Check if None

U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| David | Martin | | | ☐ |
| Jordan | Austin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |
| Elizabeth | Baker | | | ☐ |
| Jeffrey | Pavlak | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code TOU

16. Specific lobbying issues

Visa Process Reforms.

17. House(s) of Congress and Federal agencies ☐ Check if None

U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| David | Martin | | | ☐ |
| Jordan | Austin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code GOV

16. Specific lobbying issues

| Regulatory Reform |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES, Transportation - Dept of (DOT) |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| David | Martin | | | ☐ |
| Jordan | Austin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |
| Elizabeth | Baker | | | ☐ |
| Jeffrey | Pavlak | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

|  |
|---|

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code TAX

16. Specific lobbying issues

| Health Care Tax Credit, Flex Spending Accounts, Defined Contribution Plan Catch up Contributions; Sustainable Aviation Fuel Tax Credit Farm Bill SAF Tax Credit; Tax Fairness for Workers Act, |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| David | Martin | | | ☐ |
| Jordan | Austin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

| |
|---|

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code LBR

16. Specific lobbying issues

| Right to Work, HHS Appropriations (NMB Funding); , Protecting the Right to Organize Act, DOL nominations, NTSB nominations, DOL Labor Condition Applications. Federal Preemption Issues |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| David | Martin | | | ☐ |
| Jordan | Austin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |
| Jeffrey | Pavlak | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

| |
|---|

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code DEF

16. Specific lobbying issues

| National Defense Authorization, pilot mental health |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| David | Martin | | | ☐ |
| Jordan | Austin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

|  |
|---|

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code TEC

16. Specific lobbying issues

| GPS Issues and 5G interference with critical aviation instrumentation, Next Generation Telecommunications Act |
| --- |

17. House(s) of Congress and Federal agencies ☐ Check if None

| U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES |
| --- |

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
| --- | --- | --- | --- | --- |
| David | Martin | | | ☐ |
| Jordan | Austin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

| |
| --- |

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code RET

16. Specific lobbying issues

| Changes to PBGC premium structure relating to Market Based Cash Balance Plans (no legislation introduced) |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Jordan | Austin | | | ☐ |
| David | Martin | | | ☐ |
| Jill | Larrabee | | | ☐ |
| Sean | Maxwell | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

| |
|---|

**Information Update Page - Complete ONLY where registration information has changed.**

20. Client new address

Address _____

City _____  State _____  Zip Code _____  Country _____

21. Client new principal place of business (if different than line 20)

City _____  State _____  Zip Code _____  Country _____

22. New General description of client's business or activities

| |
|---|

# LOBBYIST UPDATE

23. Name of each previously reported individual who is no longer expected to act as a lobbyist for the client

| First Name | Last Name | Suffix | First Name | Last Name | Suffix |
|---|---|---|---|---|---|

| 1 | _____ | _____ | 3 | _____ | _____ |
| 2 | _____ | _____ | 4 | _____ | _____ |

## ISSUE UPDATE

24. General lobbying issue that no longer pertains

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

## AFFILIATED ORGANIZATIONS

25. Add the following affiliated organization(s)

Internet Address:

| Name | Address | | | | Principal Place of Business (city and state or country) |
|------|---------|---|---|---|---|
| | Street Address | | | | |
| | City | State/Province | Zip | Country | City |
| | | | | | State      Country |

26. Name of each previously reported organization that is no longer affiliated with the registrant or client

| 1 | 2 | 3 |
|---|---|---|

## FOREIGN ENTITIES

27. Add the following foreign entities:

| Name | Address | | | Principal place of business (city and state or country) | Amount of contribution for lobbying activities | Ownership percentage in client |
|------|---------|---|---|---|---|---|
| | Street Address | | | | | |
| | City | State/Province | Country | City | | |
| | | | | State      Country | | % |

28. Name of each previously reported foreign entity that no longer owns, or controls, or is affiliated with the registrant, client or affiliated organization

| 1 | 3 | 5 |
|---|---|---|
| 2 | 4 | 6 |

**CONVICTIONS DISCLOSURE**

29. Have any of the lobbyists listed on this report been convicted in a Federal or State Court of an offense involving bribery, extortion, embezzlement, an illegal kickback, tax evasion, fraud, a conflict of interest, making a false statement, perjury, or money laundering?

☑ No  ☐ Yes

| Lobbyist Name | Description of Offense(s) |
|---|---|

# EXHIBIT 3

| | | |
|---|---|---|
| Clerk of the House of Representatives | Secretary of the Senate | |
| Legislative Resource Center | Office of Public Records | **Secretary of the Senate** |
| B-106 Cannon Building | 232 Hart Building | **Received: Aug 14, 2000** |
| Washington, DC 20515 | Washington, DC 20510 | |

# LOBBYING REPORT

Lobbying Disclosure Act of 1995 (Section 5) · **All Filers Are Required To Complete This Page**

1. Registrant Name:

**AMERICAN AIRLINES**

2. Address:
1101 17TH ST NW   #600, WASHINGTON, DC 20036

3. Principal place of business (if different from line 2):
City:  FORT WORTH   State/Zip(or Country): TX 76155

4. Contact Name:   KEVIN WORTH
   Telephone:  202-496-5654
   E-mail (optional):  JOHN.GLASER@AA.COM

Senate ID #:  1422-12
House ID #:   30853000

7. Client Name:  ☒ Self

## TYPE OF REPORT

8. Year___2000____  Midyear (January 1 - June 30): ☒  **OR**  Year End (July 1 - December 31): ☐

9. Check if this filing amends a previously filed version of this report: ☐

10. Check if this is a Termination Report: ☐ => Termination Date:          11. No Lobbying Activity: ☐

## INCOME OR EXPENSES

Complete Either Line 12 **OR** Line 13

**12. Lobbying Firms**

   **INCOME** relating to lobbying activities for this reporting period was:

   Less than $10,000: ☐

   $10,000 or more: ☐ => Income (nearest $20,000):_____

Provide a good faith estimate, rounded to the nearest $20,000, of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client).

**13. Organizations**

   **EXPENSES** relating to lobbying activities for this reporting period were:

   Less than $10,000: ☐

   $10,000 or more: ☒ => Expenses (nearest $20,000):___1,200,000.00_____

**14. Reporting Method.**
   Check box to indicate expense accounting method.  See instructions for description of options.

   ☐ **Method A.** Reporting amounts using LDA definitions only
   ☐ **Method B.** Reporting amounts under section 6033(b)(8) of the Internal Revenue Code
   ☒ **Method C.** Reporting amounts under section 162(e) of the Internal Revenue Code

Page 1

Registrant Name: AMERICAN AIRLINES  Client Name: Self

## LOBBYING ACTIVITY.

Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period.  Using a separate page for each code, provide information as requested.  Attach additional page(s) as needed.

15. General issue area code:  AVI    (one per page)

16. Specific lobbying issues:

MISC AIRLINE COMPETITION/PASSENGER RIGHTS BILLS - HR 272, HR 700, HR 752, HR 780, HR 897, HR 907, HR 908, HR 951, HR 953, HR 1030, HR 1678, HR 1679, HR 2051, HR 2200, S 82, S 379, S 383, S 477, S 603, S 1362, S 2891  SERVICE TO SMALL COMMUNITIES - HR 3166, S 304, S 1516  SLOTS - HR 1507, HR 1738  CIVIL PENALTIES FOR UNRULY PASSENGERS - HR 1052, S 1139  CARRY-ON BAGGAGE LIMITS - HR 2495, S 1294  AVIATION CODE-SHARE SAFETY ACT - HR 2024  SAFE AIR TRAVEL FOR ANIMALS ACT - S 1193  AIR TRAFFIC MANAGEMENT IMPROVEMENT - S 1682  AVIATION SAFETY PROTECTION ACT - S 648  INTERNATIONAL ISSUES - BILATERAL AVIATION AGREEMENTS, INTERNATIONAL ROUTE AUTHORIZATIONS

17. House(s) of Congress and Federal agencies contacted:
Commerce, Dept of (DOC)
Council of Economic Advisers
Executive Office of the President
Federal Aviation Administration (FAA)
HOUSE OF REPRESENTATIVES
SENATE
State, Dept of (DOS)
Transportation, Dept of (DOT)
U.S. Trade Representative (USTR)

18. Name of each individual who acted as a lobbyist in this issue area:

Name:  BLOCKER III, ANAIAS
    Covered Official Position (if applicable):  N/A
Name:  DOERNHOEFER, GARY
    Covered Official Position (if applicable):  N/A
Name:  ELWELL, DAN
    Covered Official Position (if applicable):  N/A
Name:  KARR, SHANE
    Covered Official Position (if applicable):  N/A
Name:  NICHOLS, JULIE L.
    Covered Official Position (if applicable):  N/A
Name:  RIS, WILLIAM K.
    Covered Official Position (if applicable):  N/A
Name:  STROTHER, DANIELLA L.
    Covered Official Position (if applicable):  N/A
Name:  TALLEY, KIM
    Covered Official Position (if applicable):  N/A

19. Interest of each foreign entity in the specific issues listed on line 16 above. **None**

Page 2

Registrant Name: AMERICAN AIRLINES Client Name: Self

## LOBBYING ACTIVITY.

Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period.  Using a separate page for each code, provide information as requested.  Attach additional page(s) as needed.

15. General issue area code:  BUD    (one per page)

16. Specific lobbying issues:

FAA REAUTHORIZATION - HR 98, HR 99, HR 111, HR 1000, HR 1141, S 536, S 545, S 643, S 1174, S 1467, S 1637, S 1916  DOT APPROPRIATIONS - HR 2084, HR 3194, HR 4475, S 1143, S 2720  COMMERCE, STATE, JUSTICE APPROPRIATIONS - HR 4690  CUSTOMS SERVICE AUTHORIZATION - HR 1833, S 1058, S 1217  CIVIL AVIATION R&D AUTHORIZATION - HR 1551

17. House(s) of Congress and Federal agencies contacted:
Federal Aviation Administration (FAA)
HOUSE OF REPRESENTATIVES
SENATE
Transportation, Dept of (DOT)

18. Name of each individual who acted as a lobbyist in this issue area:

Name:  DOERNHOEFER, GARY
    Covered Official Position (if applicable):  N/A
Name:  ELWELL, DAN
    Covered Official Position (if applicable):  N/A
Name:  NICHOLS, JULIE L.
    Covered Official Position (if applicable):  N/A
Name:  RIS, WILLIAM K.
    Covered Official Position (if applicable):  N/A
Name:  STROTHER, DANIELLA L.
    Covered Official Position (if applicable):  N/A

19. Interest of each foreign entity in the specific issues listed on line 16 above.**None**

Page 3

Registrant Name: AMERICAN AIRLINES Client Name: Self

## LOBBYING ACTIVITY.

Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period.  Using a separate page for each code, provide information as requested.  Attach additional page(s) as needed.

15. General issue area code:  ENV    (one per page)

16. Specific lobbying issues:

AIRCRAFT NOISE RESTRICTIONS - HR 129, HR 2499  AIRPORT AIR QUALITY - HR 1035, HR 1463, S 775  MONTREAL PROTOCOL  E.U. HUSHKIT REGULATIONS

17. House(s) of Congress and Federal agencies contacted:
Environmental Protection Agency (EPA)
Federal Aviation Administration (FAA)
HOUSE OF REPRESENTATIVES
SENATE
Transportation, Dept of (DOT)

18. Name of each individual who acted as a lobbyist in this issue area:

Name:  DOERNHOEFER, GARY
    Covered Official Position (if applicable):  N/A

19. Interest of each foreign entity in the specific issues listed on line 16 above.**None**

Page 4

Registrant Name: AMERICAN AIRLINES Client Name: Self

## LOBBYING ACTIVITY.

Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period.  Using a separate page for each code, provide information as requested.  Attach additional page(s) as needed.

