# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| **Samiha Ayysah, Feras Hindi,**  ) | |
| **Tala Josephano**  ) | Case No.: 1:24-cv-03434-ACR |
|   ) | |
| Plaintiffs  ) | |
| **American Airlines Inc. ,**  ) | |
| **Gulf Air B.S.C**  ) | |
| Defendants  ) | |
|   ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF TALA JOSEPHANO'S**

**MOTION FOR LEAVE TO FILE EMERGENCY MOTION FOR PROTECTIVE ORDER, STAY ON DEADLINES, AND REQUEST FOR HEARING**

Upon consideration of Plaintiff Tala Josephano's Motion for Leave to File Emergency Motion for Protective Order, Stay on Deadlines, and Request for Hearing, and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED;

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to refile her Emergency Motion for Protective Order and Request for In Camera Hearing (Dkt. 46), and the Court shall accept the refiled motion as timely and properly before the Court;.... can the court skip on me refiling it or amending it and just order the hearing and decide on that relief . For Efficiency

**IT IS FURTHER ORDERED** that the Court shall treat Plaintiff's Emergency Motion for Protective Order and Request for In Camera Hearing (Dkt. 46) as properly before it and set the matter for hearing without requiring further amendment or re-submission by Plaintiff;

**IT IS FURTHER ORDERED** that the Court shall schedule a limited evidentiary hearing, either public or in camera, to allow Plaintiff Tala Josephano to present sworn testimony and evidence related to threats, surveillance, and foreign interference as alleged in her motion;

**IT IS FURTHER ORDERED** that all pending filing deadlines are stayed, including any deadline for Plaintiff to respond to Defendant Gulf Air's opposition filings or motion for sanctions, until such time as this emergency motion is resolved;

**IT IS FURTHER ORDERED** that the Court shall consider any additional relief as may be appropriate to protect the safety of parties and the integrity of these proceedings.

SO ORDERED.

Dated: _____, 2025

 Washington, D.C.


**Hon. Ana C. Reyes**

United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 13 2025, Plaintiff Tala will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Motion to leave and Stay

1-Defendant American Airlines, Inc. Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email

2-Defendant Gulf Air B.S.C., Inc  Mark  **AT** Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Service : Email

Submitted,

June 13 2025

**Pro Se Plaintiffs**

*/s/ Tala*

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980