UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| **Samiha Ayysah, Feras Hindi,** | ) | |
| **Tala Josephano** | ) | Case No.: 1:24-cv-03434-ACR |
| | ) | |
| Plaintiffs | ) | |
| **American Airlines Inc. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendants | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT DISCOVERY LIMITED TO THE ISSUE OF PERSONAL JURISDICTION OVER DEFENDANT AMERICAN AIRLINES INC.**

Upon consideration of Plaintiffs' Motion for Leave to Conduct Discovery Limited to the Issue of Personal Jurisdiction over Defendant American Airlines Inc., any opposition thereto, and the record herein, the Court finds that good cause exists to permit limited discovery regarding the Court's personal jurisdiction over Defendant American Airlines Inc.

Accordingly, it is this ___ day of _____, 2025, hereby:

**ORDERED** that Plaintiffs' Motion is GRANTED; and it is

**FURTHER ORDERED** that Plaintiffs may serve limited jurisdictional discovery requests, as set forth in their Motion and attached Memorandum, including: Requests for production of



RECEIVED

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

documents;Interrogatories; Depositions of relevant American Airlines and FAA personnel; and Subpoenas to appropriate third parties, including the FAA all strictly limited to matters relevant to the determination of this Court's personal jurisdiction over Defendant American Airlines Inc.; and it is

**FURTHER ORDERED** that all such discovery shall be completed within ___ days of the entry of this Order, unless otherwise extended by the Court upon good cause shown.

SO ORDERED.


Hon. Ana C. Reyes
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 18 2025, Plaintiff Feras Hindi, Plaintiff Tala & Plaintiff Samiha will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Proposed Order For Jurisdictional Discovery

1-Defendant American Airlines, Inc. Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email

2-Defendant Gulf Air B.S.C., Inc Darcy & Mark  **AT** Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Email , Mail

Submitted,

June 18 2025

**Pro Se Plaintiffs**

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

Feras Hindi
7823 New London Dr.
Springfield VA 22153
703-980-6955

Samiha Ayyash
7823 New London Dr.
Springfield VA 22153
703-623-3767