UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| **Samiha Ayysah, Feras Hindi,** | | |
| **Tala Josephano** | ) | Case No.: 1:24-cv-03434-ACR |
| | ) | |
| Plaintiffs | ) | |
| **American Airlines Inc. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendants | ) | |
| _____ | ) | |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY

Upon consideration of Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery as to Defendant Gulf Air B.S.C., it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiffs may conduct limited jurisdictional discovery as follows:

1. Subpoena and/or depose Gene Grey regarding his authority to accept service on behalf of Gulf Air or Evelyn Sahr;



RECEIVED

JUN 18 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2. Depose Captain Qasim Ghuloom Ismaeel regarding the decedent's domicile and the nature of the subject flight;

3. Depose Evelyn D. Sahr on her role as Gulf Air's designated agent and DOT regulatory contacts;

4. Obtain production of financial and regulatory documents submitted by Gulf Air to the U.S. Department of Transportation (DOT), including filings from 2024 related to codeshare and compliance;

5. Obtain copies of codeshare agreements and renewals, including those involving American Airlines and any related communications referencing U.S. or D.C.-based oversight;

6. Serve targeted interrogatories or requests for production related to Gulf Air's online ticket sales in the U.S., use of U.S.-based distributors, marketing efforts since 2019, and employment postings targeting U.S.-based applicants.

SO ORDERED.

Dated: _____, 2025

Hon. Ana C. Reyes
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 18 2025, Plaintiff Feras Hindi, Plaintiff Tala & Plaintiff Samiha will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Proposed Order For Jurisdictional Discovery

1-Defendant American Airlines, Inc. Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email .

2-Defendant Gulf Air B.S.C., Inc Darcy & Mark  **AT** Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Email , Mail

Submitted,

June 18 2025

**Pro Se Plaintiffs**

*[signature]*

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

*[signature]*

Feras Hindi
7823 New London Dr.
Springfield VA 22153
703-980-6955

*[signature]*

Samiha Ayyash
7823 New London Dr.
Springfield VA 22153
703-623-3767