# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Civil Division

| | | |
|---|---|---|
| **Samiha Ayysah, Feras Hindi,** | ) | |
| **Tala Josephano** | ) | Case No.:  1:24-cv-03434-ACR |
| | ) | |
| Plaintiffs | ) | |
| **American Airlines Inc. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendants | ) | |
| _____ | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Samiha Ayyash, Feras Hindi, and Tala Josephano, pro se, appeal to the United States Court of Appeals for the District of Columbia Circuit from the final order and judgment entered in this action on August 5, 2025, by Judge Ana C. Reyes, which dismissed Plaintiffs' complaints without prejudice before recusing herself.

Plaintiffs further note an irregularity in the docket: Docket Entry No. 31 was removed from the record without explanation, and it is unclear whether this action was taken by the Clerk's Office or the Judge's chambers. Plaintiffs respectfully preserve this issue for review and for further inquiry by the appellate court as appropriate.



**RECEIVED**
AUG 24 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted

August 25  2025

**Pro Se Plaintiffs**

*/s/ Tala Josephano*

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

*/s/ Feras Hindi*

Feras Hindi
7823 New London Dr.
Springfield VA 22153
703-980-6955

*/s/ Samiha Ayyash*

Samiha Ayyash
7823 New London Dr.
Springfield VA 22153
703-623-3767

## CERTIFICATE OF SERVICE

I hereby certify that on August 25 2025, Plaintiff Feras Hindi, Plaintiff Tala & Plaintiff Samiha will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Notice of Appeal

1-Defendant American Airlines, Inc. Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email

2-Defendant Gulf Air B.S.C., Inc Darcy & Mark  **AT** Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Email , Mail

Submitted,

August 25 2025

**Pro Se Plaintiffs**

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

Feras Hindi
7823 New London Dr.
Springfield VA 22153
703-980-6955

Samiha Ayyash
7823 New London Dr.
Springfield VA 22153
703-623-3767