UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## Civil Division

| | | |
|---|---|---|
| **Samiha Ayysah, Feras Hindi,** | ) | |
| **Tala Josephano** | ) | Case No.:  1:24-cv-03434-ACR |
| | ) | |
| Plaintiffs | ) | |
| **American Airlines Inc. ,** | ) | |
| **Gulf Air B.S.C** | ) | |
| Defendants | ) | |
| | ) | |

## PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(d)(3)

Plaintiffs, appearing pro se, respectfully notify the Court and move for relief from the final judgment pursuant to Federal Rule of Civil Procedure 60(d)(3) on the grounds of fraud upon the court, committed directly by Judge Ana C. Reyes.

Plaintiffs note that they have previously filed a Notice of Intent to Sue and a Notice of Appeal in this matter. This Motion is submitted in addition to those filings to preserve Plaintiffs' rights and to address critical judicial misconduct that fundamentally undermines the fairness and integrity of these proceedings.

Fraud upon the court constitutes the most egregious form of misconduct, involving deliberate, corrupt acts by judicial officers or others that defile the judicial process itself, impair the court's impartiality, and strike at the very foundation of justice. Such fraud justifies immediate relief, including vacatur of the judgment, regardless of the timing of other proceedings. *See* Hazel-Atlas



RECEIVED
AUG 24 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Glass Co. v. Hartford-Empire Co., 322 U.S. 238, 246 (1944); Shepherd v. American Broadcasting Cos., 62 F.3d 1469, 1472 (D.C. Cir. 1995).

## I. BACKGROUND

1. On August 5, 2025, this Court entered an order dismissing Plaintiffs' complaint without prejudice.

2. Plaintiffs subsequently filed a Notice of Appeal to the United States Court of Appeals for the District of Columbia Circuit.

3. Plaintiffs also filed a Notice of Intent to Sue (Dkt. 31) that was deleted or suppressed from the docket, and emailed Judge Ana Reyes and her chambers. On August 25, 2025, Plaintiffs filed another formal Notice of Intent to Sue, reserving claims of judicial misconduct.

4. Since that time, Plaintiffs have uncovered and obtained clear and convincing evidence that fraud upon the court occurred in this matter, directly implicating Judge Ana C. Reyes, her chambers staff, Deputy Clerk Alexander Burton, and Intake Clerk Mr. Paterson.

5. This misconduct includes tampering with the record, misuse of federal rules, suppression of Plaintiffs' filings, conduct endangering Plaintiffs' safety, assisting a foreign government against a U.S. citizen, and facilitating risks to Plaintiff Tala Josephano's safety.

## II. LEGAL STANDARD

Rule 60(d)(3) of the Federal Rules of Civil Procedure preserves the Court's inherent authority to "set aside a judgment for fraud on the court.". Fraud upon the court represents "the most egregious conduct," striking at "the integrity of the judicial process itself." *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238, 246 (1944).

The D.C. Circuit has explained that such fraud includes conduct by officers of the court that is "so egregious that it undermines the ability of the court to perform its impartial task of adjudging cases." *Shepherd v. American Broadcasting Cos.*, 62 F.3d 1469, 1472 (D.C. Cir. 1995). Unlike ordinary fraud, fraud upon the court has no statute of limitations, and may be raised at any time.

Plaintiffs bear the burden of establishing fraud upon the court by clear and convincing evidence, which has already been partially submitted and appears on the docket.

## III. ARGUMENT

Plaintiffs respectfully submit that the following actions constitute fraud upon the court:

**a. Tampering with the Record** – Directing or permitting the removal and suppression of docket entries, including Dkt. 31, without notice or explanation to Plaintiffs.

**b. Misapplication of Federal Rules** – Applying incorrect procedural rules and legal standards in a manner systematically biased in favor of Defendants.

**c. Disregard of Plaintiffs' Motions** – Willfully ignoring and failing to rule on Plaintiffs' motions, depriving Plaintiffs of due process.

**d. Involvement of Staff** – Coordinating with or allowing chambers staff, including Deputy Clerk Alexander Burton and Intake Clerk Mr. Paterson, to execute and conceal fraudulent acts.

