# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-7123**                                         **September Term, 2024**

1:24-cv-03434-ACR

Filed On: August 27, 2025 [2132263]

Samiha Ayyash, et al.,

        Appellants

   v.

American Airlines Inc. and Gulf Air B.S.C,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellants' motion for relief from judgement.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                                             **FOR THE COURT:**
                                                             Clifton B. Cislak, Clerk

                                         BY:     /s/
                                                    Elbert B.J. Lestrade
                                                    Deputy Clerk