APPEAL,CLOSED,JURY,PROSE-NP,TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:24-cv-03434-ACR

AYYASH et al v. AMERICAN AIRLINES INC. et al  
Assigned to: Judge Ana C. Reyes  
Case in other court: USCA, 25-07123  
Cause: 28:1332 Diversity-Personal Injury  

Date Filed: 12/10/2024  
Date Terminated: 08/06/2025  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity  

**Plaintiff**

**SAMIHA AYYASH**　　　　　　　　　represented by **SAMIHA AYYASH**  
7823 New London Dr.  
SpringField, VA 22153  
PRO SE  

**Plaintiff**

**FERAS HINDI**　　　　　　　　　represented by **FERAS HINDI**  
7823 New London Dr  
Springfield, VA 22153  
(703)980-6955  
PRO SE  

**Plaintiff**

**TALA JOSEPHANO**　　　　　　　　　represented by **TALA JOSEPHANO**  
615 S. Catalina Ave  
#233  
Redondo Beach, CA 90277  
PRO SE  

V.

**Defendant**

**AMERICAN AIRLINES INC.**　　　　　　　　　represented by **Micah Ephram Ticatch**  
ISLER DARE, P.C.  
1945 Old Gallows Road  
Suite 650  
Vienna, VA 22182  
(703) 748-2690  
Fax: (703) 748-2695  
Email: mticatch@islerdare.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**GULF AIR B.S.C**　　　　　　　　　represented by **Darcy Osta**  
ECKERT SEAMANS CHERIN & MELLOTT, LLC  
1717 Pennsylvania Avenue, NW

Suite 12th Floor  
Washington, DC 20006  
202-659-6611  
Email: dosta@eckertseamans.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mark Andrew Johnston**  
ECKERT SEAMANS CHERIN & MELLOTT, LLC  
1717 Pennsylvania Avenue, NW  
Suite 1200  
Washington, DC 20006  
(202) 659-6624  
Fax: (202) 659-6699  
Email: mjohnston@eckertseamans.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2024 | 1 | COMPLAINT against AMERICAN AIRLINES INC., GULF AIR B.S.C ( Filing fee $ 405, receipt number 208700) with Jury Demand filed by SAMIHA AYYASH, FERAS HINDI. (Attachments: # 1 Civil Cover Sheet)(zdp) (Entered: 12/12/2024) |
| 12/10/2024 |   | Summons(2) Issued as to AMERICAN AIRLINES INC., GULF AIR B.S.C. (zdp) (Entered: 12/12/2024) |
| 12/31/2024 | 2 | AMENDED COMPLAINT against AMERICAN AIRLINES INC., GULF AIR B.S.C with Jury Demand filed by SAMIHA AYYASH, FERAS HINDI.(zdp) (Entered: 01/08/2025) |
| 01/08/2025 | 3 | NEW Pro Se Consent To Receive Notices of Electronic Filing by TALA JOSEPHANO (zdp) (Entered: 01/10/2025) |
| 01/23/2025 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AMERICAN AIRLINES INC. served on 1/22/2025, answer due 2/12/2025 (zdp) (Entered: 01/23/2025) |
| 01/30/2025 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. GULF AIR B.S.C served on 1/30/2025, answer due 2/20/2025 (zdp) (Entered: 02/10/2025) |
| 02/12/2025 | 6 | NOTICE of Appearance by Micah Ephram Ticatch on behalf of AMERICAN AIRLINES INC. (Ticatch, Micah) (Entered: 02/12/2025) |
| 02/12/2025 | 7 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss by AMERICAN AIRLINES INC.. (Attachments: # 1 Text of Proposed Order)(Ticatch, Micah) (Entered: 02/12/2025) |
| 02/12/2025 | 8 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN AIRLINES INC. (Ticatch, Micah) (Entered: 02/12/2025) |
| 02/20/2025 | 9 | NOTICE of Appearance by Darcy Osta on behalf of GULF AIR B.S.C (Osta, Darcy) (Entered: 02/20/2025) |
| 02/20/2025 | 10 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GULF AIR B.S.C (Osta, Darcy) (Entered: 02/20/2025) |