15. General issue area code:  TAX    (one per page)

16. Specific lobbying issues:

FUEL TAX REPEAL - HR 3849, S 2262, S 2263, S 2285, S 2790, S 2791, S 2808  TOBACCO IMPORT PENALTIES - HR 3917

17. House(s) of Congress and Federal agencies contacted:
HOUSE OF REPRESENTATIVES
SENATE

18. Name of each individual who acted as a lobbyist in this issue area:

Name:  NICHOLS, JULIE L.
    Covered Official Position (if applicable):  N/A

19. Interest of each foreign entity in the specific issues listed on line 16 above.**None**

Signature:  ON FILE        Date: Aug 14, 2000

Printed Name and Title: SHANE KARR  -  LEGISLATIVE ASSISTANT

Page 5

# EXHIBIT 4

5/9/25, 9:07 PM
Case 1:24-cv-03434-AGR   Document 54-2   Filed 06/12/25   Page 34 of 95
govinfo.gov/content/pkg/BILLS-106hr2024ih/html/BILLS-106hr2024ih.htm

```
[Congressional Bills 106th Congress]
[From the U.S. Government Publishing Office]
[H.R. 2024 Introduced in House (IH)]




106th CONGRESS
  1st Session
                          H. R. 2024

    To amend title 49, United States Code, to require air carriers to
   conduct safety audits of foreign air carriers as a condition of
   approval of certain cooperative arrangements between the carriers.


_____


                    IN THE HOUSE OF REPRESENTATIVES

                            June 7, 1999

  Mr. Oberstar (for himself, Mr. Lipinski, and Ms. Eddie Bernice Johnson
    of Texas) introduced the following bill; which was referred to the
                 Committee on Transportation and Infrastructure


_____


                              A BILL


    To amend title 49, United States Code, to require air carriers to
   conduct safety audits of foreign air carriers as a condition of
   approval of certain cooperative arrangements between the carriers.

    Be it enacted by the Senate and House of Representatives of the
United States of America in Congress assembled,

SECTION 1. SHORT TITLE.

    This Act may be cited as the ``Aviation Code-Share Safety Act of
1999''.
```

```
SEC. 2. APPROVAL OF AIR CARRIER CODE-SHARING ARRANGEMENTS WITH FOREIGN
            AIR CARRIERS.


    (a) In General.--Section 41309 of title 49, United States Code, is
amended by adding at the end the following:
        ``(d) Approval of Code-Sharing Arrangements.--
                ``(1) In general.--The Secretary of Transportation may
            approve a code-sharing arrangement under subsection (a) between
            an air carrier providing air transportation of passengers and a
            foreign air carrier only if--
                        ``(A) the director of safety, director of
                    operations, and director of maintenance for the air
                    carrier (or individuals employed in equivalent
                    positions) each certify to the Administrator of the
                    Federal Aviation Administration that--
                                ``(i) an initial safety audit, including an
                            on-site inspection, of the foreign air carrier
                            has been conducted under a safety audit program
                            approved by the Administrator under this
                            subsection; and
                                ``(ii) the foreign air carrier met the
                            standards of the safety audit program; and
                        ``(B) the air carrier agrees to conduct periodic
                    safety audits, including on-site inspections, of the
                    foreign air carrier in accordance with the safety audit
                    program.
                ``(2) Requirements for safety audit programs.--
                        ``(A) Elements to be audited.--A safety audit
                    program of an air carrier under this section shall
                    include periodic safety audits, including on-site
                    inspections, conducted by the air carrier of each of
                    the following elements of a foreign air carrier's
                    operations:
                                ``(i) Flight operations.
                                ``(ii) Maintenance operations.
                                ``(iii) Airworthiness.
                                ``(iv) Incident and accident rates.
                                ``(v) Crew training.
                                ``(vi) En-route procedures.
                                ``(vii) Emergency response plans.
                                ``(viii) Other elements considered
                            necessary by the Administrator.
                        ``(B) Quality assurance.--A safety audit program of
                    an air carrier under this section shall include
                    procedures to ensure the quality of audits conducted
                    under the program, including procedures for training
                    personnel of the air carrier who will conduct the
                    audits.
                        ``(C) Changes in ownership.--A safety audit program
```

of an air carrier under this section shall include
procedures to ensure that if there is a change in
ownership of a code-sharing partner of the air carrier
a new audit of the code-sharing partner will be
conducted under the program.
        ``(3) Guidance.--Not later than 180 days after the date of
enactment of this subsection, the Administrator, in
consultation with the Secretary of Defense, the International
Civil Aviation Organization, and representatives and employees
of air carriers and foreign air carriers, shall issue guidance
to air carriers on the establishment of safety audit programs
that will satisfy the requirements of this subsection.
        ``(4) Approval.--An air carrier described in paragraph (1)
that has entered into or plans to enter into a code-share
arrangement with a foreign air carrier shall submit a safety
audit program to the Administrator for approval.
        ``(5) Written records.--Each director of an air carrier
making a certification under paragraph (1) shall maintain for
inspection by the Administrator sufficient written records to
support the certification.
        ``(6) Reviews.--To ensure the consistency, quality, and
effectiveness of safety audit programs conducted under this
subsection, the Administrator shall conduct a comprehensive
review of the safety audit program of an air carrier at least
once each year. To facilitate such a review, the air carrier
shall permit the Administrator to accompany the air carrier on
site inspections of foreign air carriers that are code-share
partners of the air carrier.
        ``(7) Assessments of foreign regulatory authorities.--The
Administrator shall work with the International Civil Aviation
Organization to ensure that oversight of code-sharing
arrangements between air carriers and foreign air carriers is
included as part of any assessment of a country's air safety
regulatory authorities.
        ``(8) Code-sharing arrangement defined.--In this
subsection, the term `code-sharing arrangement' means an
arrangement whereby an air carrier's designator code is used to
identify a flight operated by another carrier.
        ``(9) Applicability.--
                ``(A) In general.--Paragraph (1) shall apply to
approvals of code-sharing arrangements under subsection
(a) on and after the day that is 1 year after the date
of enactment of this subsection.
                ``(B) Existing agreements.--If an air carrier has
received approval of a code-sharing arrangement under
subsection (a) before the day that is 1 year after the
date of enactment of this subsection (including
approvals received before such date of enactment), the
air carrier shall make the certifications and

assurances required by paragraph (1) with respect to
the arrangement on or before such day.''.
   (b) Conforming Amendment.--Section 41309(b) of such title is
amended--
            (1) by striking ``or'' at the end of paragraph (1);
            (2) by striking the period at the end of paragraph (2) and
         inserting ``; or''; and
            (3) by adding at the end the following:
            ``(3) or, after periodic review, end approval of a code-
         sharing arrangement that raises safety concerns.''.

# EXHIBIT 5

Donate

☰

Home    PACs    Candidate Recipients

# American Airlines PAC Contributions to Federal Candidates

Summary    Candidate Recipients    Donors    Expenditures    PAC/Party Contributions

DONATE

| Search for a PAC | 🔍 |

Select a cycle:    2024 ▾

# $420,500

**Total contributions from American Airlines PAC to federal candidates, 2023-2024**

5/6/25, 11:49 AM
Case 1:24-cv-03434-ACR Document 54-2 Filed 06/12/25 Page 40 of 95
American Airlines PAC Contributions to federal candidates • OpenSecrets

**$220,000**
*(52.32%)*
**To Democrats**

Donate

**$200,000**
*(47.56%)*
**To Republicans**

## House Candidates, 2023-2024  *i*

| | | |
|---|---|---|
| Democrats | $190,500 | 54.51% |
| Republicans | $159,000 | 45.49% |

DONATE

| Filter results | |
|---|---|

| Candidate | Total |
|---|---|
| Sam Graves (R-Mo) | $10,000 |
| Hakeem Jeffries (D-NY) | $10,000 |
| Rick Larsen (D-Wash) | $10,000 |

| Candidate | | Total |
|---|---|---|
| Kevin McCarthy (R-Calif) | Donate | $10,000 |
| Katherine Clark (D-Mass) | | $8,500 |
| Carlos Gimenez (R-Fla) | | $8,500 |
| Tom Cole (R-Okla) | | $7,500 |
| Mike Quigley (D-Ill) | | $7,500 |
| Raja Krishnamoorthi (D-Ill) | | $7,000 |
| Pete Aguilar (D-Calif) | | $6,000 |

Showing 1 to 10 of 138 entries

PREVIOUS 1 2 3 4 5 … 14 NEXT

DONATE

**Senate Candidates, 2023-2024** *i*

| | | |
|---|---|---|
| Republicans | $41,000 | 58.16% |
| Donate | | |
| Democrats | $29,500 | 41.84% |

Filter results

| Candidate | Total |
|---|---|
| Tim Kaine (D-Va) | $7,000 |
| Tammy Baldwin (D-Wis) | $5,000 |
| Ted Budd (R-NC) | $5,000 |
| Bob Casey (D-Pa) | $5,000 |
| Deb Fischer (R-Neb) | $5,000 |
| Dave McCormick (R-Pa) | $5,000 |
| Markwayne Mullin (R-Okla) | $5,000 |
| Lisa Blunt Rochester (D-Del) | $3,500 |
| Marsha Blackburn (R-Tenn) | $2,500 |
| Sherrod Brown (D-Ohio) | $2,500 |

DONATE

Showing 1 to 10 of 25 entries

PREVIOUS    1    **2**    **3**    NEXT

Donate

Based on data released by the Federal Election Commission on February 06, 2025 .

NOTE: Negative numbers may result from PACs making a contribution in one cycle and receiving a refund in a subsequent cycle.

Feel free to distribute or cite this material, but please credit OpenSecrets. For permission to reprint for commercial uses, such as textbooks, contact OpenSecrets: info@opensecrets.org

DONATE

# We follow the money. You make it possible.

$35    $50    $100    Other

## Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address                    **SIGN UP**

**DONATE TODAY**

Donate

opensecrets

**Contact** →

**Donate** →

**Buy Custom Data** →

A 501(c)(3) tax-exempt, charitable organization

1100 13th Street, NW, Suite 800 Washington, DC 20005

(202) 857-0044

**info@opensecrets.org**

**press@opensecrets.org**

**Privacy Policy**

DONATE

Subscribe to our newsletter

Email address | Sign Up

 

American Airlines PAC Contributions to Federal Candidates • OpenSecrets

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

Opensecrets

Donate

DONATE

# EXHIBIT 6

5/1/25, 1:55 AM          Specialist, Government and Corporate Affairs Customer Service | American Airlines Group



Sign up

← Job Search

# Specialist, Government and Corporate Affairs Customer Service

**American Airlines Group**  posted 9 months ago

Full-time          Washington, DC          Air Transportation

## About the position

As a Specialist in Government and Corporate Affairs Customer Service at American Airlines, you will be an integral part of the Corporate Affairs Team within the Government Affairs Division. This role is designed for individuals who are passionate about providing exceptional service to premium customers in a caring, efficient, and diplomatic manner. You will have the opportunity to engage with customers, addressing their needs and ensuring a positive experience while promoting the airline's services. Your responsibilities will include preparing travel itineraries, computing fares, issuing refunds, and preparing tickets, all while maintaining a high standard of customer service. You will also be tasked with answering inquiries related to general travel information and resolving customer issues in a mutually beneficial manner. Communication is key in this role, as you will be responsible for informing customers about flight cancellations or delays and any new rules, policies, or procedures that may affect their travel plans. Additionally, you will handle special projects assigned by the Government Affairs department, contributing to the overall success of the team. In this position, you will not only enhance your customer service skills but also gain valuable experience in the travel industry. American Airlines offers a dynamic work environment where you can grow your expertise and advance your career while enjoying the benefits of travel and personal development. You will be encouraged to tackle challenges with flexibility and grace, learning new skills that will help you become the best version of yourself. This role is perfect for individuals who thrive in a