**e. Endangering Plaintiffs' Safety** – Obstructing critical evidence and shielding Defendants' negligence, thereby exposing Plaintiffs to serious risks.

**f. Conduct at Hearing and Case Dismissal** – Judge Ana C. Reyes presided over a hearing in which she misstated controlling legal standards and applicable federal law. She allowed Defendants to refile claims improperly and threatened Plaintiff Tala Josephano, who appeared pro se. The Judge instructed Plaintiffs to limit their responses exclusively to the issue of jurisdiction, effectively restricting their opportunity to fully present their case. Without permitting discovery or adequate opportunity to amend, Judge Reyes dismissed the case both for lack of jurisdiction and for failure to state a claim, denying Plaintiffs a meaningful chance to be heard. This course of conduct amounts to a deliberate manipulation of judicial process—an egregious act of bad faith—that has allowed fraud against the government and the public to continue unabated, seriously endangering public safety and permitting corporate misconduct within the airline industry to persist without accountability.

Together, these deliberate actions corrupted the judicial machinery, deprived Plaintiffs of a fair tribunal, and directly benefited Defendants Gulf Air B.S.C. and American Airlines, Inc.

## IV. CONCLUSION

Fraud upon the court constitutes an extraordinary ground for relief. Plaintiffs assert that Judge Reyes and her chambers staff engaged in deliberate, egregious misconduct that defiled these proceedings and destroyed the impartiality of the judicial process.

**WHEREFORE, Plaintiffs respectfully request that this Court:**

1. Take judicial notice of the fraud upon the court committed by Judge Ana C. Reyes and others as described herein;

2. Vacate and set aside the Court's August 5, 2025 dismissal order;

3. Restore all removed, altered, or suppressed docket filings to the official case record;

4. Refer the allegations of judicial misconduct by Judge Ana C. Reyes and her chambers staff to the appropriate judicial oversight authority for thorough and impartial investigation and disciplinary review;

5. Plaintiffs respectfully request an oral hearing on this Motion for Relief under Federal Rule of Civil Procedure 60(d)(3) pursuant to this Court's inherent authority and applicable local rules. Given the gravity and complexity of the allegations of fraud upon the court, a hearing is warranted and essential for a fair and just adjudication.

6. Plaintiffs note that no opportunity was previously provided to seek assignment of a magistrate judge or other judicial officer to assist or preside over this matter, as this option was deliberately overlooked and not offered by the Court. Given the demonstrated conflict of interest and corrupt conduct involving Judge Ana C. Reyes, Plaintiffs respectfully request that the Court either:

    I.    Assign an independent district judge to hear and decide this Motion, or

    II.    Designate an additional judge to preside jointly or oversee the Motion alongside Judge Reyes, to ensure impartiality, prevent further prejudice, and uphold the integrity of these proceedings.

7. Grant any further relief this Court deems necessary to protect the integrity of these proceedings and preserve Plaintiffs' rights.

Respectfully submitted,

August 25  2025

**Pro Se Plaintiffs**

*[signature]*

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

*[signature]*

Feras Hindi
7823 New London Dr.
Springfield VA 22153
703-980-6955

*[signature]*

Samiha Ayyash
7823 New London Dr.
Springfield VA 22153
703-623-3767

## CERTIFICATE OF SERVICE

I hereby certify that on August 25 2025, Plaintiff Feras Hindi, Plaintiff Tala & Plaintiff Samiha will be sending a true and correct copy of the following documents to be served upon the parties listed below:

MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL

PROCEDURE 60(d)(3)

1-Defendant American Airlines, Inc. Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email

2-Defendant Gulf Air B.S.C., Inc Darcy & Mark  **AT** Eckert Seamans Cherin & Mellott, LLC 1717 Pennsylvania Ave., N.W., 12th Floor 12th Washington, D.C. 20006 Method of Service: Email

Submitted,

August 25 2025

**Pro Se Plaintiffs**

Tala Josephano
615 S Catalina Ave #233
Redondo Beach CA 90277
347-749-4980

Feras Hindi
7823 New London Dr.
Springfield VA 22153
703-980-6955

Samiha Ayyash
7823 New London Dr.
Springfield VA 22153
703-623-3767