| | | |
|---|---|---|
| 02/20/2025 | 11 | ENTERED IN ERROR.....NOTICE *Short Notice - Request for Pre-Motion Conference* by GULF AIR B.S.C (Osta, Darcy) Modified on 2/20/2025, pursuant to Counsel (mg). (Entered: 02/20/2025) |
| 02/20/2025 | 12 | NOTICE of Appearance by Mark Andrew Johnston on behalf of GULF AIR B.S.C (Johnston, Mark) (Entered: 02/20/2025) |
| 02/20/2025 | 13 | MOTION for Telephone Conference *Notice of Request to Schedule Pre-Motion Conference* by GULF AIR B.S.C. (Johnston, Mark) (Entered: 02/20/2025) |
| 02/20/2025 | 14 | MOTION for Hearing *Motion Conference* by AMERICAN AIRLINES INC.. (Ticatch, Micah) (Entered: 02/20/2025) |
| 02/20/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 13 MOTION for Telephone Conference *Notice of Request to Schedule Pre-Motion Conference* by GULF AIR B.S.C. (Johnston, Mark).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/27/2025. (zhcn) 2/21/2025 (zapb). (Entered: 02/21/2025) |
| 02/20/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 10 LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GULF AIR B.S.C (Osta, Darcy).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/27/2025. (zhcn) Modified on 2/21/2025 (zhcn). (Entered: 02/21/2025) |
| 02/23/2025 | 16 | ENTERED IN ERROR.....MOTION for Entry of Default by FERAS HINDI. (Attachments: # 1 Exhibit)(zdp) Modified on 2/27/2025; refiled as docket entry 17 (zdp). (Entered: 02/26/2025) |
| 02/24/2025 | 17 | MOTION for Entry of Default by FERAS HINDI. (Attachments: # 1 Exhibit)(zdp) (Entered: 02/26/2025) |
| 02/24/2025 | 18 | MOTION for Entry of Default by FERAS HINDI. (Attachments: # 1 Exhibit)(zdp) (Entered: 02/26/2025) |
| 02/27/2025 | 19 | MOTION for Entry of Default by SAMIHA AYYASH. (Attachments: # 1 Exhibit)(zdp) (Entered: 02/28/2025) |
| 02/28/2025 | 21 | MOTION for Extension of Time to File Response/Reply, MOTION for Hearing by TALA JOSEPHANO. (zdp) (Entered: 03/05/2025) |