Resume Match Score

Upload and Match Resume

Apply

Track Jobs with Teal



## Responsibilities

- Promotes and sells air travel on American Airlines
- Prepares itineraries, computes fares, issues refunds and prepares and issues tickets
- Answers inquiries regarding general travel information and resolves customer problems in a mutually beneficial manner
- Communicates with customers over the phone when researching passenger complaints, advising of cancelled or delayed flights
- Communicates new rules, policies and procedures that would affect the customer
- Handles assigned special projects from the Government Affairs department as needed

## Requirements

- High School diploma or GED equivalency
- Bachelor's degree in relevant field or equivalent experience/training (preferred)
- Passenger Service experience (preferred)
- Ability to demonstrate excellent leadership, organizational and customer contact skills
- Knowledge of Native SABRE
- Ability to be resourceful and creative at immediate problem resolution
- Ability to demonstrate high level of initiative, exercise good judgment and be dependable
- Satisfactory attendance required
- Ability to be self-motivated, highly resourceful with good judgment in decision making for best customer outcome while maintaining sensitive ethics requirements

## Benefits

- Travel Perks: Access to 365 destinations on more than 6,800 daily flights
- Health Benefits: Health, dental, prescription, and vision benefits from day one
- Wellness Programs: Tools and resources for personal wellness
- 401(k) Program: Available upon hire with employer contributions after one year
- Employee Assistance Program
- Pet insurance
- Discounts on hotels, cars, cruises, and more



| 🔖 Track Jobs with Teal | ↗ Apply |

A Smarter and Faster Way to Build Your Resume

Go to AI Resume Builder

## Tools

AI Resume Builder

Job Application Tracker

Resume Checker

Cover Letter Generator

Resume Summary Generator

Resume Job Description Match

Resume Bullet Point Generator

LinkedIn Resume Builder

## Career Hubs

Career Hub

Career Paths

Resume Examples

Resume Templates

Cover Letter Examples

Cover Letter Templates

Resume Synonyms

CV Examples

## Guides

ChatGPT for Resumes

ChatGPT for Cover Letters

How to Make a Resume

About Me in Resume

Resume Summary Examples

Resume Skills Section

Resume Accomplishments

Job Board

## Company

Sign Up

Teal+ Pricing

Log In

How it Works

About Us

Contact Us

Open Positions

Affiliate Program

© 2024 Teal Labs, Inc     Privacy Policy     Terms of Service

5/10/25, 10:46 PM
Case 1:24-cv-03434-ACR Document 54-2 Filed 06/12/25 Page 50 of 95
Specialist, Government and Corporate Affairs Customer Service - American Airlines Sustainability Job Board by Diversity Social Impact Jobs



Diversity Resources    DEI Certified Companies    Sustainability Jobs



Post a job

# Specialist, Government and Corporate Affairs Customer Service

8/14/24

Washington, DC, USA    Hybrid

Full time

Diversity and Inclusion

Minority Friendly    Equal Pay    Women Friendly    Diversity Friendly    LGBTQ+ Friendly

Equal Employment Opportunity    People with Disability Friendly

New Immigrants Friendly    Black Friendly

320 views

Apply for this position    Save

Are you ready to explore a world of possibilities, both at work and during your time off? Join our American Airlines family, and you'll travel the world, grow your expertise and become the best version of you. As you embark on a new journey, you'll tackle challenges with flexibility and grace, learning new skills and advancing your career while having the time of your life. Feel free to enrich both your personal and work life and hop on board!

We use cookies to improve your experience. By using our site, you agree to our Cookie Policy.

Accept





5/10/25, 10:46 PM

Specialist, Government and Corporate Affairs Customer Service, American Airlines at Diversity Social Impact Job Board by Diversity Social Impact Jobs

Case 1:24-cv-03434-ACR   Document 54-2   Filed 06/12/25   Page 51 of 95

This job is a member of the Corporate Affairs Team within the Government Affairs Division.

What You'll Do

Promotes and sells air travel on American Airlines

Prepares itineraries, computes fares, issues refunds and prepares and issues tickets

Answers inquiries regarding general travel information and resolves customer problems in a mutually beneficial manner

Communicates with customer over the phone when researching passenger complaints, advising of cancelled or delayed flights

Communicates new rules, policies and procedures that would affect the customer

All you'll need for success

Minimum Qualifications - Education & Prior Job Experience

We use cookies to improve your experience. By using our site, you agree to our Cookie Policy.

Case 1:24-cv-03434-ACR    Document 54-2    Filed 06/12/25    Page 52 of 95



Diversity Resources    DEI Certified Companies    Sustainability Jobs

Post a job

Preferred Qualifications - Education & Prior Job Experience

Bachelor's degree in relevant field or equivalent experience/training

Skills, Licenses & Certifications

Ability to demonstrate excellent leadership, organizational and customer contact skills

Knowledge of Native SABRE

Ability to be resourceful and creative at immediate problem resolution

Ability to demonstrate high level of initiative, exercise good judgment and be dependable

Satisfactory attendance required

What You'll Get



American Airlines

We use cookies to improve your experience. By using our site, you agree to our Cookie Policy.

Share this job

5/10/25, 10:46 PM    Specialist, Government and Corporate Affairs-Customer Service-American Airlines in Dallas, TX, 75201-Social Impact Diversity Job Board by Diversity Social Impact Jobs

Case 1:24-cv-03484-ACR    Document 54-2    Filed 06/12/25    Page 53 of 95



Diversity Resources    DEI Certified Companies    Sustainability Jobs



Post a job

Travel Perks: Ready to explore the world? You, your family and your friends can reach 365 destinations on more than 6,800 daily flights across our global network.

Health Benefits: On day one, you'll have access to your health, dental, prescription and vision benefits to help you stay well. And that's just the start, we also offer virtual doctor visits, flexible spending accounts and more.

Wellness Programs: We want you to be the best version of yourself – that's why our wellness programs provide you with all the right tools, resources and support you need.

401(k) Program: Available upon hire and, depending on the workgroup, employer contributions to your 401(k) program are available after one year.

Feel free to be yourself at American

From the team members we hire to the customers we serve, inclusion and diversity are the foundation of the dynamic workforce at American Airlines. Our 20+ Employee Business Resource Groups are focused on connecting our team members to our customers, suppliers, communities and shareholders, helping team members reach their full potential and creating an inclusive work environment to meet and exceed the needs of our diverse world.

We use cookies to improve your experience. By using our site, you agree to our Cookie Policy.



Diversity for Social Impact

Diversity Resources    DEI Certified Companies    Sustainability Jobs



Post a job

Are you ready to feel a tremendous sense of pride and satisfaction as you do your part to keep the largest airline in the world running smoothly as we care for people on life's journey? Feel free to be yourself at American.

Apply for this position        Save

---

## Related jobs



**Mechanical Engineering Intern - Summer 2025**
WSP



**Marketing Graphic Design Intern - Summer 2025 (Georgia, United States)**
Mohawk Industries



**Senior Director, Diversity, Equity & Inclusion (DE&I) Partnerships & Programs**
Nike



**Director, Retail Compensation Programs & Consulting - Remote Work Option**
Nike



**Victim Specialist**
City of Chicago

---

We use cookies to improve your experience. By using our site, you agree to our Cookie Policy.

5/10/25, 10:46 PM

Case 1:24-cv-03484-ACR   Document 54-2   Filed 06/12/25   Page 55 of 95

Specialist, Government and Corporate Affairs - Customer Service - American Airlines and Diversity Social | Diversity Job Board by Diversity Social Impact Jobs



Diversity Resources      DEI Certified Companies      Sustainability Jobs



Post a job

**Diversity Job Board by Diversity Social Impact Jobs**

Contact us

Terms Of Service

Privacy Policy



**Menu**

Diversity Resources

DEI Certified Companies

Sustainability Jobs

Post a job

**Browse Diversity Jobs By**

Companies

Locations

Categories

**Diverse and Inclusive Employers**

Log in

Sign up

**Job Seekers**

Log in

Sign up

We use cookies to improve your experience. By using our site, you agree to our Cookie Policy.

# EXHIBIT 7



 **American**

Plan travel        Travel information        AAdvantage®        Log in

Home  >  Airport information  >  Washington Reagan National, DC (DCA)

# Washington Reagan National, DC (DCA)

ⓘ Construction traffic

Please allow extra travel time and check your flight status before heading to the airport.

## Airport information

### Address

Ronald Reagan Washington National Airport
Washington, D.C. 20001

Airport website ⧉

### Ticket counters

This location does not accept cash or checks.

**Terminal 2 check-in**

Priority
Daily: 3 a.m. – 9 p.m.

### At the airport

| Airport details | Available |
|---|---|
| Clubs and lounges » | ✓ |
| TSA PreCheck » | ✓ |
| Mobile boarding passes » | ✓ |
| Priority privileges » | ✓ |

Main
Daily: 3 a.m. – 10:30 p.m.

**Metro check-in**

Next to north security checkpoint.
Daily: 3 a.m. – 10 p.m.

## Animal relief area

**Outside of security**
Located outside Terminal 2, adjacent to the Metro

**Inside the secure area**
Terminal 2, Concourse E, across from the Customer Service desk, near gate E49.

| Airport details | Available |
|---|---|
| Curbside check-in » | ✓ |
| Self-service check-in » | ✓ |
| Flagship First Check-In » | |
| Five Star Service » | ✓ |
| TDD services ⤢ | ✓ |

## Airport map



Interactive airport map for DCA ⤢

# You may also like...

Gates and flight information »

Check-in and arrival times »

Reservations and ticket changes »

⊙ Back to top

| Help | About American | Extras |
|---|---|---|
| Contact American | About us | Business programs |
| Receipts and refunds | We're hiring! Join our team ⊡ | Gift cards ⊡ |
| FAQs | Investor relations ⊡ | Trip insurance |
| Agency reference ⊡ | Newsroom ⊡ | |
| American Airlines Cargo ⊡ | Legal, privacy, copyright | |
| Bag and optional fees | Environmental, social and governance ⊡ | |
| Tarmac delay contingency plan | Modern Slavery Report | |
| Customer service plan | Browser compatibility | |

Earn 50,000 bonus miles.
Terms apply. ⊡

**Buy**Miles
Buy or gift miles for
new adventures ⊡

AVIS  Budget
Drive off with up to
1,000 bonus miles ⊡

Conditions of carriage          Web accessibility

---

⧉ Link opens in new window. Site may not meet accessibility guidelines.

  

AA.com®

# EXHIBIT 8

Department of Transportation (DOT)

Office of the Secretary (OTS)

and

Federal Aviation Administration (FAA)

# Codeshare Safety Program Guidelines

**December 22, 2015 – Rev. 6**

## List of Definitions and Terms

➢**AFS-50:** Federal Aviation Administration, Flight Standards Service International Programs and Policy Division.

➢ **Audit:** The structured and objective assessment of an operator to determine the level of conformity with the applicable International Civil Aviation Organization (ICAO) standards.

➢ **Audit Closure:** An audit is not complete until all ICAO-related findings identified during the audit have been closed.  A compliance statement may be submitted when conformity with applicable standards has been achieved.

➢ **Audit Duration:** The 24-month period after the audit is closed.

➢ **Audit Effective Date:**  A date established by the Closing Meeting of an audit, which begins the 24-month clock of Audit Life Cycle.

**NOTE: If the Closing Meeting of a renewal audit is within 120 days prior to the previous Audit Expiration Date, then the Audit Effective Date for the renewal audit shall be the same date as the Audit expiration Date of the previous audit.**

➢ **Audit Expiration Date:** The date 24 months after the closing of the audit.

➢ **Auditor:** An individual who is recognized by the U.S. carrier as being qualified and authorized to conduct an audit under the DOT guidelines and other accepted audit programs.