| Date | # | Description |
|---|---|---|
| 03/03/2025 | 22 | MOTION for Entry of Default by SAMIHA AYYASH. ( # 1 Exhibit) (zdp) (Entered: 03/05/2025) |
| 03/04/2025 | 20 | Memorandum in opposition to re 17 Motion for Entry of Default, 16 Motion for Entry of Default, 19 Motion for Entry of Default filed by AMERICAN AIRLINES INC.. (Attachments: # 1 Exhibit)(Ticatch, Micah) (Entered: 03/04/2025) |
| 03/04/2025 | 23 | NOTICE OF Error in Filing by SAMIHA AYYASH re 17 Motion for Entry of Default, 18 Motion for Entry of Default, 22 Motion for Entry of Default, 19 Motion for Entry of Default (zdp) (Entered: 03/05/2025) |
| 03/07/2025 |  | NOTICE of Hearing: Pre-motion Conference set for 3/28/2025 at 2:00 PM via Zoom before Judge Ana C. Reyes. (zakb) (Entered: 03/07/2025) |
| 03/07/2025 | 24 | DEACTIVATE Pro Se Consent To Receive Notices of Electronic Filing by TALA JOSEPHANO (zdp) (Entered: 03/10/2025) |
| 03/07/2025 | 26 | MOTION for Entry of Default by TALA JOSEPHANO. (zdp) (Entered: 03/10/2025) |
| 03/08/2025 | 27 | MOTION for Entry of Default by TALA JOSEPHANO. (Attachments: # 1 Exhibit)(zdp) (Entered: 03/10/2025) |
| 03/10/2025 | 25 | RESPONSE re 18 MOTION for Entry of Default, 22 MOTION for Entry of Default *in Opposition* filed by GULF AIR B.S.C. (Attachments: # 1 Exhibit 1 to Gulf Air BSC's Opposition to Plaintiff's Motions for Default, # 2 Exhibit 2 to Gulf Air BSC's Opposition to Plaintiff's Motions for Default)(Osta, Darcy) (Entered: 03/10/2025) |
| 03/15/2025 | 28 | NOTICE of Intent by FERAS HINDI (zjm) (Entered: 03/17/2025) |
| 03/15/2025 | 29 | NOTICE of Intent by SAMIHA AYYASH (zjm) (Entered: 03/17/2025) |
| 03/18/2025 | 30 | Emergency MOTION for Hearing, MOTION for Order to Remove Case Manager by TALA JOSEPHANO, SAMIHA AYYASH, FERAS HINDI. (zdp) (Entered: 03/19/2025) |
| 03/18/2025 | 31 | NOTICE of Intent to Sue by TALA JOSEPHANO, SAMIHA AYYASH, FERAS HINDI (See docket entry 30 to view document) (zdp) (Entered: 03/19/2025) |
| 03/19/2025 | 32 | RESPONSE re 26 MOTION for Entry of Default, 27 MOTION for Entry of Default *in Opposition* filed by GULF AIR B.S.C. (Attachments: # 1 Exhibit 1 to Gulf Air BSC's Opposition to Plaintiff Josephano's Motion for Entry of Default, # 2 Exhibit 2 to Gulf Air BSC's Opposition to Plaintiff Josephano's Motion for Entry of Default, # 3 Exhibit 3 to Gulf Air BSC's Opposition to Plaintiff Josephano's Motion for Entry of Default)(Osta, Darcy) (Entered: 03/19/2025) |
| 03/20/2025 | 33 | Memorandum in opposition to re 27 Motion for Entry of Default filed by AMERICAN AIRLINES INC.. (Ticatch, Micah) (Entered: 03/20/2025) |
| 03/24/2025 | 34 | MOTION to Strike 25 Response to motion, 10 LCvR 26.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests, 13 MOTION for Telephone Conference *Notice of Request to Schedule Pre-Motion Conference*, 9 Notice of Appearance, 12 Notice of Appearance by FERAS HINDI. (Attachments: # 1 Certificate of Conference, # 2 Proposed Order)(zdp) Modified docket text on 3/26/2025 (zdp). (Entered: 03/26/2025) |
| 03/24/2025 | 35 | MOTION to Strike 25 Response to motion, 10 LCvR 26.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests, 13 MOTION for Telephone Conference *Notice of Request to Schedule Pre-Motion Conference*, 9 Notice of Appearance, 12 Notice of Appearance by SAMIHA AYYASH. (Attachments: # 1 Certificate of Conference, # 2 Proposed Order)(zdp) (Entered: 03/26/2025) |