➢ **Audit Life Cycle (ACL):** The period of 24 consecutive months for which an audit is considered valid. ACL begins at the completion of the onsite audit activity.

➢ **Audit Program:** The program established by the U.S. air carrier and accepted by the FAA to audit foreign air carrier codeshare partners.

   ° **Internal Audit:** An audit performed by the air carrier operator personnel
   ° **External Audit:** An audit performed by other than the air operator personnel, i.e.; a third party provider.
      ▪ **Industry Audit Process (IAP):** One or more of the internationally recognized evaluation systems, which are designed to assess the operational, management, and control systems of an air operator.  In hose cases where IAPs are used, it is incumbent on the U.S. carrier to identify in its FAA-accepted audit program the specific elements which will be used to comply with ICAO standards as required by DOT guidelines.

➢ **Audit Report:** The document that is the official record of an audit, which contains detailed information regarding the conduct and results of an audit.  Reports generated from an IAP may be used by the U.S. air carriers to establish an operator's level of compliance with applicable standards.

➢ **Audit Sharing:** A process whereby an interested party utilizes an audit of an operator conducted by a third party to satisfy its own need to conduct an audit of that same operator.

➢ **Best Practices:** A strategy, process, approach, method, tool, or technique that is accepted as being effective in helping an operator achieve operational objectives.

➢ **Closing Meeting:** A meeting of the audit team and representatives of the audit airline at the end of the onsite audit activities.

➢ **Completion of Onsite Audit Activity:** The date the audit activity is completed and the audit results are made know to the audited party.  This will be the start of the audit cycle clock of 24 months.

➢ **Compliance Statement:** A declaration by a director of safety (or equivalent) of a U.S. carrier to the FAA providing information as required by the DOT guidelines.

➢ **Conformity:** Fulfillment of specifications contained in the ICAO standards and DOT Codeshare Guidelines and other referenced and accepted programs as being documented and/or implemented by the air operator.

➢ **Continuous Monitoring:** A process used by the U.S. carrier to monitor the safety programs of the foreign air operator.  The U.S. air carrier program, at a minimum, should monitor the performance-based assessment factors outlined in this document on an ongoing basis.

➢ **Evidence:** Documented data or information discovered during an audit that is analyzed by the auditor and is used to determine compliance with applicable standards.

➢ **Finding:** The documented statement based on factual evidence that indicates an air operator is not in conformity with the DOT guidelines and referenced ICAO standards.

➢ **IAP Operator:** A person, organization or enterprise engaged in. or offering to engage in, an aircraft operation under the scope of an IAP.

➢ **ISARPs:** ICAO Standards and Recommended Practices that also include IATA check list items agreed to by IATA member operators to be included in IOSA audit check lists.

➢ **Noncompliance:** Nonfulfillment of specifications contained in applicable ICAO standards as determined by the auditor in terms of having been documented and/or implemented by the audited air operated.

➢ **Operator:** An organization that holds a n air operator certificate (AOC) and engages in aircraft operations.

➢ **OST:** Office of the Secretary of Transportation.

➢ **Recommended Practice:** A standard in which fulfillment is considered optional but is desirable.

➢ **Special Federal Aviation Regulation (SFAR):** A specific regulation issued for a particular area or State which has the potential or actual hazard to aviation flight safety. Examples include a state of conflict in a particular State or natural disaster assistance or recovery area.

➢ **Standard:** A specified system, policy, program, process, procedure, plan, set of measures, facility, component, type of equipment, or any other aspect of operations under the scope of ICAO Annex 1, 6, 8, 18, and 19 as defined in DOT Codeshare Guidelines in which the operator will be expected to be in compliance at the conclusion of an audit.

# Codeshare Safety Program Guidelines

## I. Introduction

Code-sharing is a marketing arrangement in which an airline places its designator code on a flight operated by another airline and sells and issues tickets to that flight(s).  Air operators throughout the world continue a form of codeshare alliances to strengthen or expand their market presence or competitive ability.

In order to obtain authority for U.S. codeshare service, the Office of the Secretary of Transportation must find that the arrangement is in the public interest.  Historically, questions have been raised about how to determine whether codeshare services of U.S. airlines on foreign air operators meet an acceptable level of safety.

A principle measure of the level of safety of these foreign codeshare operators is in the results of the Federal Aviation Administration's (FAA) International Aviation Safety Assessment (IASA) Program.[1]  A codeshare arrangement with a foreign air operator will only be approved if its AOC certification State maintains a Category 1 rating under the FAA's IASA program. A State that either holds a Category 2 rating or has not been assessed by the FAA may lease to an operator of a Category 1 State.

If a State category is downgraded from an IASA Category 1 to a Category 2 the OST expects that U.S. carriers will no longer place their code on flights operated by operators of the Category 2 State.[2]  We expect this code removal to be immediate. However, for the sole purpose of facilitating an orderly transition, the precise timing of the code removal will be considered on a case-by-case basis.

In determining whether a codeshare application is in the public interest under the statute, OST needs to review the safety of the U.S. codeshare service proposed.  As part of their application for authority,[3] U.S. air carriers seeking to hold out for service provided by a foreign operator on a codeshare basis must assess the level of safety of the U.S. codeshare service provided by foreign air operators as follows:

- Each U.S. air carrier shall have a system of ongoing monitoring and periodic audits of their codeshare partners.

---

[1] All civil aviation authorities have the direct responsibility for overseeing the safety of air transportation provided by their air carriers.

[2] An IASA Category 1 rating means that the safety oversight of a foreign carrier provided by its civil aviation authority meets or exceeds the minimum international standards for safety oversight established by the International Civil Aviation Organization (ICAO).  IASA Category 2 means that one or more of the ICAO standards have not been met.

[3] A summary of the application process that carriers should follow in seeking codeshare authority from the Department of Transportation is attached in the appendix to these guidelines.

- Each U.S. air carrier pursuing or currently having a codeshare agreement with a foreign operator must have an FAA accepted codeshare safety program.

- Under its audit program, a U.S. carrier must issue a Statement of Compliance letter affirming that its codeshare partner meets international standards.

- The Statement of Compliance shall be based on a safety audit performed on its foreign air operator partner in accordance with its FAA accepted codeshare safety program and shall be valid for no more than 24 months.

- Additionally, the U.S. carrier must continually monitor its codeshare partner's safety program throughout the life of the codeshare agreement to insure continued compliance with international standards.

- DOT will not approve a codeshare agreement if it is unable to make a public interest determination regarding the level of safety of the U.S. codeshare service.

- U.S. air carriers must provide the necessary information for this determination to the FAA by including a compliance statement (more fully described in section IV) with their applications to OST that an onsite safety audit has been conducted and an audit report has been completed. Minimum information package must include the Compliance Statement, copy of the foreign air carrier Air Operating Certificate (AOC), and the FAA codeshare Job Aid.

- The air carrier should state in its compliance statement that the foreign codeshare operator complies with the applicable ICAO safety standards.

- The FAA will review each audit report to determine whether the U.S. carrier audit program was followed and the audit results are consistent with other safety information available to the FAA.  Following this review, the FAA will provide an appropriate response to DOT in advance of an OST decision on whether to continue or approve the codeshare application.  In the cases where a codeshare agreement is shared by several U.S. airlines, the report will be allowed to be reviewed by all duly identified sharing airlines by electronic means or other means accepted to the FAA.

- In addition, when an airline chooses not to continue the codeshare agreement for business reasons or operational matters, the U.S. carrier may terminate its monitoring for the codeshare partner safety programs.  However, in these cases, the codeshare audit may not be used by another airline (audit sharing) unless a codeshare review has been accomplished.

- If a U.S. carrier chooses to suspend service with a foreign codeshare partner for any reason, the airline must notify AFS-50, International Programs and Policy Division, in writing (including email) and a determination will be made as to future actions that may be required.

The following guidelines identify recommended minimum elements for all codeshare audit programs of the U.S. carriers operating under Title 14 Code of Federal regulations part 121 conducting U.S. codeshare service on a foreign air operator.[4]  The elements include the safety standards to be applied in an audit of a foreign operator conducting U.S. codeshare service, the content of the codeshare audit report, the compliance statement, completed FAA codeshare Job Aid, and standards for the U.S. carrier review of its U.S. codeshare service on the foreign codeshare operator.  Codeshare audit program should only be used by authorized U.S. air carrier's certificates under 14 CFR section 119 Subpart C.

## II. Audit Program

The object of the audit is to establish conformity to ICAO standards.  Auditors should review findings from previous audits performed on the foreign air operator and any other available information to determine that remedial action actions were accomplished and the condition(s) has not resurfaced in the current audit.

The applicable ICAO standards are set forth in the following Annexes to the Chicago Convention and may include ICAO guidance material for implementation.

Annex 1        Personnel Licensing
Annex 6        Operation of Aircraft
Annex 8        Continued Airworthiness of Aircraft
Annex18        The Safe Transportation of Dangerous Goods by Air
Annex 19       Safety Management Systems

A U.S. air carrier seeking or maintaining a codeshare agreement with a foreign operator under these guidelines must develop a codeshare audit program that provides for an onsite audit conducted by the U.S. air carrier or a third party approved auditing entity, of the foreign codeshare operator at least once every 24 months.

Each U.S. air carrier codeshare audit program will be reviewed by the FAA to determine whether it is an acceptable means of determining the levels of safety maintained by the foreign operator and thereby meets the needs of the codeshare approval process.  At a minimum, the U.S. air carrier's codeshare audit program will address:

---

[4] These guidelines are not intended to create or to change, and are not intended to be construed as creating or changing, any rights, duties, benefits, or obligations, or any duties or obligations on behalf of any person.  Nothing in these guidelines is intended to affect any other agreement, obligation, or undertaking by or on behalf of any U.S. or foreign air carrier, or rights, duties, or obligations arising there from with regard to any person other than the U.S. Department of Transportation.

- Methodology and approach
- Specific operational areas to audit
- Criteria for defining satisfactory audit results
- System for reporting and correcting findings
- Continuous monitoring process
- Auditor qualifications, recurrent training, and authorization
- Audit frequency

These guidelines are not intended to define or limit the agreements, understandings, or other arrangements between a U.S. and foreign air carrier concerning the performance of audits consistent with these guidelines.

## Specific Operational Areas to Audit

Before conducting the audit of the foreign operator, the audit team should have an understanding of the foreign operator's operations and the applicable ICAO standards. At a minimum, the ICAO standards must be used in reviewing whether the foreign codeshare operator's level of safety is acceptable. The audit program shall identify the evaluation criteria to be used (e.g., performance standard checklist containing all applicable ICAO standards in the Annexes stated above or other such equivalent).

## Criteria for Determining Satisfactory Audit Results

Each U.S. air carrier should use applicable performance standards based on the above stated ICAO Annexes to evaluate the foreign codeshare operator. The process should contain an evaluation of performance against those criteria specified in the applicable ICAO standards by assigning a rating using one of the following definitions:

**Meets the Criteria:** Use this rating when there are no findings of a system deficiency breakdown, or safety-related noncompliance requiring immediate action.

**Finding:** Use this rating when the performance of the standard evaluated does not meet the established criteria.

**Non Applicable:** A specific condition is identified as not applicable by the evaluation criteria, as verified by the auditor, or is determined by the auditor to be not applicable at the facility being evaluated.

**Observation:** A specific condition that is identified as not meeting a "Recommended Practice" not requiring corrective action.

The U.S. air carrier shall submit a copy of the proposed audit program to the AFS-50 Codeshare Program Manager.

Subject matter experts from the FAA will review each U.S. air carrier audit program. Upon completion of the FAA's review and determination that the audit program is acceptable, the FAA will issue a letter to the U.S. air carrier confirming acceptance of the program. The U.S. air carrier should incorporate the accepted audit program into its operating manual(s). Programs found unacceptable by the FAA will be returned to the U.S. air carrier with the specific reasons for the determination.