| | | |
|---|---|---|
| 03/25/2025 | 36 | NOTICE of Proposed Order by FERAS HINDI re 17 MOTION for Entry of Default, 18 MOTION for Entry of Default (Attachments: # 1 Proposed Order)(zdp) (Entered: 03/26/2025) |
| 03/25/2025 | 37 | NOTICE of Proposed Order by SAMIHA AYYASH re 22 MOTION for Entry of Default, 19 MOTION for Entry of Default (Attachments: # 1 Proposed Order)(zdp) (Entered: 03/26/2025) |
| 03/25/2025 | 38 | REPLY to opposition to motion re 26 Motion for Entry of Default, 27 Motion for Entry of Default filed by TALA JOSEPHANO. (Attachments: # 1 Exhibit, # 2 Certificate of Conference, # 3 Proposed Order)(zdp) (Entered: 03/26/2025) |
| 03/25/2025 | 40 | MOTION to Strike 8 LCvR 26.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests, 6 Notice of Appearance, 7 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss by SAMIHA AYYASH. (Attachments: # 1 Proposed Order, # 2 Certificate of Conference)(zdp) (Entered: 03/26/2025) |
| 03/25/2025 | 41 | MOTION to Strike 8 LCvR 26.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests, 6 Notice of Appearance, 7 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss , 14 MOTION for Hearing *Motion Conference*, 20 Memorandum in Opposition by FERAS HINDI. (Attachments: # 1 Proposed Order, # 2 Certificate of Conference)(zdp) (Entered: 03/26/2025) |
| 03/26/2025 | 39 | RESPONSE re 29 Notice (Other), 28 Notice (Other) *IN OPPOSITION TO PLAINTIFFS MARCH 15, 2025, NOTICE FILINGS* filed by GULF AIR B.S.C. (Osta, Darcy) (Entered: 03/26/2025) |
| 03/26/2025 | | MINUTE ORDER. The Court ORDERS that no parties are permitted to file any further motions without leave of Court. The Court will address the pending motions at the March 28, 2025 pre-motion conference. Signed by Judge Ana C. Reyes on 03/26/2025. (lcacr2) (Entered: 03/26/2025) |
| 03/28/2025 | | Minute Entry for Pre-Motion Conference held on 3/28/2025 before Judge Ana C. Reyes: For reasons stated on the record, Pending 17 , 18 , 19 , 22 , 26 and 27 Motions for Default are DENIED. Motion to Dismiss due by 4/18/2025. Responses due by 5/16/2025. Replies due by 6/6/2025. Court Reporter: Christine Asif. (smc) (Entered: 03/28/2025) |
| 03/28/2025 | | Motion(s) terminated: 26 MOTION for Entry of Default filed by TALA JOSEPHANO, 17 MOTION for Entry of Default filed by FERAS HINDI, 18 MOTION for Entry of Default filed by FERAS HINDI, 22 MOTION for Entry of Default filed by SAMIHA AYYASH, 27 MOTION for Entry of Default filed by TALA JOSEPHANO, 19 MOTION for Entry of Default filed by SAMIHA AYYASH. (lcacr2) (Entered: 03/28/2025) |
| 03/28/2025 | | MINUTE ORDER. For the reasons stated on the record at today's pre-motion conference, the Court DENIES AS MOOT the following Motions: 13 Motion for Telephone Conference, 14 Motion for Hearing, 21 Motion for Extension of Time, 30 Emergency Motion for Hearing, and 34 , 35 , 40 , 41 Motions to Strike. Signed by Judge Ana C. Reyes on 03/28/2025. (lcacr2) (Entered: 03/28/2025) |
| 04/17/2025 | 42 | MOTION to Dismiss for Lack of Jurisdiction by AMERICAN AIRLINES INC.. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Ticatch, Micah) (Entered: 04/17/2025) |
| 04/18/2025 | 43 | MOTION to Dismiss for Lack of Jurisdiction by GULF AIR B.S.C. (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order to Motion to Dismiss)(Osta, Darcy) (Entered: 04/18/2025) |