## Methodology and Approach

An acceptable codeshare audit program will define the objectives, scope, and methodology used to measure the performance of the foreign operator in meeting safety standards established in ICAO Annexes 1, 6, 8, 18, and 19. The audit scope should include as elements the audit duration, any applicable geographic limits, and audit frequency. The audit methodology defines the audit duration, any applicable geographic limits, and audit frequency. The audit methodology defines the process, by which the U.S. air carrier will gather and analyze data, develop an audit report, provide an audit compliance statement to the FAA, complete the FAA Job Aid, means to obtain a copy of the foreign operator's Air Operating Certificate (AOC), and means to make its audit report available to the FAA.

As part of one of the accepted means of compliance, the FAA also recognizes other programs developed by industry third party auditing services. An audit program will have a standardized methodology and may include third party audits conducted with the same or higher standard as those used by the U.S. air carrier. In those cases, where an IAP is used, it is incumbent on the U.S. air carrier to identify in their FAA accepted audit program the specific elements which will be used to comply with ICAO standards as required by DOT guidelines.

## System for Reporting and Correcting Findings

The U.S. air carrier audit should ensure that the foreign air operator has a process in place that identifies types of problems that may occur from common or special circumstances. Each finding needs to be analyzed to identify possible systemic issues and their mitigation. Corrective action takes into account: (1) the need for a short-term or remedial fix plus long-term actions; (2) the changes required in the process, product, and specifications; (3) the availability of designated personnel responsible for the follow-up; and (4) the existence of documentation of the changes made to analyze the effectiveness of the corrective action

## Continuous Monitoring

The U.S. air acceptable audit program should record and evaluate risk indicators affecting safety as directed carrier audit program shall have a process to monitor the foreign operator. An in Annex 19. The U.S. air carrier audit program should monitor the following performance-based assessment factors on a continuous basis.

1. Accident/incident rate;
2. Financial condition, company ownership, and economic conditions:
3. Management, company stability, turnover of key personnel, strikes, etc.;
4. Age of equipment, equipment on order, and equipment being returned;
5. Operational capabilities, i.e., international service as compared to domestic service only, indicators of established infrastructure, FAA-approved repair stations, simulators, etc.;
6. Company history and sophistication;
7. Interface and cooperation between the U.S. and foreign air operators, familiarity with personnel, sharing of data through meetings, conferences, etc. and frequency of these events;
8. Foreign codeshare air operator facilities.

## Auditor Qualifications and Authorization

Each U.S. air carrier performing a codeshare safety audit must have qualified personnel with the necessary authority, knowledge, training/recurrent training, and skills for performing each audit. Auditors shall have a thorough knowledge of auditing and the air operator environment in which the foreign operator operates the U.S. codeshare service. The U.S. air carrier may employ personnel or hire outside subject matter expert consultants to conduct audits. The audit staff should have organizational independence to perform audits and be free to report objectively to the U.S. air carrier's senior management. Given the voluntary nature of the audit program, the following are recommended auditor benchmark qualifications.

1. Develop and communicate an audit plan, identify required audit personnel, set out an audit agenda, and provide sufficient time to complete a comprehensive audit.
2. Execute an effective audit plan incorporating generally accepted auditing techniques for verifying, documenting, and communicating findings as appropriate.
3. Objectively identify and document nonconformance to the audit standard and evaluate the effectiveness of the resultant follow-up corrective actions.
4. Demonstrate a general knowledge of quality control tools, descriptive statistics, and applicable sampling theories.
5. Effectively lead a team of auditors in the field and act as a liaison between the audit members and the foreign operator officers.

9

## Qualifications for Auditors Conducting Codeshare Audits Should Include:

1. Auditor training in an internationally recognized quality management system.
2. Knowledge of the codeshare methods and techniques and education, skills, and experience to apply such knowledge to a codeshare audit.  The lead auditors should have a minimum experience level of not less than 2 years in leading audits.  All auditors should have attained a level of experience, or a combination of experience and education in their specific disciplines, as follows:

   a. An appropriately certified pilot, maintenance technician, or dispatcher and 3 years technical experience in those areas associated with flight operations, maintenance, or dispatch or in the evaluation thereof; or
   b. Relevant technical or trade school certificate with 3 years of technical experience in air operator operations or maintenance, or in the evaluation thereof; or
   c. Associate's degree or higher in engineering or science disciplines relating to aviation with 3 years of technical experience in air operations or maintenance, or in the evaluation thereof; or

3. Auditors should have a demonstrated technical knowledge of governing ICAO annexes (including ICAO guidance material in their specific technical areas), a general knowledge of the Federal Aviation Regulations (14 CFR) and air operator operations and maintenance.  In addition, auditors should have effective communication and interpersonal skills and sound writing ability.
4. Auditors must have training on evaluating foreign operators with respect to procedures and processes included in the U.S. air carrier's Codeshare Safety Program as accepted by DOT.  Auditors must undergo recurrent training at least once every 2 years to ensure that all auditors are maintaining audit techniques and education in their specific disciplines.
5. Ethical standards:
   a. Auditors should have no financial interest in or family affiliated with the foreign codeshare operator.
   b. Audit contract firms have no direct or indirect financial dealings with the host government of the foreign codeshare operator or with the foreign codeshare operator itself.
   c. Audit contract firms should not conduct codeshare audits on themselves of those operators of any affiliated companies.
6. Other skills that may be needed in conducting an audit of a foreign operator include:
   a. Foreign language skills, when the foreign operator personnel are not fluent in the English language and manuals and reports involve translation to English;
   b. Engineering skills when the work involves the review of complex engineering data;

10

    c. Analytical skills, including the ability to adopt a systematic approach to problem solving in a complex technical environment such as:
- ➢ Operational analysis (developing the questions for use)
- ➢ Flow charting (understanding the process)
- ➢ Matrix analysis (determining the areas of importance)
- ➢ Checklists (their uses and abuses)

## III. Audit Frequency

### Initial Audit

An audit must be completed and presented to AFS-50 prior to placing the U.S. carrier's code on flights operated by the foreign air operator. The audit may be conducted by the U.S. carrier seeking to initiate the codeshare agreement, or utilizing a third party, to the standards required by the U.S. air carrier's program. The date of the initial audit closing meeting establishes the audit effective date. The initial audit is valid for 24 consecutive months beginning with the audit effective date. The U.S. carrier will not present an audit to AFS-50 for review until all applicable audit findings are closed.

### Renewal Audit

The U.S. air carrier will conduct a renewal audit of each foreign codeshare operator prior to the expiration date of the initial or previous renewal audit. When deciding on a date to initiate a renewal audit, the auditing operator must leave enough time to ensure that problems discovered during the renewal audit can be corrected before the expiration date of the previous audit. The DOT does not view an audit as being complete until all open items identified during the audit have been closed. Once the renewal audit is closed, the U.S. air carrier issues a compliance statement as outlined in these guidelines. A compliance statement should be submitted only after all corrective actions have been satisfactorily completed and must not be predicated on future actions planned to be completed. Each renewal audit is valid for a 24 month period, base-lined from the initial audit effective date.

**FAA Codeshare Safety Program Timeline**

## IV. Audit Report

At the end of each audit, the auditor or audit team should prepare a written report setting out the results in an appropriate form.  Audit reports should be prepared in all cases, including those where the foreign air operator's operations are found to not meet the ICAO standards used in conducting the audit.  Any finding should be communicated to the foreign air operator immediately and in no case later than 24 hours following such a determination.

The report content should be easy to understand, independent, objective, fair, and constructive, free of vagueness or ambiguity, and include information supported by competent and relevant audit evidence.  The report should contain a statement of positive assurance on those items tested for compliance and negative assurance of those items not tested.  Auditors should use sound professional judgment in determining the standards that apply.  The auditor's determination that certain standards do not apply to the audit should be documented in working papers and supporting documents included with the report.  Situations may occur in which auditors are not able to follow an applicable standard.  In those situations, the auditors should disclose in the audit report the fact that an applicable standard was not followed, the reason therefore, and the known effect that not following the standard had on the audit results.

All findings of noncompliance with international standards will be documented for the purposes of trend analysis.  Such documentation will include findings closed in the course of an audit.

## Report Content

The U.S. air carrier safety audit report should contain the following:

   ● **Title.** The title should be unique to identify the foreign air operator audited and the U.S. air carrier or third party that is responsible for the audit.
   ● **Signature and date.** The audit team leader should sign and date the audit report.
   ● **Listing of the audit team members.**
   ● **Listing of the primary maintenance facilities evaluated.**
   ● **Listing of all primary training facilities evaluated.**
   ● **Objectives and scope.**  The report should include reference to the objectives and scope of the audit that establishes the purpose and boundaries.  The report should identify the area or extent to which it relates including what facility

12

geographic location(s) were evaluated.  The audit duration dates should be included.
- **Completeness.**
- **Findings and corrective actions.**
- **Identification of subject matter and compliance with standards.**  The report should not concentrate solely on criticism of the past but should be constructive.  The auditor's conclusions and recommendation are important aspects of the audit. Where each standard was applicable, and if so, whether the operator satisfactorily met or did not meet the performance standard.
- **Auditor working documents** and evidence collected to support the audit conclusions.

## V. Report Access and Review

All initial and recurrent safety audit reports by the U.S. air carrier of the foreign codeshare partner should be made available for the FAA review following the closer of each audit.

 Each audit report, either initial or recurrent, should be made available to the FAA review during normal business hours at a location and manner agreed upon between the FAA and the U.S. air carrier responsible for the audit.  The U.S. air carrier should notify the FAA of the availability of every audit report ready for review, including audit reports where the foreign air operator's operations were found not to meet ICAO standards.  An electronic audit review may be used to meet this requirement.  The FAA will either make arrangements to visit the U.S. air carrier or arrange a telecom to review the audit reports at a time determined by available schedules and resources.  In those cases where an FAA audit review would need expeditious and timely review, this may be arranged on special occasions by coordinating with the AFS-50 Codeshare Program manager.   In keeping with the DOT requirements for a review of all codeshare audits, the FAA will not provide a response to OST regarding the subject codeshare until such a review is completed.

Required for each FAA review are:
1. Foreign air carrier AOC
2. Statement of Compliance
3. Dated FAA Job Aid for the date of the review

## Report Retention

The U.S. air carrier performing codeshare audits should maintain all codeshare audit reports for a period of not less than 5 years and all documented evidence for a period of not less the 24 months.  The audit program should identify a specific U.S. air carrier point of contact to which the FAA can direct questions and comments concerning specific audit reports.  The 5-year period for retention is measured from the closer of the last effective audit performed on the foreign air operator.

## VI. Compliance Statement

The U.S. air carrier's director of safety (or an equivalent position established under 14 CFR section 119.65) should provide the signed and dated audit compliance statement for all audits conducted by or at the behest of the U.S. air carrier.  A compliance statement should be submitted only after all corrective actions have been completed and not be predicated on future actions planned to be completed.

At a minimum, the compliance statement should contain the following:

- The dates on which the foreign air operator was audited;
- A statement that the audit of the foreign air operator was conducted in accordance with the audit program as reviewed and deemed acceptable by the DOT;
- A statement that the foreign air operator's operations for U.S. codeshare services meet all applicable ICAO standards; and
- A statement that the audit report is available for FAA review.

## Codeshare Applications

Codeshare applications shall be filed in the Department's Docket Section (PL-401) at 400 7th Street, S.W., Washington, D.C. 20590 (See 14 CFR part 212).

Codeshare applications shall be filed with an original and two copies, or by using the Dockets electronic filing system (www.regulations.gov)

Codeshare applications shall include the following:

- The codeshare application with service list;
- The codeshare agreement; and
- A valid ICAO-compliant, state civil aviation authority-endorsed air operator certificate.