| | | |
|---|---|---|
| 05/09/2025 | 44 | NOTICE in Support of Motion to Recuse by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO (Attachments: # 1 Exhibit)(zdp) (Entered: 05/13/2025) |
| 05/13/2025 | 45 | MOTION for Extension of Time to File Response/Reply as to 43 MOTION to Dismiss for Lack of Jurisdiction , 42 MOTION to Dismiss for Lack of Jurisdiction by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (zdp) (Entered: 05/14/2025) |
| 05/19/2025 | | MINUTE ORDER. Upon consideration of Plaintiffs' 45 Motion for Extension of Time, the Court GRANTS the Motion. Plaintiffs shall respond to Defendants' Motions to Dismiss on or before June 12, 2025. Defendants shall reply on or before July 3, 2025. No further extensions will be granted. Signed by Judge Ana C. Reyes on 05/19/2025. (lcacr2) (Entered: 05/19/2025) |
| 05/27/2025 | 46 | MOTION for Protective Order, MOTION for Hearing by TALA JOSEPHANO. (zdp) (Entered: 05/28/2025) |
| 05/29/2025 | 47 | MOTION to Strike 43 MOTION to Dismiss for Lack of Jurisdiction by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (Attachments: # 1 Memorandum in Support, # 2 Exhibit)(zdp) (Entered: 05/30/2025) |
| 06/04/2025 | 48 | NOTICE of Proposed Order by TALA JOSEPHANO re 46 MOTION for Protective Order MOTION for Hearing (zdp) (Entered: 06/05/2025) |
| 06/04/2025 | 49 | EMERGENCY MOTION to Stay by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (zdp) (Entered: 06/05/2025) |
| 06/09/2025 | 50 | NOTICE of Proposed Order by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO re 47 MOTION to Strike 43 MOTION to Dismiss for Lack of Jurisdiction (zdp) (Entered: 06/10/2025) |
| 06/09/2025 | 51 | NOTICE of Proposed Order by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO re 49 MOTION to Stay (zdp) (Entered: 06/10/2025) |
| 06/10/2025 | 52 | RESPONSE re 46 MOTION for Protective Order MOTION for Hearing *in Opposition* filed by GULF AIR B.S.C. (Johnston, Mark) (Entered: 06/10/2025) |
| 06/12/2025 | 53 | RESPONSE re 47 MOTION to Strike 43 MOTION to Dismiss for Lack of Jurisdiction *DEFENDANT GULF AIR B.S.C. (C)S OPPOSITION TO PLAINTIFFS MOTION TO STRIKE EVIDENCE (EXHIBIT A) UNDER COURT INHERENT AUTHORITY* filed by GULF AIR B.S.C. (Johnston, Mark) (Entered: 06/12/2025) |
| 06/12/2025 | 54 | MOTION for Leave to Conduct Discovery by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (Attachments: # 1 Memorandum in Support, # 2 Exhibit)(zdp) (Entered: 06/12/2025) |
| 06/12/2025 | 55 | MOTION for Leave to Conduct Discovery by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (Attachments: # 1 Proposed Order)(zdp) (Entered: 06/16/2025) |
| 06/13/2025 | 56 | MOTION for Leave to File Motion for Protective Order, Stay and Hearing by TALA JOSEPHANO. (Attachments: # 1 Proposed Order)(zdp) (Entered: 06/17/2025) |
| 06/18/2025 | 57 | RESPONSE re 49 MOTION to Stay *in Opposition* filed by GULF AIR B.S.C. (Johnston, Mark) (Entered: 06/18/2025) |
| 06/18/2025 | 58 | NOTICE of Proposed Order by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO re 54 MOTION for Leave to File (zdp) (Entered: 06/20/2025) |
| 06/18/2025 | 59 | NOTICE of Proposed Order by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO re 55 MOTION for Discovery (zdp) (Entered: 06/20/2025) |