The U.S. air carrier applicant may attach a compliance statement (as fully described in section IV) with respect to the level of safety of the U.S. codeshare service that:

- It has completed an audit of its foreign codeshare air operator in compliance with a DOT-accepted codeshare audit program on a specific date;
- The operations of the foreign codeshare air operator meet applicable ICAO safety standards; and
- The audit is available for FAA review.

Codeshare applications shall be served on the following:

14

- Director, Flight Standards Service (AFS-1), FAA;
- Antitrust Division, Department of Justice;
- Each U.S. certificated air carrier authorized to serve the general area in which the proposed transportation is to be performed; and
- Any other party the Department deems necessary.

OST will review the codeshare application based on economic and policy grounds. OST will consider any comments filed by interested parties, as well as the views of other Government agencies germane to the issue whether approval of an application will be in the public interest.  The FAA will review the audit report using its Quality Management Process as revised and other available information concerning the safety of the proposed U.S. air carrier codeshare service, and then will advise OST of its position.

Assuming no issues remain for resolution or otherwise warrant deferral of a decision, OST will issue a decision on the proposed codeshare application.

Requests for review or reconsideration of any decision relative to a codeshare application will follow the procedures prescribed in 14 CFR.

# EXHIBIT 9



**Updated:** May 29, 2025
External

# Office of Safety Standards (OSS) Services and Contacts

To submit changes, please email: 9-avs-afx-employee-engagement@faa.gov    For stakeholder feedback, click here

## AFS-1: Office of Safety Standards

**Tim Adams (A):** *Director*
**Mobile:** 202-770-5349
**Robert Reckert (A):** *Deputy Director*
**Mobile:** 860-207-0492

---

**Admin Support:**
**Cheryl CTR Bruce**
**Kim Y-CTR Henderson**

**John Linsenmeyer:** *Senior Technical Advisor*
**Mobile:** 202-603-3078

**Office Website:** click here

---

**Chris Booze:** *Operations Manager*
**Office:** 202-267-8788
**Maria Killian:** *Project Management Advisor*
**Mobile:** 202-538-9915
**Jabari Raphael:** *Rulemaking Advisor*
**Mobile:** 305-542-7475
**Sheri Baxter:** *Organizational Learning Advisor*
**Office:** 202-267-3849
**Kylee Berry:** *Program Support Specialist (FAA Reauthorization)*
**Mobile:** 253-353-6508

## AFS-50: International Program Division

**Katherine L. Haley:** *Division Manager (A)*  **Mobile:** 202-267-3788
- Primary POC for foreign Civil Aviation Authorities (CAA), ICAO, and International Aviation Safety Assessment Program (IASA)
- Management of International Field Offices (IFO)
- Part 129 Foreign Air Carrier ops and associated OpSpecs

**Emily A. White:** *Executive Officer*  **Office:** 202-267-1028
**Admin Support:** **Annette CTR Skaggs**  **Division Website:** click here
**Admin Officers:**  **General inquiries:** click here
**Jaclyn Cacia Spafford** & **John E Long**

## AFS-51: International Affairs Branch

**Erin DeYoung:** *Manager (A)*  **Phone:** 202-316-1342
- Primary POC with foreign CAAs and regional organizations
- Coordinates AFS engagement with ICAO
- FS international engagement and technical agreements

## AFS-52: International Operations Branch

**Tim Shaver:** *Manager*  **Office:** 202-267-1704
- Operational policies and guidance for foreign air carrier operations under Part 129
- OpSpecs and rulemaking for Part 129 and 187

## AFS-53: International Technical Support Branch

**Lou Alvarez:** *Manager*  **Office:** 631-317-0746
- International training
- IASA
- Technical expertise to foreign CAAs

## AFS-54: International Flight Standards Office (IFO) Management Branch

**Trent Bigler:** *Manager*
**Office:** 202-557-6376
- IFO activities
- Regulatory compliance and enforcement
- Certificate issuance and management
- Technical programs for investigation, inspection and surveillance
- Aircraft operations of foreign operators and entities in a foreign geographic location

## AFS-57: Miami IFO

**James Jelinski:** *Manager*
**Office:** 954-641-6701

## AFS-56: Dallas/Ft. Worth IFO

**Wyatt Seeger:** *Manager*
**Office:** 775-397-4697

## AFS-59: New York IFO

**Nicholas Tsokris:** *Manager*
**Office:** 718-995-5447

## AFS-58: Los Angeles IFO

**Alton Clark:** *Manager*
**Office:** 424-405-7801

## AFS-100: Aircraft Evaluation Division

**John Posey:** *Division Manager*  **Mobile:** 816-507-0664

- Operational perspective to engineering activities
- Identifies operating regulations impacting aircraft, engine, or propeller design
- Evaluates certification for aircraft, engine, propeller, and associated system
- Evaluates flight crew type rating requirements, minimum equipment lists, continued airworthiness, and Instructions for Continued Airworthiness (ICA)

**Admin Support:** Vacant
**Admin Officers:**
**Pamela O'Neil** & **Donna Bay**  **Division Website:** click here
**Senior Technical Advisor:**  **General inquiries:** click here
**Aaron S. Beck**

## AFS-110: Air Carrier Branch

**Tom Matzen:** *Manager*  **Office:** 312-972-7614
- ICAs
- Type Certification Boards
- Flight Standardization Board (FSB)
- Flight Operations Evaluation Board (FOEB)
- Aircraft, engine, or propeller and associated systems for operational relevance and aircraft interface
- Continued airworthiness/Maintenance Review Board (MRB)

## AFS-120: Corporate Aviation Branch

**John Pinnow:** *Manager*  **Office:** 253-263-3426

- Type Certification Boards, FSB & FOEB
- Aircraft, engine, or propeller and associated systems for operational relevance and aircraft interface
- ICAs, continued airworthiness & MRB

## AFS-130: General Aviation Branch

**Henrique Mendes:** *Manager*  **Office:** 401-429-3105

- Type Certification Boards
- Maintenance Review Boards and evaluation of ICAs for assigned fleet types
- End-user perspective to certification activities

Under Part 23 and 25:
- Aircraft Type Certificated that serve in General Aviation and Part 135 operations
- MRB, FSB, FOEB, and acceptance of ICA
- Continued Operation Safety of aircraft and associated systems

## AFS-140: Rotorcraft Branch

**James Kline:** *Manager*  **Mobile:** 206-304-1065

- Type Certification Boards
- Rotorcraft and powered-lift recommendations from the NTSB, AVP and CHDOs

Under Part 27 & 29:
- Aircraft Type Certificated that serve in General Aviation and Part 135 operations
- MRB, FSB, FOEB, and acceptance of ICA
- Continued Operation Safety of aircraft and associated systems

## AFS-150: Propulsion Systems Branch

**Eduard Stalzer:** *Manager*  **Office:** 781-238-7523

- Aircraft/Engine minimum maintenance requirement and continued airworthiness/MRB
- Continued Operation Safety
- Acceptance of initial and revised ICA
- Recommendations for Engines, Propellers, and APUs
- Manage and evaluate the Extended-range Twin-engine Operational Performance Standards (ETOPS) Database
- Provide assistance with AIR support for Correlation, Operation, Design, And Modification of Engine Test Cells

## AFS-160: Standards and Policy Branch

**Robert Duffer**: *Manager*  **Office:** 206-231-3774

- Office of Responsibility for all AED Policy
- Introduce new and revised 8900.1 guidance
- Issue, establish and revise AED relevant ACs, Notices, QMS Process
- Interface with all AED branches and FS functional offices
- Coordination and interface for JTAs
- Integration Program Management with AIR
- Master Minimum Equipment Lists (MMEL) development and revisions

## AFS-170: Emerging Technologies Branch

**Wayne Cummings:** *Manager*  **Office:** 540-383-1246

- Office of Responsibility for Emerging Technologies UAS, UAM, AAM, OPA, Autonomous Aircraft Systems
- Type Certification Boards FSB & FOEB
- Operational suitability Demonstration/Evaluation
- Emerging Technologies Maintenance Evaluation
- ICA, Continued Airworthiness & MRB
- UA Associated Elements (AE)
- Support of Exemptions, Waivers for Emerging Technologies

## AFS-200: Air Transportation Division

**Dan Kelman (A):** *Division Manager*  **Mobile:** 207-310-7724

- Manage and oversee Part 121 and 135 air carriers and commercial operators, Part 142 Training Centers, and the associated training systems and voluntary safety programs
- Part 64 and 65 certification of flight engineers, flight navigators, and aircraft dispatchers
- Initial and Continuing Simulator Qualification

**Sr. Tech Advisor:** John Kovar  **Division Website:** click here
**Admin Officer:** Melissa Mason  **General inquiries:** click here

## AFS-220: Operations Group

**Elie T. Nasr (A):** Manager  **Office:** 202-236-6060

- Part 121, 125, and 135 Safety Assurance Support
  - Air Ambulance
  - Cabin Safety
  - Cargo
  - Dispatch
  - Extended Ops (ETOPS)
  - Fatigue Management (Part 117 - Flight & Duty, FRMS/ FRMP)
  - Fixed Wing & Rotorcraft Operations
  - Icing – Approved De-icing Programs & Ops in Ground Icing Conditions
  - Management Deviations
  - Proving & Validation
  - Weather
  - Weight & Balance
  - Pilot Records Database (PRD) Policy
- Crisis Response Working Group (CRWG)
- DoD Audits/Air Mobility Command Liaison
- MEL/CDL/NEF
- Mergers & Acquisitions
- Occupational Safety and Health (OSHA) Liaison
- Powered Lift
  - Electric Vertical Take-Off and Landing (eVTOL)
  - Urban/Advanced Air Mobility (UAM/AAM)
- Take-off and Landing Performance Assessment (TALPA)

2

## AFS-260: Integration and Implementation Group

**Paul Ramirez:** *Manager*                    **Office:** 202-717-3397

- Policy Consistency Review
- Ops Specs/Mspecs/Tspec/LOA (WebOPSS)
- Chair Operations Specifications Work Group (OSWG)
- Air Taxi On-Demand Economic Authority (DOT Part 298) (eAIM)
- Part 121, 129, 135 Insurance Certification (DOT Part 205) (eAIM)
- Commercial Aviation Safety Team (CAST)

## AFS-280: Training and Simulation Group

**Lee Abbott:** *Manager*                    **Mobile:** 202-302-4615

- Part 121 & 135 Training Program Policy
- Part 121, 135, 142 SA Support
- AED Support (FSB/MMEL)
- MEL/CDL/NEF
- FAA FSTD evaluation courses
- BASA-SIP Implementations
- Pilot & Human Factors Research
- Air Carrier Designee Program Policy
- Advanced Qualification Program (AQP)
- 14 CFR Part 60 Rulemaking & Supporting Policy & Guidance Material
- Initial and Continuing Qualification Evaluations of Aircraft Simulators
- FSTD Sponsor Quality Management System Approval & Oversight



## AFS-300: Aircraft Maintenance Division

**Jackie L. Black:** *Division Manager*        **Office:** 202-267-1825
- Airworthiness of civil aircraft
- Certification, inspection, and surveillance of maintenance, airmen (mechanics, repairmen, parachute riggers), avionics, and air agencies (Aviation Maintenance Technician Schools, repair stations)

**Sr. Tech Advisor:** Abbie Otis             **Division Website:** click here
**Admin Officer:** Patricia Verbeck          **General inquiries:** click here

## AFS-320: Airmen and Special Programs Group

**John (Jay) Hiles:** *Manager*              **Office:** 480-589-1179

- Maintenance related EIRs
- Suspected Unapproved Parts Prog.
- Airmen certification and testing (Part 65 Subparts D, E and F)
- Part 147 Aviation Maintenance Technician Schools (AMTS)
- Part 183 Representatives of the Administrator: DME, DPRE, DAR-T
- Human Factors
- Non Destructive Testing

## AFS-330: Commercial Aviation Group

**Danny T. Wuo:** *Manager*                  **Office:** 901-437-3206

- Minimum Equipment Lists
- Service Difficulty Reporting
- ICAO & MRB Policy Board
- Commercial aircraft maintenance (Part 91K, 119, 121, 125 & 135)
- Operations Specifications Working Group (OSWG)
- Technical assistance for Extended & Polar Operations
- Technical assistance for CMOs on aircraft maintenance
- Continuous Airworthiness Maintenance Programs
- Joint Implementation Measurement and Data Analysis

## AFS-340: General Aviation Group

**Christopher Parfitt:** *Manager*           **Office:** 202-267-1708

- FAA-certificated repair stations
- Certification, inspection, and surveillance of GA maintenance
- Avionics lead for ELT, ADS-B, transponders, etc.
- Bilateral Aviation Safety Agreement (BASA)/Maintenance Implementation Procedures (MIP) agreements with CAAs

3

## AFS-400: Flight Technologies & Procedures Division

**Chris Hope:** *Division Manager*     **Mobile:** 202-267-8976

To improve flight operations, standardization, and aviation safety within U.S. and international airspace systems, and to support the NextGen plans through regulations, standards, and policy on flight operations, aircraft, airspace, airports, and procedures.