| | | |
|---|---|---|
| 06/20/2025 | 60 | MOTION for Leave to File Amended Motion to Stay by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (zdp) (Entered: 06/20/2025) |
| 06/26/2025 | 61 | REPLY to opposition to motion re 42 Motion to Dismiss/Lack of Jurisdiction filed by AMERICAN AIRLINES INC.. (Ticatch, Micah) Modified docket text on 7/1/2025 (zdp). (Entered: 06/26/2025) |
| 06/26/2025 | 62 | Memorandum in opposition to re 55 MOTION for Discovery filed by GULF AIR B.S.C. (Johnston, Mark) (Entered: 06/26/2025) |
| 06/26/2025 | 64 | REPLY to opposition to motion re 47 Motion to Strike filed by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (zdp) (Entered: 06/30/2025) |
| 06/27/2025 | 63 | RESPONSE re 56 MOTION for Leave to File *in Opposition* filed by GULF AIR B.S.C. (Johnston, Mark) (Entered: 06/27/2025) |
| 07/02/2025 | 65 | RESPONSE re 60 MOTION for Leave to File *in Opposition* filed by GULF AIR B.S.C. (Johnston, Mark) (Entered: 07/02/2025) |
| 07/02/2025 | 66 | REPLY re 43 MOTION to Dismiss for Lack of Jurisdiction *GULF AIR B.S.C. (C)S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS AMENDED COMPLAINT UNDER RULES 12(b)(2), 12(b)(1) AND 12(b)(5)* filed by GULF AIR B.S.C. (Johnston, Mark) Modified docket text on 7/8/2025 (zdp). (Entered: 07/02/2025) |
| 07/07/2025 | 67 | Memorandum in opposition to re 42 MOTION to Dismiss for Lack of Jurisdiction filed by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (zdp) (Entered: 07/14/2025) |
| 07/07/2025 | 68 | REPLY to opposition to motion re 56 Motion for Leave to File, 55 Motion for Discovery filed by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (See docket entry 67 to view documents) (zdp) (Entered: 07/14/2025) |
| 08/05/2025 | 69 | ORDER granting Defendants' Motions to Dismiss, Dkts. 7 , 42 , 43 , denying Plaintiffs' motions, Dkts. 46 , 47 , 49 , 54 , 55 , 56 , 60 , dismissing Plaintiffs' Complaints, Dkts. 1 , 2 , and this case without prejudice, and directing the Clerk of Court to close this case. See document for details. Signed by Judge Ana C. Reyes on 08/05/2025. (lcacr2) (Entered: 08/05/2025) |
| 08/24/2025 | 70 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: PLAINTIFFS - Notice of Intent to Sue. Reason(s): Case is closed. (znmw) (Entered: 08/25/2025) |
| 08/24/2025 | 71 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 69 Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion for Protective Order, Order on Motion for Hearing, Order on Motion to Strike, Order on Motion to Stay, Order on Motion for Leave to File, Order on Motion for Discovery by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. Fee Status: No Fee Paid. Parties have been notified. (znmw) (Entered: 08/25/2025) |
| 08/24/2025 | 72 | MOTION for Relief from Judgment by SAMIHA AYYASH, FERAS HINDI, TALA JOSEPHANO. (znmw) (Entered: 08/25/2025) |
| 08/25/2025 | 73 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 71 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 08/25/2025) |

| | | |
|---|---|---|
| 08/27/2025 | | USCA Case Number 25-7123 for 71 Notice of Appeal to DC Circuit Court, filed by FERAS HINDI, TALA JOSEPHANO, SAMIHA AYYASH. (znmw) (Entered: 08/27/2025) |
| 08/27/2025 | 74 | ORDER of USCA as to 71 Notice of Appeal to DC Circuit Court, filed by FERAS HINDI, TALA JOSEPHANO, SAMIHA AYYASH ; holding case in abeyance pending resolution of motion for relief from judgment. USCA Case Number 25-7123. (znmw) (Entered: 08/28/2025) |
| 08/28/2025 | | MINUTE ORDER denying 72 Motion for Relief from Judgment. Plaintiffs' Motion makes out no basis for fraud on the court warranting relief from the judgment pursuant to Federal Rule of Civil Procedure 60(d)(3). Such relief is "typically confined to the most egregious cases, such as bribery of a judge or a juror, or improper influence exerted on the court by an attorney, in which the integrity of the court and its ability to function impartially is directly impinged." *More v. Lew*, 34 F. Supp. 3d 23, 28 (D.D.C. 2014) (quoting *Great Coastal Express, Inc. v. Int'l Bhd. of Teamsters*, 675 F.2d 1349, 1356 (4th Cir. 1982)). Plaintiffs' Motion appears to identify only occasions when the Court itself has taken certain actions in disposing of this case. Accordingly, the Court DENIES the Motion. Signed by Judge Ana C. Reyes on 08/28/2025. (lcacr2) (Entered: 08/28/2025) |
| 08/29/2025 | 75 | Supplemental Record on Appeal transmitted to US Court of Appeals re 8/28/2025 MINUTE Order on Motion for Relief from Judgment;USCA Case Number 25-7123. (mg) (Entered: 08/29/2025) |
| 09/19/2025 | | USCA Appeal Fees received $ 605 receipt number 210436 re 71 Notice of Appeal to DC Circuit Court, filed by FERAS HINDI, TALA JOSEPHANO, SAMIHA AYYASH (znmw) (Entered: 09/19/2025) |