**Sr. Tech Advisor:** Mark Fox
**Phone:** (847) 294-7546
**Admin Officer:** Alexander Abels

**Division Website** click here
**General inquiries** click here
**Correspondence** click here
**Phone:** (202) 267-8790

## AFS-405: Organizational Effectiveness

**Julie Webb:** *Manager*     **Office:** 405-954-0087

To ensure consistency, interdependence, critical thinking, and agility across the division through implementation of safety programs, risk management, professional development, and communications.
- Contribute to the division's organizational health
- Ensure consistent and quality maintenance and implementation
- Manage professional development efforts for the division
- Conduct strategic planning for the division

## AFS-410: Flight Operations Group

**James Marks:** *Manager*     **Office:** 202-769-8890

Develop safe Communication, Navigation, and Surveillance and air traffic management operations using existing & emerging technologies and innovative operational concepts.
- Develop, analyze, provide technical guidance, and implement policies, standards, criteria, requirements, specifications, limitations, applications, and approvals on:
  - Instrument flight operations
  - Performance-based navigation
  - Integration of new & emerging technologies
  - Implementation of NextGen
  - Special areas of operation
  - New entrants
- Represent Flight Standards in international meetings and liaisons with foreign CAAs to foster global safety standards

## AFS-420: Flight Procedures & Airspace Group

**Romana Wolf:** *Group Manager*     **Mobile:** 603-881-1138

Ensures safe and efficient flight paths from takeoff to landing and provides operational safety reviews and support to the NAS
- Establishes instrument design and procedures for departure; en route; arrival and approach;  and obstacle clearance standards, criteria, and policy
- Develops, analyzes and approves non-standard criteria, waivers from standards, and special instrument procedures
- Provides operational safety reviews and develops requirements to support Air Traffic and Airports to ensure and sustain acceptable levels of safety

## AFS-430: Flight Research & Analysis Group

**Jacob Powers (A):** *Manager*     **Mobile:** 405-954-6013

Provides leadership by defining and independently conducting aviation safety research, while collaborating with the global aerospace research community on existing and emerging flight technologies and operational concepts.
- Manages the Flight Operations Simulation Laboratory, provides real-time, realistic, dynamic virtual operations to observe and evaluate pilot-controller-aircraft interface and performance data in a defined or generic environment
- Assesses the safety of new, emerging & modified flight operational concepts & systems to improve flight operations, standards, capacity & aviation safety in the NAS
- Serves as the Flight Standards focal point for human factors issues regarding new flight technologies implementation
- Supports safety analyses for AVS, NextGen, ATO, ARP, Industry, other government agencies & DoD



4

## AFS-700: Emerging Technologies Division

**Joseph Morra:** *Division Manager*  **Office:** 202-267-9700

**Admin Support:** vacant
**Sr. Tech Advisor:** Emily Davis
**Admin Officer:** Queta Ugaz

**Division Website:** (to be added)
**General inquiries:** click here

- Policy and processes surrounding unmanned aircraft systems (UAS)
- Drone-related policy decisions and approvals

## AFS-710: Maintenance

**Robert Stack:** *Manager*  **Mobile:** 847-294-8720

- Policy for maintenance of unmanned aircraft and associated elements

## AFS-720: Evaluation

**Oscar Bocanegra:** *Manager*  **Mobile:** 336-453-1706

- Responsibility for emerging technologies ops evaluations and maintenance evaluations of UAS
- Type certification boards, FSB, & FOEB of UAS
- Perform operational suitability demonstration/evaluation of UAS
- Reviews of instructions for continued airworthiness (ICA) of UAS
- Review of requirements for UA associated elements
- Support of exemptions and waivers for emerging technologies

## AFS-730: Technologies and Standards

**Marcus Cunningham:** *Manager*  **Mobile:** 202-733-7910

- Analyze and provide technical guidance on UAS:
  - Detect and avoid technologies
  - Command and communications technologies
  - Performance-based navigation
  - Instrument/sensor-based flight operations for UAS
  - Integration of new & emerging technologies
- Communication & navigation policy for UAS
- Implement policies, standards, criteria, requirements, specifications, limitations, and applications for UAS technologies
- Implementation of NextGen UAS technologies
- Represent Flight Standards in international meetings related to UAS technologies
- Liaison with foreign CAAs to foster global safety standards for UAS technologies
- Represent the FAA with standards bodies for UAS technologies

## AFS-740: Air Transportation

**Rachel Carlstrom:** *Manager*  **Mobile:** 515-300-7067

- Rulemaking Projects (BVLOS 108)
- Exemptions and Deviations
- 135 Safety Assurance Support
- Part 135 Policy and Guidance
- GASA Outreach
- Technical Assists

## AFS-750: General Aviation and Commercial

**Derek Hufty:** *Manager*  **Mobile:** 202-763-4955

- Policy Branch for non-air carrier UAS operations
- Part 107 Policy
- Part 107 Waivers
- 107 Pilot Certificate and Training
- 44809 Recreational Flyer Policy
- UAS Public Aircraft Operations (PAO) Operational Analysis
- Special Airworthiness – Experimental Category (SAC-EC) Operational Analysis
- 363 UAS with Dangerous Weapons
- UAS Outreach
- GASA Support
- UAS Part 61, 91, 133, and 137 Policy
- 44807 Approvals
- Part 91 UAS Exemptions
- Non 107 Pilot Certificate and Training
- Criteria for Making 44807 Determinations (CMD)
- UAS NEPA Environmental Analysis

## AFS-760: Safety Assurance

**Sergio Lopez:** *Manager*  **Mobile:** 954-612-1764

- Performs certification for UAS Operators
- Provides certificate management for UAS Operators
- Accomplishes oversight and surveillance activities concerning operations of UAS
- Serves as the primary interface with GASA

## AFS-800: General Aviation and Commercial Division

**Trey McClure:** *Division Manager (A)*  **Office:** 202-267-7739

- Training, certification, inspection, and surveillance of GA airmen, flight instructors, air agencies, pilot schools, public aircraft operations, personal, and recreational operations
- Regulations and policy governing commercial operations (incl. rotorcraft, external-load operators Part 133, agricultural Part 137 operations, banner tow, Part 91 commercial operators, corporate, business, and Part 91K fractional)
- National FAA Safety Team (FAASTeam)
- EIR Processing Team-reviews EIR packages from Safety Assurance offices.

**Admin Support:** Kiana CTR Lee
**Sr. Tech Advisor:** Manny Cruz
**Admin Officer:** Travis Carter

**Division Website:** click here
**General Inquiries:** click here

## AFS-810: Training and Certification Group

**Everette Rochon:** *Manager*  **Mobile:** 703-371-3460

- Training & certification (Pilots & Flight Instructors)
- Part 141 pilot school support
- ASI (GA-Operations) qualifications and currency
- Practical Test Standards (PTS)
- Airman Certification Standards (ACS)
- Airman knowledge, oral, and practical testing programs
- Supporting reference materials for standards and testing

**Airman Testing Website:** click here

## AFS-830: Operations Group

**Mark Giron:** *Manager*   **Mobile:** 240-644-3138

- Aerobatic practice areas
- Air shows & aviation events
- Parts 103 & 105 Operations
- Part 137 agricultural operators
- Civil operations of surplus military aircraft
- Amateur-built, recreational, & personal aircraft policy & regulations (operational aspects of GA under Part 91 except for air traffic & aircraft maintenance rules)
- Aerial work & public aircraft operations (PAO)
- Supplemental Passenger Restraint Systems
- Private & commercial (non-air carrier) flights conducted in piston & turbine aircraft by individuals & companies under Part 91
- Fractional ownership program managers under Part 91K
- Helicopter external load operators under Part 133
- Investigations of Pilot Deviations (PD), Near Mid Air Collisions (NMAC), Accidents, Incidents, Occurrences, Lasers, and Complaints
- FAASTeam Policy (8900.1 Vol 15)
- FAASTeam National Performance Plan – Annual Focus
- FAA Safety Briefing magazine
- GA Outreach social media/digital marketing

## AFS-850: Delegation Group

**Katie Sample:** *Manager*   **Mobile:** 605-321-7646

- AFS Delegation Program
- Deviations to Designee Policy
- Training Delivery for FS and AIR Designees
- Designee Training
- Course mentorship for FS Designee Management Practical Application Workshops (PAW)

## AFS-900:  Sfty Mgmt, Analytics & Sys Integr Div

**Kawehi Lum:** *Division Manager*   **Office:** 310-956-2700

- National risk-based, data-supported, oversight systems
- SMS integration for Safety Assurance Offices
- FS Data Systems and Development, Safety Assurance System (SAS) and Voluntary Programs
- Management of analytical products for risk-based, decision-making processes
- System Safety Promotion

**Division Website:** [click here]
**Sr. Tech Advisor:** [Rodney Martinez]
**Admin Officer:** [Daphne Martin]   **General Inquiries:** [click here]

## AFS-910: System Appr. for Safety Oversight Branch

**Mohammad Wasique:** *Branch Manager*   **Mobile:** 703-487-3927

- FAA Order 8900.1 Volume 10, Safety Assurance System (SAS)
- SAS Enterprise Architecture with AVS Enterprise Management
- Data Collection Tools (DCT) and Operations Safety System (OPPS) and other SAS support
- Facilitate & Review the SAS Feedback process
- Software Testing & Validation
- FAA Order 1800.56 National Flight Standards Work Program Guidelines

**SASO Branch Website:** [click here]

## AFS-930: Safety Analysis Branch

**Joseph Hall (A):** *Branch Manager*   **Mobile:** 703-362-1779
**SAB Website:** [click here]

- Analytics governance
- Risk identification and mitigation
- Management of risk-based, decision-making analytical products
- Analysis of data for Continued Operational Safety (COS)
- Integrated Certificate Holder Priority Index (ICPI)
- Consolidated Analytics Site

## AFS-940: Safety Management Branch

**Suzette Rash:**  *Branch Manager*   **Mobile:** 703-776-0677
**SMS Branch Website:** [click here]

- SMS oversight methods in SAS
- State Management Panel
- Part 5 SMS regulations, internal and external facing policy, and SMS training
- Support SMS implementation for Safety Assurance Offices
- SMS Voluntary Program (certificate holders not regulated under Part 5)
- Safety Management International Collaboration Group
- ICAO sponsored SMS events
- FOQA/VDRP/LOSA/ASAP/IEP Development & Advancement
- Compliance Program Development & Implementation

## AFS-950: Automation Systems Managment Branch

**Mark Gruber:** *Branch Manager*
**Mobile:** 907-201-0238    **Website under development.**

**Functional Work Areas:**
- Develop, sustain, and manage aviation safety data systems
- Data Governance and Data Management

**System and Data Management of:**
- Accident Incident Data System (AIDS)
- Accident Incident & Enforcement (AIE)
- AvInfo
- Aviation Safety Action Program (ASAP)
- Dynamic Regulatory System (DRS)
- FAASTeam National Performance Plan – Annual Focus/ FAASTeam Website
- Multi-System Access Tool A and B (MSAT A and B)
- Pilot Records Database (PRD)
- Safety Performance Analysis System (SPAS)
- Service Difficulty Reporting System (SDRS)
- Suite of Enforcement Information System (EIS) applications
- Voluntary Disclosure Reporting Program (VDRP)
- Web Based Application Tool (WBAT)

# EXHIBIT 10

**BEFORE THE**

**DEPARTMENT OF TRANSPORTATION**

**WASHINGTON, D. C.**

```
-----------------------------------------
Joint Application of                     :
                                         :
     AMERICAN AIRLINES, INC.             :
            and                          :   DOT-OST-2008-
     GULF AIR COMPANY                     :
                                         :
under 14 CFR Part 212 for statements of  :
authorization and under 49 USC 41109     :
for related exemption (blanket code-     :
sharing)                                 :
-----------------------------------------
```

**JOINT APPLICATION OF AMERICAN AIRLINES, INC.
AND GULF AIR COMPANY**

Communications with respect to this document should be sent to:

For Gulf Air Company:                 For American Airlines:

MOFFETT B. ROLLER                     WILLIAM K. RIS, JR.
Roller & Bauer, PLLC                  Senior Vice President –
1020 Nineteenth Street, N.W.            Government Affairs
Suite 400                             American Airlines, Inc.
Washington, D.C. 20036                1101 17th Street, N.W.
(202) 331-3300                        Suite 600
mroller@rollerbauer.com               Washington, D.C.  20036

                                      HENRY C. JOYNER
                                      Senior Vice President –
                                        Planning
                                      American Airlines, Inc.
                                      P.O. Box 619616, MD 5628
                                      DFW Airport, Texas 75261

                                      DON CASEY
                                      Managing Director –
                                        International Planning
                                      American Airlines, Inc.
                                      P.O. Box 619616, MD 5635
                                      DFW Airport, Texas 75261

ROBERT A. WIRICK
Manager, International
  Planning
American Airlines, Inc.
P.O. Box 619616, MD 5635
DFW Airport, Texas 75261
(817) 963-0394
robert.wirick@aa.com

CARL B. NELSON, JR.
Associate General Counsel
American Airlines, Inc.
1101 17th Street, N.W.
Suite 600
Washington, D.C. 20036
(202) 496-5647
carl.nelson@aa.com

June 17, 2008

**BEFORE THE**

**DEPARTMENT OF TRANSPORTATION**

**WASHINGTON, D. C.**

```
----------------------------------------
Joint Application of                    :
                                        :
    AMERICAN AIRLINES, INC.             :
         and                            :   DOT-OST-2008-
    GULF AIR COMPANY                    :
                                        :
under 14 CFR Part 212 for statements of :
authorization and under 49 USC 41109    :
for related exemption (blanket code-    :
sharing)                                :
----------------------------------------
```

### JOINT APPLICATION OF AMERICAN AIRLINES, INC.
### AND GULF AIR COMPANY

American Airlines, Inc. (and its affiliates American Eagle Airlines, Inc. and Executive Airlines, Inc. d/b/a American Eagle) applies for a statement of authorization, and Gulf Air Company applies for a statement of authorization and related exemption authority in order to engage in reciprocal codeshare operations (subject to 30-day notice) pursuant to the open skies agreements between the United States, on the one hand, and Bahrain, Oman, Qatar, and the United Arab Emirates, on the other.[1]

---

[1]    The American-Gulf Air Codeshare Agreement is on file in No. 98-104 (undocketed).

Specifically, American and Gulf Air are seeking the following:

(A)  American requests a statement of authorization, and Gulf Air requests any necessary underlying exemption authority (including the right to integrate such authority with Gulf Air's other permit and/or exemption authority)², in order to display Gulf Air's GF* designator code in conjunction with foreign air transportation of persons, property, and mail on flights operated by American or American Eagle between (1) points in the United States; (2) points in the United States and points in Abu Dhabi, Bahrain, Oman, and Qatar (either nonstop or via intermediate points in third countries); (3) points in the United States and points in third countries; and (4) points in Abu Dhabi, Bahrain, Oman, and Qatar and points in third countries.³

(B)  Gulf Air requests a statement of authorization to display American's AA* designator code in conjunction with

---

²    Although Gulf Air currently holds an exemption to serve a point or points in the United States by codesharing with American (DOT-OST-2005-20097, July 23, 2007), that exemption does not include the behind and beyond authority included in American's request, ¶¶ (A)(3) and (A)(4).  Gulf Air therefore requests that the exemption granted here should incorporate all route authority necessary for Gulf Air to operate to all points listed in ¶ (A).  This new exemption will then supersede the authority that Gulf Air currently holds in DOT-OST-2005-20097.

³    The authority requested herein for American will replace the limited codeshare rights to display the GF* code on specific transatlantic flights operated by American.  See Statement of Authorization No. 99-07 (March 8, 1999, undocketed), as amended by Department Action, DOT-OST-2004-19923 (January 5, 2005).

foreign air transportation of persons, property, and mail on flights operated by Gulf Air between (1) points in Abu Dhabi, Bahrain, Oman, and Qatar; (2) points in Abu Dhabi, Bahrain, Oman, and Qatar and points in the United States (either nonstop or via intermediate points in third countries); (3) points in Abu Dhabi, Bahrain, Oman, and Qatar and points in third countries; and (4) points in the United States and points in third countries.[4]   American holds underlying certificate authority on its open skies certificate for Route 835 issued by Order 2007-4-2, April 1, 2007.   Gulf Air holds the requisite charter authority to display the AA* code (DOT-OST-1999-309).

The blanket codeshare authorizations requested herein are fully consistent with the applicable open skies agreements, and with the public interest.[5]   Such authority is also consistent with the Department's policy of granting blanket rights to other codeshare partnerships in open skies regimes. See, e.g.,

---

[4]   Gulf Air currently holds a statement of authorization (granted by Notice of Action Taken in DOT-OST-1996-1055 on February 8, 2007) to display the AA* code on Gulf Air flights between London, Paris, and Frankfurt, on the one hand, and Abu Dhabi, Bahrain, Oman, and Qatar, on the other, and beyond to Kuwait.   The statement of authorization that Gulf Air seeks herein will supersede that route-specific authority.

[5]   Although the Governments of Abu Dhabi, Oman, and Qatar no longer hold ownership interests in Gulf Air, the terms of the open skies Air Transport Agreements between the United States and the United Arab Emirates (of which Abu Dhabi is a constituent emirate), Oman, and Qatar are identical to those of the Agreement between the United States and Bahrain.   As Gulf Air has previously requested and the Department has previously approved (see DOT-OST-2005-20097), Gulf Air requests, based on its longstanding history of operations to Abu Dhabi, Oman, and Qatar, that its codeshare and exemption authority include Abu Dhabi, Oman, and Qatar as co-terminal points with Bahrain.

4

Department Action, DOT-OST-99-6547, January 7, 2000 (Ameri-
can/Lan Chile); Department Action, DOT-OST-99-6544, January 7,
2000 (American/Finnair); Order 98-4-8, April 5, 1998 (United/
Lufthansa).

American and Gulf Air will accept the Department's
standard condition on third-country services.  See, e.g.,
Notice of Action Taken, DOT-OST-99-5944, November 2, 1999
(American/Swissair), condition (e).

Blanket authorizations are in the public interest
because they enable codeshare partners to develop the full
range of services permitted under applicable bilateral agree-
ments.  The services contemplated by American and Gulf Air will
provide a more efficient use of capacity in the marketplace,
and will help maximize the range of service options available
to the traveling and shipping public.

The additional codeshare services to be operated by
American and Gulf Air in the initial phase are shown in the
attached Notice.  Consistent with standard practice, American
and Gulf Air will notify the Department no later than 30 days
before commencing any additional codeshare services under the
blanket authorizations we are seeking.  We will inform the
Department of the market(s) to be served, the identity of the

5

carrier operating the aircraft in the codeshare market(s) being added, and the date on which the service will begin.  American and Gulf Air will conduct all of their codeshare operations in compliance with 14 CFR Part 257.

In response to the Department's letter of June 1, 1995 to participants in the Civil Reserve Air Fleet Program, American states that the codeshare arrangement at issue will have no impact on American's CRAF commitments.

American and Gulf Air request that blanket statements of authorization be granted for an indefinite period, consistent with the Department's practice in other codeshare proceedings, and that Gulf Air's related exemption authority be granted for at least one year.

Respectfully submitted,

MOFFETT B. ROLLER
Roller & Bauer PLLC
Attorneys for Gulf Air Company

CARL B. NELSON, JR.
Associate General Counsel
American Airlines, Inc.

June 17, 2008

# NOTICE OF INITIAL CODESHARE POINTS

Between GF* U.S. Gateways And

> Atlanta
> Austin
> Baltimore
> Corpus Christi
> Denver
> Detroit
> Houston
> Jackson
> Jacksonville
> Kansas City
> Las Vegas
> Memphis
> Minneapolis/St. Paul
> Newark
> New Orleans
> Norfolk
> Oklahoma City
> Orlando
> Philadelphia
> Phoenix
> Portland OR
> Raleigh/Durham
> St. Louis
> San Antonio
> San Diego
> San Francisco
> Seattle
> Tampa

## CERTIFICATE OF SERVICE


I hereby certify that I have this day served the foregoing document by email on the following persons:

> scott.mcclain@delta.com
> sametta.c.barnett@delta.com
> kquinn@pillsburywinthrop.com
> bkeiner@crowell.com
> sascha.vanderbellen@nwa.com
> bruce.rabinovitz@wilmerhale.com
> jonathan.moss@wilmerhale.com
> jeffrey.manley@united.com
> bob.kneisley@wnco.com
> robert.land@jetblue.com
> msinick@ssd.com
> cdonley@ssd.com
> anbird@fedex.com
> dvaughan@kelleydrye.com
> kevin.montgomery@polaraircargo.com
> jrichardson@johnlrichardson.com
> lhalloway@crowell.com
> efaberman@wileyrein.com
> mroller@rollerbauer.com
> howard_kass@usairways.com
> benjamin.slocum@usairways.com
> jhill@dlalaw.com
> bill@mietuslaw.com
> mgoldman@sgbdc.com
> rsilverberg@sgbdc.com
> dhainbach@ggh-airlaw.com
> mcmillin@woa.com
> mchopra@jamhoff.com
> russell.bailey@alpa.org
> dkirstein@yklaw.com
> jyoung@yklaw.com
> donna.kooperstein@usdoj.gov
> dwight.moore@ustranscom.mil
> jim.ballough@faa.gov
> byerlyjr@state.gov

_Cal B Nelson_

CARL B. NELSON, JR.

June 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 12 2025, Plaintiff Feras Hindi, Plaintiff Tala & Plaintiff Samiha will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Motion For Limited Discovery & Attachments

1-Defendant American Airlines, Inc. Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email

2-Defendant Gulf Air B.S.C., Inc Darcy & Mark  **AT** Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Service Processor ABC Legal service

Submitted,

June 12 2025

**Pro Se Plaintiffs**

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

Feras Hindi
7823 New London Dr.
Springfield VA 22153
703-980-6955

Samiha Ayyash
7823 New London Dr.
Springfield VA 22153
703-623-3767